AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Brandon D. Stone (312) 613-9700

**FILED**
3/21/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ADAM STAFFORD KING

CASE NUMBER:        24 CR 153
**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) | knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and shipped and transported in and affecting interstate commerce by any means, including by computer. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_Michael C. Devine_

MICHAEL C. DEVINE
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 21, 2024

_Judge's signature_

City and state: Chicago, Illinois

KERI L. HOLLEB HOTALING
U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, MICHAEL C. DEVINE, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately June 2016. I am currently assigned to FBI Chicago's Child Exploitation and Human Trafficking Task Force.  As part of my duties, I investigate criminal violations of federal criminal law, specifically pertaining to child pornography and online enticement of minors, including but not limited to, the illegal possession, production, distribution, and receipt of child pornography in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A, as well as the sexual exploitation of minors, including but not limited to, violations of 18 U.S.C. §§ 1591(a) and (b)(1), 2251, 2422(b), and 2423(a)).   I have received specialized training and hold certifications in the areas of computer forensics, the Internet, mobile device forensics, and the storage and/or distribution of child pornography.  As a member of the Child Exploitation and Human Trafficking Task Force, I have also consulted with colleagues who have many years of experience investigating child exploitation cases and have participated in the execution in numerous arrest and search warrants related to child exploitation and human trafficking offenses.

2.      This affidavit is submitted in support of a criminal complaint alleging that on or about September 11, 2023, Adam Stafford King ("KING" or "defendant") knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and shipped

and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A) (the "Subject Offense"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging KING with the Subject Offense, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that KING committed the Subject Offense.

3.     The statements in this affidavit are based on my personal knowledge, recorded social media communications, hotel records, internet protocol ("IP") records, electronic communications information obtained by search warrant, open source internet searches, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

## I.     SUMMARY OF PROBABLE CAUSE

4.     In summary and as set forth in more detail below, in and around October of 2023, while investigating the online sexual exploitation of minors, the FBI identified a subject located in New York City, New York (the "New York Subject"). The FBI subsequently obtained and executed a search warrant to search the New York Subject's electronic devices. Within one of those devices, the FBI identified communications between the New York Subject and a subject who claimed to be located in and around Chicago, Illinois (the "Chicago Subject"). The FBI observed that the Chicago Subject had communicated with the New York Subject using a social media communication program called "Scruff" under user ID, "175592852" (the

"Chicago Subject Scruff Account"). The FBI further determined that the Chicago Subject had also communicated with the New York Subject on the encrypted internet messaging service Telegram, using the account handle "@pervchidude." In those Telegram communications, the FBI discovered that in September 2023, including specifically on or about September 11, 2023, the Chicago Subject, using the @pervchidude account, had sent several images and videos depicting child pornography to the New York Subject.

5.     After searching the New York Subject's electronic devices, the FBI obtained the New York Subject's permission to use his/her Telegram account (account handle: "@sb1nyc"). In late 2023 and early 2024, FBI used the @sb1nyc account to engage in several text conversations with the Chicago Subject over Telegram. In those text conversations, the Chicago Subject sent images and videos depicting child pornography, claimed that he had a large digital cache of child pornography stored on Telegram, and stated that he had previously drugged and sexually abused his nieces and nephews. The Chicago Subject further stated that he and his husband are expecting a child by surrogate "due in spring" and that he plans to sexually assault the child after it is born. In the same text conversation, the Chicago Subject sent a photograph of a baby's outfit. The Chicago Subject also provided personally identifying information over Telegram, including (1) that his first name is Adam, (2) that he lives in the Chicago area, (3) that he works in medicine (specializing in eyes), and (4) sent a photograph of what he claimed to be his penis, which appears to be that of a white male.

6.     The FBI obtained Internet Protocol ("IP") records for the Chicago Subject Scruff Account. Those records show that in 2019 the Chicago Scruff Account accessed the internet at certain hotels in Pennsylvania and Illinois.  According to subpoena records from those hotels, an individual named ADAM KING was a registered guest at the time the Chicago Scruff Account accessed each hotel IP address.  Additionally, according to publicly available records, ADAM KING served as a judge at a dog show held nearby the Pennsylvania hotel on or around the date on which the Chicago Scruff Account accessed the Pennsylvania hotel's internet.

7.     The Chicago Subject also stated on Telegram that he and his husband would be traveling to New York City in late-January 2024 and later mentioned staying at a hotel called the "Lotte Palace."  According to records obtained from the Lotte New York Palace Hotel in New York City, ADAM KING of Elburn, Illinois stayed as a guest of that hotel in and around late-January 2024.  Moreover, according to publicly available information, KING's hotel stay coincided with an American Kennel Club ("AKC") Meet the Breeds event held in New York City.

8.     According to open-source and database searches, DR. ADAM STAFFORD KING is a veterinary ophthalmologist residing in Elburn, Illinois.  KING is also a dog breeder and dog show judge who frequently travels to dog shows around the country, to include a dog show in Orlando, Florida on dates the Chicago Subject claimed to be in Orlando.  Additionally, according to a publicly available internet baby registry, KING and his husband are expecting the birth of a child on or about March 29, 2024.

9.      On or about March 5, 2024, the FBI executed a search warrant on KING's residence in Elburn, Illinois.[1]  During the execution of the warrant, FBI agents discovered KING in the shower with his cellular phone despite multiple announcements of the presence by the FBI agents conducting the search.  Law enforcement found a baby outfit in the residence consistent with the image sent by the Chicago Subject over Telegram to the New York Subject in support of @pervchidude's claims of being a father-to-be.

10.      During a forensic search of KING's iPhone, the FBI observed that the Telegram application had previously been installed on the iPhone but had been deleted.  Artifacts from the forensic image of KING's iPhone indicate that the Telegram app was used on his iPhone as recently as March 3, 2024.  The FBI also discovered on KING's iPhone several images that the Chicago Subject sent the New York Subject via the @pervchidude Telegram account, including the photograph of a white male's penis and the ultrasound photograph.  Also found on KING's iPhone were text messages indicating that KING was in the Northern District of Illinois on or about September 11, 2023—the same date the Chicago Subject sent several images and videos depicting child pornography to the New York Subject

11.      Based on these facts and those listed below, I submit that probable cause exists to believe that on or about September 11, 2023, ADAM KING distributed child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

---

[1] Search warrant 24 M 151 authorized by the Honorable Magistrate Judge Jeffrey Cole on March 4, 2023.

## II.    LEGAL BACKGROUND

### A. Activities relating to material constituting or containing child pornography (18 U.S.C. § 2252A)

12.    A violation of Title 18 United States Code, Section 2252A(a)(2) requires proof that an individual knowingly receives, or distributes, any child pornography using any means or facility of interstate commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; or any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

13.    A violation of Title 18 United States Code, Section 2252A(a)(5)(B) requires proof that an individual knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means of facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

### B. Definitions

14.    "Child Pornography" as defined by 18 U.S.C. Section 2256(8) means any visual depiction, including any photograph, film, video, picture, or computer, or

computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where

      a.    The production of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

      b.    Such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or

      c.    Such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

15.    "Minor" as defined by 18 U.S.C. Section 2256(1), is any person under the age of eighteen years.

16.    "Sexually Explicit Conduct" as defined by 18 U.S.C. Section 2256(2), is actual or simulated:

    a.   Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

    b.   Bestiality;

    c.   Masturbation;

    d.   Sadistic or masochistic abuse; or

    e.   Lascivious exhibition of the genitals or pubic area of any person

17.    "Visual Depiction" as defined by 18 U.S.C. Section 2256(5), includes undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image

18. "Computer" as defined by 18 U.S.C. 1030(e)(1) means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device;

19. "Internet" is defined as the global system of interconnected computer networks that uses the Internet Protocol suite (TCP/IP) to communicate between networks and devices. It is comprised of private, public, academic, business, and government networks ranging in scope from local to global. In order to access the Internet, an individual must have an Internet Service Provider. The Internet Service Provider allows the host computer access to the Internet by assigning the device with an Internet Protocol "IP" Address and directing all outbound and inbound Internet traffic to and from the device based on this IP Address.

20. "IP Address" refers to the unique number used by a computer to access the Internet. IP Addresses can be "dynamic," meaning that the Internet Service Provider assigns a different unique number to a computer every time it accesses the Internet; or IP Addresses can be "static," meaning that the IP Address stays the same each time the computer accesses the Internet. Any device connected to the Internet must have an IP Address.

21. "Encryption" is defined as the process of encoding information and is used to deny the ability for possible interceptors to decipher messages or transmitted data. The encryption process converts the original representation of the information,

known as plain text, into an alternate, often scrambled and indecipherable representation of information, known as cipher text. In order to encrypt data, a pseudo-random "key" is generated which allows the user to convert the information from cipher text to plain text and thus read or interpret the data. Based on my training and experience, individuals will likely store their keys on removable and easily accessible media such as USB thumb drives, disks, external hard drives, etc.

22. "Cloud" is the on-demand availability of computer system resources, especially data storage and computing power, without direct active management by the user. Large clouds often have functions distributed over multiple locations, each of which is a data center. Cloud computing relies on sharing resources to achieve coherence and typically uses a pay-as-you-go model.

## III. TECHNICAL BACKGROUND

### A. Scruff

23. Scruff is a product offered by Perry Street Software, Inc., a company headquartered in New York City, New York. Scruff is a free access social networking application (or "app") that can be accessed at https://www.scruff.com/ or through both the Apple, Inc. App Store and the Google, LLC. Play Store. Scruff is available for download globally and was designed for members of the LGBTQIA+, specifically men seeking other men.

24. Scruff requires all users to be at least 18 years of age. In order to create an account, an end user must provide his/her birthday, a profile name, a profile photo, and email account. Additionally, Scruff requests access to the end user's geolocation

9

data.  If the end user opts not to share their geolocation data, Scruff's functionality as a social networking application is significantly affected.

25.     Once an account is created, the end user has the ability to add to his/her profile with additional information such as height, weight, ethnicity, gender pronouns, interests, and relationships.  The end user also has the ability to add hash tags[2], join communities, and add interests.  The Scruff algorithm uses this information to present potential matches to the end user on the application.

26.     Scruff allows the end user to browse through more than 15 million users worldwide, which are then sorted based on geolocation or proximity to the end user, verification status, and account creation date.  An account is verified when the end user's profile photo is approved by Scruff personnel.  An end user also has the option to upgrade their account to Scruff Pro, which adds additional functionality to the application and prioritizes the end user's profile to others seeking people with similar interests.  Scruff Pro costs an additional $17.00 USD a month.

27.     The end user's profile is then judged or compared by the other Scruff users based on "woofs."  "Woofs" are positive likes for a user's profile and denotes a user's interest in that particular person.  Scruff also allows the end users the ability to direct message other Scruff users as well as share private photo albums.  Scruff Match is a feature within the application that presents the end user with a random profile and the end user has the ability to swipe right to match with the profile or

---

[2] A hash tag is a word or phrase preceded by the hash sign #, used on social media sites and applications, to identify digital content on a specific topic

swipe left to reject.  Finally, Scruff Events presents the end user with LGBTQIA+ events within the end user's general location.

28.  According to the Scruff Privacy Policy outlined at https://www.perrystreet.com/privacy/, Scruff collects the following information: real name, alias, email address, mailing address, telephone number, date of birth, profile name, profile photo, account name, picture, height, weight, occupation, education, physical characteristics or description, gender identity, HIV status (if voluntarily provided by the end user), ethnicity, personal interests, relationships and preferences.

29.  Additional information such as contents of any public or private messages sent through the service, and the contents of any public or private comments posted through the service, and any interaction with third parties through the service are also stored.

30.  Scruff also maintains hardware and software information of its end users to include advertising identifiers, operating system, browser type, mobile network information, make of device, model of device, serial number of device, IP address, domain name of internet service provider, platform type, Service pages at the time of visits, information requiring access to the service, anonymized information, history of previous geographic locations; and current geographic location.

31.  All data retained from the end user by Scruff are stored on the systems within the United States.

### B. Telegram[3]

32.     According to Delaware Department of State records, Telegram LLC was a limited liability company registered in Delaware. According to the registered agent for Telegram LLC, Telegram LLC dissolved on September 15, 2017.

33.     According to filings made by Telegram LLC to the U.S. Patent and Trademark Office (USPTO), Telegram LLC registered the mark "Telegram" and identified itself as providing audio and video broadcasting services over the internet. It further identified itself as a communications service that provides an online forum for transmitting messages among users in the field of general interest. According to the USPTO, the trademark is currently held by Telegram FZ-LLC Business Central Tower, Tower A Office 2301-2303 Dubai, United Arab Emirates.

34.     According to the Apple App Store, Telegram Messenger is distributed by Telegram FZ-LLC.

35.     According to information made publicly available by the United Kingdom and other open source research, Telegram Messenger Inc. is an entity organized under the laws of the British Virgin Islands and is located at Craigmuir Chambers, Road Town, Tortola, British Virgin Islands, VG 1110, with registered offices at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG 1110. Telegram Messenger Inc. is a designated member of Telegram Messenger LLP.

---

[3] The information in this section is based on my training and experience, the training and experience of other law enforcement officers, and review of publicly available information regarding Telegram.

36.     According to publicly available records, Telegram Group Inc. is an entity organized under the laws of the British Virgin Islands and is located at Craigmuir Chambers, Road Town, Tortola, British Virgin Islands, VG 1110, with registered offices at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG 1110. Telegram Messenger Inc. is a wholly owned subsidiary of Telegram Group Inc.

37.     On or about May 11, 2018, according to public records, Telegram Messenger Inc. filed a complaint in the United States District Court for the Northern District of California, Case No. 18-CV-2811. The complaint explained that the 4 "'Telegram Group' was founded in 2013 with the primary mission of developing online products and services using encrypted technology." R. 1 at ¶ 16. The complaint continued, "Telegram's first project was a messaging application with a particular focus on speed and security ('Telegram Messenger App')."

38.     According to a filing with the U.S. Securities Exchange Commission made by Telegram Group Inc., the director of the entity is Pavel Durov, who is widely known to be a founder of the Telegram messaging application.

39.     According to the Apple App Store, Telegram FZ-LLC is the developer of the Telegram mobile application.

40.     According to Telegram's website, Telegram FZ-LLC is a member entity of Telegram Group and is located in Dubai. According to publicly available records, Telegram FZ-LLC is located at Business Central Towers, Tower A, Office 1003/1004, P.O. Box 501919, Dubai, United Arab Emirates 501919.

41.     According to Telegram,

> To protect the data that is not covered by end-to-end encryption, Telegram uses a distributed infrastructure. Cloud chat data is stored in multiple data centers around the globe that are controlled by different legal entities spread across different jurisdictions. The relevant decryption keys are split into parts and are never kept in the same place as the data they protect. As a result, several court orders from different jurisdictions are required to force us to give up any data.
> Thanks to this structure, we can ensure that no single government or block of like-minded countries can intrude on people's privacy and freedom of expression. Telegram can be forced to give up data only if an issue is grave and universal enough to pass the scrutiny of several different legal systems around the world.
> To this day, we have disclosed 0 bytes of user data to third parties, including governments.

https://telegram.org/faq#q-do-you-process-data-requests (last accessed on February 27, 2024)

42.     Based on my training and experience, I have learned that Telegram Messenger is a mobile and desktop messaging application. It can be used on smartphones, such as Apple iOS and Google Android devices, and on desktop computers, by users to send messages and media to each other.

43.     To sign up for a Telegram account, a user must provide a phone number. Telegram verifies the phone number through a text message sent to the phone number[4]. Telegram users can also select a username but are not required to. Usernames are unique, meaning only one user can have a username. Telegram users can find other users by searching for the username or by using the known phone number of a user. However, users cannot view the phone number associated with a

---

[4] https://telegram.org/faq#q-i-have-a-new-phone-number-what-do-i-do (last accessed on February 27, 2024.

username. Users can also select a display name, such as a first and last name. Display names are not unique.

44.     Telegram offers a variety of communication methods for its users:

a.     **Chats**. Users on Telegram can communicate with each other through chats. They can send each other text messages, photos, videos, any files, and make voice calls.

b.     **Secret Chats**. Secret chats use end-to-end encryption, which means only the sender and recipient have the ability to view the content of the chats. These secret chats also disappear and can be set to self-destruct.

c.     **Groups**. Telegram allows collections of users to communicate with each other in chat rooms called groups. Groups may be invitation only.

45.     According to Telegram's privacy policies, Telegram stores basic user account data, including mobile number, profile name, profile picture, screen names, and e-mail address, to the extent a user has provided this information.[5]

46.     Telegram also stores messages, photos, videos and documents from a user's chats and private messages, as well as from public channels and public groups in which the user participates.

47.     Telegram also stores a user's contacts and syncs with the user's contacts on his mobile device.

48.     Telegram also stores cookies on a user's device that allow Telegram to provide and customize its services to the user.

---

[5] https://telegram.org/privacy (July 27, 2020) (last accessed on March 20, 2024).

49.     Telegram states that it retains this data "for as long as it is necessary for us to fulfill our obligations in respect of the provision of the Services."

50.     Telegram has advertised that it has over two hundred million active monthly users. Based on my training and experience, individuals in possession of child pornography use the platform's robust security features to seek out likeminded users in order to share child pornography content with other users.

## IV.  FACTS SUPPORTING PROBABLE CAUSE

### A. The New York Subject and Telegram Communications with @pervchidude

51.     In and around October 2023, the FBI was investigating the New York Subject for engaging in the transmission and distribution of child pornography.  On or about October 3, 2023, the FBI executed a search warrant, which revealed child pornography images and videos stored on an electronic device belonging to the New York Subject.  Also on that electronic device, were text communications with various individuals over Scruff and Telegram, including with an individual the FBI identified as the Chicago Subject (and later identified as ADAM KING).

52.     Communications discovered on the New York Subject's electronic device revealed communications showing that the New York Subject was communicating with an individual in Chicago (the "Chicago Subject") interchangeably on Scruff and Telegram.  For example, on or about September 11, 2023, at approximately 2:04 PM ET, Scruff user ID: 175592852 (the "Chicago Subject Scruff Account") asked for the New York Subject's Telegram account name.  The New York Subject provided the Telegram account: "@sb1nyc."  At approximately 2:17 PM ET, the Chicago Subject

Scruff Account user then informed the New York Subject that he had contacted the @sb1nyc Telegram account.

53.     At approximately 2:16 PM ET (one minute earlier), the New York Subject's Telegram account: @sb1nyc, received a message from Telegram display name "J S" with the account username "@pervchidude." The message stated, "Hey from scruff." Based on the timing of these messages and their content, and my training and experience, I believe that the user of the Chicago Subject Scruff Account is the same user as Telegram account: @pervchidude, and that both are the accounts of the Chicago Subject.

54.     According to the communications obtained from the New York Subject's electronic device, the @sb1nyc Telegram account and the @pervchidude account continued to communicate via Telegram from approximately September 11, 2023, to approximately September 19, 2023. In those communications, the Chicago Subject (using the @pervchidude Telegram handle) indicated to @sb1nyc that they had previously met virtually, had communicated on Scruff, and that they both identify as "pervs." For example, on or about September 11, 2023, at approximately 4:39 pm CT, the Chicago Subject wrote, "Chicago perv here."[6]     Based on my training and experience, I know the term "perv" is often used to describe someone with an interest in pedophilia.

---

[6] The Telegram chats reviewed by the FBI log the date and time each chat was sent using Coordinated Universal Time (UTC). Because there is probable cause to believe KING was in the Northern District of Illinois when he sent the chats, I have converted the UTC times to Central Standard Time by subtracting six hours from the UTC time.

55.     Further chats between @pervchidude and @sb1nyc confirmed the Chicago Subject's interest in pedophilia.  For example, within the chat reviewed by the FBI, on or about September 11, 2023, at approximately 4:40 pm CT, @sb1nyc inquired about a preferred age range to which @pervchidude replied that "single digits [i.e., children under 10] are my fav [favorite]."[7]

56.     During the text chat on September 11, 2023, the New York Subject and the Chicago Subject exchanged several videos depicting child pornography, including the following videos sent by @pervchidude to @sb1nyc:

> a.  At approximately 3:45 pm CT, @pervchidude sent an approximately 58 second video of an adult white male, anally penetrating a young, prepubescent, white boy, whose genitals were also fully exposed.
>
> b.  At approximately 3:47 pm CT, @pervchidude sent an approximately 5 minute, 24 second video of a young, white teen, aged approximately 10-14 years old, disrobe completely and climb on top of an older white male and began thrusting his genitals against the adult male's genitals.

---

[7] The summaries of Telegram text chat conversations in this affidavit do not include reference all the topics covered during the conversations. Further, quoted material from the recorded conversations as set out in this affidavit is taken from draft summaries, not final transcripts. The summaries do not include references to all statements made by the speakers on the topics that are described by the speakers. At various points in the Affidavit, I have indicated (sometimes in brackets) my interpretation of words and phrases used in the Telegram chats. My interpretations are based on the contents and context of the conversations, events that took place before and after the conversations, my knowledge of the investigation, my experience and training, and the experience and training of other law enforcement agents in this investigation.

    c.   At approximately 3:47 pm CT, @pervchidude sent an approximately 37 second video of an adult white male anally penetrating a white prepubescent young male.

    d.   At approximately 3:47 pm, CT, @pervchidude sent an approximately 13 second video in which a young prepubescent white male is laying between two adult white males.  The young prepubescent white male has each hand wrapped around the erect penises of the adult white males.

57.    After reviewing the above communications, the FBI received consent from the New York Subject to assume the New York Subject's identity under Telegram account @sb1nyc.

58.    In and around November of 2023, the FBI, using the @sb1nyc account, communicated with the Chicago Subject at the @pervchidude on Telegram.[8]  As part of those communications, the Chicago Subject wrote on or about November 9, 2023, at approximately 4:39 pm CT, "Chicago perv here."  The Chicago Subject further wrote, "0-9 [years old] my fav…B[oy] and g[irl], though prefer b[oy]."

59.    The Chicago Subject also wrote about his experience abusing children. For example, on or about November 9, 2023, the Chicago Subject wrote he is an "uncle," and "I play with nephews and nieces.  I've done almost everything.  Not full on fucking, can't send them home damaged…But I've gotten in them…I generally

---

[8] This investigation included the use of an online covert employee ("OCE"), who presented to be the New York Subject by using the @sb1nyc Telegram account during online chat communications with @pervchidude. .

sedate them." The Chicago subject described how he would sedate the children before abusing them, writing, "I generally use Benadryl," noting that it provides a "wide safety margin," and is "easy," claiming, "it generally takes 30-45 min[utes]," and "I usually double an adult dose."

60. Additionally, the Chicago Subject mentioned that he and his husband are expecting a child, writing on or about November 9, 2023 at approximately 4:42 pm CT, "Just as an fyi, you're working on another dad here lol." The Chicago Subject further noted that his "[k]id is due in the spring," that he is married "[t]o a non perv," who is his "[h]usband," and they are having a child, "through surrogacy." The Chicago Subject expressed interest in sexually assaulting the child when it was no longer a newborn by stating on or about November 9, 2023 at approximately 4:51 pm CT, "I do love the idea of inviting a buddy over when I have my boy … just has to be someone I can trust obviously … I plan on getting my cock in him asap."

61. On two separate occasions, the Chicago Subject sent ultrasound photographs of an unborn child, who the Chicago Subject represented to be of the child he and his husband are expecting by surrogate in the spring of 2024. For example, on or about December 21, 2023, at approximately 2:15 pm CT, the Chicago subject sent an ultrasound photograph, and explained, "[t]he face is on the left."

62. The Chicago Subject made several other statements referencing the future arrival of the baby. For example, Additionally, on or about December 29, 2023, at approximately 11:21 am CT, the Chicago Subject sent @sb1nyc a message, writing

20

"We got so much baby stuff for Christmas!" and sent a photograph of a baby's outfit. The photograph sent by the Chicago Subject is depicted below.



The Chicago Subject further noted that the baby is due in the "[b]eginning of April."

63.     On several occasions, the Chicago Subject bragged in the chat about possessing a large collection of child pornography that he stored in Telegram Secret chats on his account. For example, on or about November 9, 2023 at approximately 4:56 pm CT, when @sb1nyc asked about his collection of videos, the Chicago Subject replied, "I have tons haha." And on or about November 14, 2023 at approximately 4:36 pm CT, he wrote, "I have a very extensive collection lol," that he stored "on tele[gram]."

64.     On multiple occasions, the Chicago Subject sent the FBI (using the @sb1nyc Telegram account) images and videos of child pornography and sexually

suggestive material featuring minors.  For example, or about December 11, 2023, at approximately 3:45 pm CT, the Chicago Subject sent an approximately 43-second video depicting two white males, aged approximately 9 to 11 years old, performing oral sex on an adult white male's erect penis.  And on or about February 14, 2024, at approximately 12:13 pm CT, the Chicago Subject sent an image of two prepubescent white children, one male, aged approximately 6 to 9 years old, and one female, aged approximately five to seven years old, completely nude on a beach.

65.     Additionally, on or about November 13, 2023, at approximately 5:39 pm CT, the Chicago Subject stated that he and his husband were planning a trip to New York City in and around January 2024 to watch several Broadway shows.  The Chicago Subject later confirmed on January 31, 2024 that he and his husband had visited New York City and had stayed at a hotel called the "Lotte palace."[9]

66.     During the Telegram chats with @sb1nyc, the Chicago Subject revealed several facts about his identity.  For example, on or about December 7, 2023 at approximately 5:05 pm CT, the Chicago Subject wrote, "medical field here."  And in and around December 2023 and January 2024, @sb1nyc and @pervchidude repeatedly discussed the Chicago Subject's profession as a doctor.  For example, on or about December 29, 2023, at approximately 4:33 pm CT, @sb1nyc asked @pervchidude, "What's your specialty?"  to which the Chicago Subject replied, "Eyes."  Additionally, on or about January 11, 2024, @sb1nyc asked @pervchidude, "what

---

[9] Based on an open-source internet search, the Lotte New York Palace Hotel is located at 455 Madison Avenue, New York, NY 10022.

made you want to become an eye doctor?" to which the Chicago Subject replied, "I just love eyes." And on or about January 22, 2024, @sb1nyc disclosed his first name, writing, "Funny we have been talking to [sic] long and I never told you my name." In response, the Chicago Subject wrote, "Adam here!" Furthermore, on or about February 14, 2024 at approximately 12:39 pm CT, @pervchidude sent @sb1nyc a photograph of what he represented to be his penis. The photograph appeared to depict a white male wearing blue medical scrub pants.

## B. The FBI Identifies DR. ADAM STAFFORD KING as the Chicago Subject using the @pervchidude Telegram account.

### i. Records Show that the Chicago Scruff Account was Accessed by IP Addresses at Hotels Where KING was Staying as a Registered Guest in 2019.

67. According to Scruff Records, the Chicago Subject Scruff Account was accessed by IP Address 24.229.250.113 on or about December 14, 2019. According to a law enforcement database, IP Address 24.229.250.113 resolved to PenTeleData whose records revealed the IP Address was registered to a Hilton Garden Inn located at 1787-B Airport Road, Allentown, PA 18109. According to records from the Hilton Garden Inn in Allentown, Pennsylvania, from on or about December 13, 2019 to on or about December 15, 2019, ADAM KING was a registered guest at the hotel. When staying at the Hilton Garden Inn, KING registered his home address in Elburn, IL 60119. According to a publicly available website, "Dr. Adam King" served as a judge for the Lehigh Valley Kennel Club Star of Bethlehem Dog Show, held in Allentown, Pennsylvania in and around December 13-15, 2019. A photograph from the website purporting to be an image of KING serving as a dog show judge on or about December

14, 2019 is depicted below.[10]



68.     According to Scruff Records, the Chicago Subject Scruff Account was also accessed on or about December 21, 2019 by IP Address 198.40.225.246. According to records obtained from Mediacom, IP Address 198.40.225.246 was registered to the Best Western Plus Green Mill Village Hotel & Suites Convention Center located at 917 Green Mill Road, Arcola, IL 61910.   According to records obtained from the Best Western Plus, an individual named "Adam King" was a registered guest at the hotel on or about December 21, 2019.

---

[10]   Lehigh Valley Kennel Club, Inc., December Points Show, available at http://lehighvalleykennelclub.com/index.php/events/december-point-show (last accessed on March 21, 2024).

### ii. Hotel Records Identify KING as having stayed at the Lotte New York Palace Hotel in New York from January 25-29, 2024.

69.     According to records from the Lotte New York Palace Hotel in New York City, New York, from January 25, 2024, to January 29, 2024, ADAM KING of "Elburn, IL 60119," was a guest at the hotel.   This is consistent with the Chicago Subject's statement that he and his husband stayed at the "Lotte Palace" in New York in late-January of this year.

70.     Additionally, according to publicly available records, on or about January 27-28, 2024, the AKC held a "Meet the Breeds" event on at the Jacob K. Javits Center in New York City.[11]

### iii. Public Records Identify ADAM KING as a Veterinary Ophthalmologist Working in Chicago.

71.     According to open-source database searches, KING is employed as a staff ophthalmologist at MedVet Chicago and the Ophthalmology Department Lead for MedVet nationally.   For example, MedVet's website lists Dr. ADAM KING as a board certified veterinary ophthalmologist, and the "Ophthalmology Specialty Leader for all MedVet locations."   A screenshot of MedVet's website depicting KING is below.[12]

---

[11] AKC Meet the Breeds 2024, https://www.akc.org/sports/akc-meet-the-breeds/ (last accessed on March 21, 2024).

[12] MedVet, Dr. Adam King, available at: http://www.medvet.com/doctor/adam-king/ (last accessed on March 20, 2024).



Find a Doctor > Adam King

**Adam King, DVM, MS, DACVO®**
Board-certified Veterinary Ophthalmologist

72.     According to the website for the American Kennel Club ("AKC"), KING is an AKC dog show judge and a "board-certified veterinary ophthalmologist."[13] According to a "Dog News" website, KING is scheduled to serve as a judge for the 2024 Westminster Kennel Club Dog Show.[14]   Additionally, according to publicly available information, KING is a dog breeder and operates a Havanese dog breeding kennel called "Askin Havanese.[15] Photographs of KING on the AKC and Askin Havanese websites match the appearance of KING's Illinois Driver's License photograph, which is depicted below.



---

[13] American Kennel Club, AKC Educated Breeder Webinar Series: Upcoming Webinar, https://www.akc.org/expert-advice/dog-breeding/akc-educated-breeder-webinar-series-upcoming-webinars/ (last accessed on March 21, 2024).

[14]   Dog News, Westminster Kennel Club Announces 2024 Judging Panel, https://dognews.com/us-news/westminster-kennel-club-announces-2024-judging-panel   (last accessed on March 21, 2024).

[15] Askin Havanese, https://www.askinhavanese.com/ (last accessed on March 21, 2024).

73.     KING's occupation as a veterinary ophthalmologist is consistent with the Chicago Subject's comments about being an eye doctor.

> ### iv.     An Online Baby Registry Shows that KING and His Husband are Expecting a Child in late-March 2024.

74.     The FBI identified KING's publicly available Facebook page, which has user name "Adam King" and has a profile photograph of KING. According to KING's Facebook page, KING resides in Elburn, Illinois. Additionally, KING's Facebook profile page shows KING at a dog competition examining a Havenese breed dog. A screenshot of KING's Facebook profile is below.



75.     According to KING's Facebook page, KING married Individual A (a male, consistent with the Chicago Subject's references to a husband), in October 2016.

76.     Publicly available information from thebump.com, indicates that KING and Individual A have an online baby gift registry for a child due on or about March 29, 2024.

77. This information is consistent with the Chicago Subject's sending of ultrasound photographs of an unborn child and statements that he and his husband are expecting a baby in at the "beginning of April."

> **v. The Chicago Subject claimed to be taking a trip to Orlando that coincided with KING's service as a dog show judge in Orlando.**

78. On or about December 14, 2023, at approximately 4:34 pm CT, the Chicago Subject wrote, "Headed to FL [Florida] this weekend." When asked where specifically, the Chicago Subject replied, "Orlando."

79. Three days later, on or about December 17, 2023, at approximately 11:26 am CT, @sb1nyc asked the Chicago Subject if he was visiting "Disney" while in Orlando. The Chicago Subject replied, "It's been fun! But a work trip, no Disney." The next day, on or about December 18, 2023, the Chicago Subject noted that he "[j]ust got back home!" from Orlando.

80. Based on a review of publicly available information, the Chicago Subject's trip to Orlando Florida, which, based on his Telegram messages, took place on the weekend of December 16-17, 2023, coincides with KING's service as a dog show judge in Orlando. According to the American Kennel Club website, the 2023 AKC National Championship dog show was held "at the Orange County Convention Center in Orlando, Florida on Saturday, December 16 and Sunday, December 17, 2023."[16]

---

[16] 2023 AKC NATIONAL CHAMPIONSHIP JUDGING PANEL NOW AVAILABLE, https://www.akc.org/press-releases/2023-akc-national-championship-judging-panel-now-available/ (last accessed on March 21, 2024).

The website lists the judges who will be participating in the dog show, and lists "Adam Stafford King" of "Elburn, IL" as the judge assigned to "Best Junior Handler."

81. Based on this information, KING's service as a dog judge in Orlando, Florida on or about December 16-17, 2023 appears to coincide with the dates the Chicago Subject claims to have been in Orlando "for work."

**C. March 5, 2024: Execution of a Search Warrant at KING's residence**

82. On or about March 5, 2024, the FBI executed a federal search warrant on the residence of KING in Elburn, Illinois. Upon execution of the federal search warrant, the FBI entered the master bathroom and observed KING in the shower with his Apple iPhone 11 Pro, despite multiple verbal announcements of the FBI's presence.

83. FBI discovered a baby outfit in the residence that is consistent in appearance with the baby outfit that appears in a photograph sent by the Chicago Subject to the New York Subject on or about December 29, 2023 when referring to the Chicago Subject's claims of being a father-to-be. A photograph of the baby outfit the FBI found hanging in a closet at KING's residence is depicted below.



84. KING declined to be interviewed by the FBI; however, he provided the passcode to his Apple iPhone 11 Pro. During the FBI's search of KING's iPhone 11 Pro, the FBI discovered several images that the Chicago Subject sent the New York Subject via Telegram. For example, the FBI discovered the ultrasound photograph that the Chicago Subject sent to the New York Subject. When the FBI showed the ultrasound photograph to KING's husband, Individual A, he identified the photograph as that of his unborn child and stated that he and KING are expecting a child to be born to a surrogate mother located in California on or about March 29, 2024.[17] The statements are consistent with the Chicago Subject's statements on Telegram that he and his husband are expecting a child by surrogate.

85. The FBI also discovered on KING's iPhone the photograph of an adult white male's penis, with the adult male wearing blue medical scrub pants. The

---

[17] According to United Airlines flight and ticketing records obtained by the FBI, KING is scheduled to fly on or about March 25, 2024 at 9:08 am CT, on United Flight UA1414 from Chicago O'Hare International Airport to Sacramento, California.

photograph found on KING's iPhone is consistent in appearance with a photograph that the Chicago Subject sent via Telegram on or about February 14, 2024.

86.     A forensic search of KING's iPhone Pro 11 revealed that the Telegram application had previously been installed on the phone but had been deleted. Artifacts from the forensic image of KING's iPhone indicate that Telegram was installed on his phone as recently as on or about March 3, 2024.  Additionally, the FBI identified that the Scruff application is currently installed on KING's iPhone.

### D. Text Messages Found on KING's iPhone Confirm that he was in the Northern District of Illinois When Sending the Child Pornography.

87.     The FBI's initial forensic review of KING's iPhone reveal that he was in the Northern District of Illinois on or about September 11, 2023 on the day he sent child pornography to the @sb1nyc account over Telegram.

88.     For example, according to text messages stored on KING's iPhone, on or about September 11, 2023 at approximately 4:58 pm CT, sent a text message to Elements Massage in Geneva, IL at the phone number (630) XXX-XXXX, writing "I have a massage scheduled for 6 pm but the building appears closed."  On or about September 12, 2023 at approximately 7:07 am CT, Elements Massage responded: "Hi Adam, we apologize for just now getting back to you.  Yesterday we were closed for a corporate training day with all employees and did not have any appointments.  It looks like you were scheduled for Monday, 9/18 at 6pm!  We apologize for the confusion – Elements Massage Geneva  Reply STOP to unsubscribe"

89.     Based on a review of public records, Elements Massage is located 507 S 3rd Street, Suite C, Geneva, Illinois 60134.

90. The above text messages were sent approximately one hour after the Chicago Subject sent the child pornography videos and images to the New York Subject on Telegram.

## V. CONCLUSION

91. Based upon the above information, I respectfully submit that there is probable cause to believe that on or about September 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere, ADAM STAFFORD KING knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and shipped and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

FURTHER AFFIANT SAYETH NOT.

MICHAEL C. DEVINE
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone March 21, 2024.

Honorable KERI L. HOLLEB HOTALING
United States Magistrate Judge