### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:  24 CR 153-1 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Adam Stafford King, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Arraignment proceedings held.   Mr. Jonathan Bedi appears as retained counsel for defendant.  Defendant was informed of the charges and the maximum penalties in the event of conviction.  Defendant acknowledges receipt of a copy of the indictment, waives formal reading thereof, and enters a plea of not guilty. A plea of not guilty is entered on all counts of the indictment. 16.1 (A) Conference by 4/11/24.  Status hearing set before Judge Hunt on 5/9/24 at 10:30am.  A finding on the record that the exclusion of time from 4/4/24 to 5/9/24 shall be excluded without objection in the interest of justice because it is necessary to allow both parties to continue the investigation; for preparation of pretrial matters; and to allow counsel reasonable time for effective preparation. See 18 U.S.C. §§3161 (h)(7)(A), (h)(7)(B)(iv).  Defendant is remanded to the custody of the U.S. Marshal.

(T:02)

Date: 4/4/24

_____
Jeffrey Cole
United States Magistrate Judge