UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA       )
       )
    v.       )    24 CR 153
       )
ADAM KING       )
       )

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MOTION TO THE GOVERNMENT'S RESPONSE TO HIS MOTION TO REVOKE THE RELEASE ORDER

Adam King, by and through his attorney, Bedi & Singer, LLP, respectfully requests this Court grant him leave to file his reply motion for revocation or amendment of the detention order. In support of this motion, Dr. King states:

1. Dr. King is currently charged with one count of distributing child pornography, in violation of 18 U.S.C. 2252A(a)(2)(A). Dkt. 1.

2. On March 26, 2024, a detention hearing was held, and the magistrate judge ordered that Dr. King be detained pending trial. Dkt. 24.

3. On April 25, 2024, Dr. King filed a motion for the Court to revoke or amend the magistrate judge's detention order pursuant to 18 U.S.C. § 3145(b). Dkt 31.

4. The Court ordered the government to respond to Dr. King's motion by May 6, 2024, and the government filed its response on the same date, May 6, 2024. Dkts 35, 36.

5. Dr. King was never given a reply date. Dkt 35.

6. Due to the many factual and legal arguments made in the government's response, the undersigned counsel respectfully requests leave to file a reply.

WHEREFORE, for the reasons set forth herein, Dr. King requests that the Court grant him leave to file his reply to the government's response.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP

53 West Jackson Blvd., Suite 1101
Chicago, IL 60604
(312) 525 2017
dsinger@bedisinger.com
**Attorney for the Defendant**

## CERTIFICATE OF SERVICE

I, Jonathan S. Bedi, Attorney at Law, hereby certifies that the foregoing Motion was served, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Jonathan S. Bedi
Jonathan S. Bedi