## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                      Case No.: 1:24–cr–00153

                                      Honorable LaShonda A. Hunt

Adam Stafford King

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King: In–person initial status and motion hearing held. Counsel for the Government appeared. Counsel for Defendant and Defendant Adam King appeared. Defendant's Motion for Leave to File Reply Brief [38] is granted. Defendant's Motion for Leave to File Exhibit 2 under Seal [39] is granted. Exhibit 2 [40] will remain sealed until further court order. As discussed, in–person hearing on Defendant's Motion for Revocation or Amendment of Detention Order [31] is set for 5/20/24 at 10:00AM in Courtroom 1425. Defendant should be prepared to present witnesses in support of his motion at that time. Government further reports that most discovery has been produced. On the Government's oral motion and without objection by the Defendant, time is excluded to and including 5/20/24, in the interest of justice pursuant to 18 U.S.C. §3161(h)(7). Excluding time will allow the defendant time to continue to review discovery materials and allow for the time that is reasonably necessary for effective preparation for the scheduled hearing and for counsel to file any pretrial motions. Such delay outweighs the interests of the public and Defendant in a speedy trial, particularly at this early stage of the case. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.