# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Adam Stafford King

                Defendant.

Case No.: 1:24–cr–00153
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King: In−person motion hearing held. Defendant Adam Stafford King, Counsel for Defendant, Counsel for the Government, and Pretrial Services Officer appeared. For the reasons discussed on the record, Defendant's Opposed Motion for Revocation or Amendment of Detention Order [31] is denied. In−person status hearing set for 7/31/24 at 10:30AM in Courtroom 1425. On the Government's oral motion and without objection by the Defendant, time is excluded to and including 7/31/24, in the interest of justice pursuant to 18 U.S.C. §3161(h)(7). Excluding time will allow the defendant time to continue to review discovery materials and allow for the time that is reasonably necessary for counsel to file any pretrial motions. Such delay outweighs the interests of the public and Defendant in a speedy trial, particularly at this early stage of the case. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.