Case: 1:24-cr-00153 Document #: 44 Filed: 05/20/24 Page 1 of 2 PageID #:257

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 24 CR 153 |
| v. | |
| ADAM KING, | |
| Defendant | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Adam King appeals to the United States Court of Appeals for the Seventh Circuit from the detention order imposed in open court on May 20, 2024, and entered the same day. See docket number 43.

Respectfully submitted,

/s/ Jonathan S. Bedi

Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1505
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney certifies that a copy of the foregoing document was filed and served on all attorneys of record via the Court's ECF system on today's date.


<u>s/Jonathan S. Bedi</u>
Attorney for Defendant


Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1505
Chicago, IL 60604
(p)312-525-2017
(f) 312-525-2107
jbedi@bedisinger.com