UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

ADAM KING,

    Defendant

24 CR 153

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Adam King appeals to the United States Court of Appeals for the Seventh Circuit from the detention order imposed in open court on May 20, 2024, and entered the same day. See docket number 43.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1505
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that a copy of the foregoing document was filed and served on all attorneys of record via the Court's ECF system on today's date.


<u>s/Jonathan S. Bedi</u>
Attorney for Defendant


Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1505
Chicago, IL 60604
(p)312-525-2017
(f) 312-525-2107
jbedi@bedisinger.com

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                        Case No.: 1:24−cr−00153
                                                          Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 20, 2024:

  MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King: In−person motion hearing held. Defendant Adam Stafford King, Counsel for Defendant, Counsel for the Government, and Pretrial Services Officer appeared. For the reasons discussed on the record, Defendant's Opposed Motion for Revocation or Amendment of Detention Order [31] is denied. In−person status hearing set for 7/31/24 at 10:30AM in Courtroom 1425. On the Government's oral motion and without objection by the Defendant, time is excluded to and including 7/31/24, in the interest of justice pursuant to 18 U.S.C. §3161(h)(7). Excluding time will allow the defendant time to continue to review discovery materials and allow for the time that is reasonably necessary for counsel to file any pretrial motions. Such delay outweighs the interests of the public and Defendant in a speedy trial, particularly at this early stage of the case. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

APPEAL,HOLLEB HOTALING,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:24-cr-00153-1
### Internal Use Only

Case title: USA v. King                                  Date Filed: 03/27/2024

---

Assigned to: Honorable LaShonda A. Hunt

**Defendant (1)**

**Adam Stafford King**                represented by   **Dena M Singer**
                                                        Bedi & Singer, LLP
                                                        53 West Jackson Blvd
                                                        Suite 1101
                                                        Chicago, IL 60604
                                                        312-525-2017
                                                        Email: dsinger@bedisinger.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Jonathan S Bedi**
                                                        Bedi & Singer, LLP
                                                        53 West Jackson Blvd.
                                                        Suite 1101
                                                        Chicago, IL 60604
                                                        312-525-2017
                                                        Email: jbedi@bedisinger.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Pending Counts**                              **Disposition**

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING CHILD
PORNO
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                           **Disposition**

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18:2252A.F Activities Re Material Constituting/Containing Child Porno | |

---

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Brandon David Stone** |

U.S. Attorney's Office
Northern District of Illinois
219 S Dearborn
Ste 5th Floor
Chicago, IL 60604
312-613-9700
Email: brandon.stone@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Amarjeet Singh Bhachu**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5300
Email: amarjeet.bhachu@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|

| 03/21/2024 | 1 | ☐ | COMPLAINT signed by Honorable Keri L. Holleb Hotaling as to Adam Stafford King (1) (rp, ) (Entered: 03/25/2024) |
|---|---|---|---|
| 03/21/2024 | 2 | ☐ | MOTION by USA to seal complaint, affidavit, and arrest warrant as to Adam Stafford King. (rp, ) (Entered: 03/25/2024) |
| 03/21/2024 | 3 | ☐ | ORDER. Signed by the Honorable Keri L. Holleb Hotaling on 3/21/24. (rp, ) (Entered: 03/25/2024) |
| 03/21/2024 | 4 | ☐ | ORDER: Arrest warrant issued to Special Agent, Federal Bureau of Investigation as to Adam King on 03/21/2024. Signed by the Honorable Keri L. Holleb Hotaling on 3/21/24. (rp, ) (Entered: 03/25/2024) |
| 03/21/2024 | 5 | | ARREST WARRANT issued to U.S. Marshal as to Adam Stafford King (rp, ) (Entered: 03/25/2024) |
| 03/22/2024 | | | ARREST of defendant Adam Stafford King (rp, ) (Entered: 03/25/2024) |
| 03/22/2024 | | | ORAL MOTION by USA for pretrial detention and to unseal case as to Adam Stafford King (rp, ) (Entered: 03/25/2024) |
| 03/22/2024 | 6 | ☐ | ORDER: Initial appearance proceedings held on 03/22/24. Defendant appears in response to arrest on 03/22/24. Attorney Dena Singer appears as retained counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Government's oral motion for pretrial detention based on defendant being a risk of flight and a danger to the community is entered and continued to 03/26/2024 at 1:30 p.m. At that time, defendant shall also be prepared to inform the Court as to his position on a preliminary examination hearing. The Government's oral motion to unseal this case is granted. The Clerk's Office is directed to unseal this case in its entirety forthwith. Defendant is hereby remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court. Signed by the Honorable Keri L. Holleb Hotaling on 3/22/2024. Mailed notice (rp, ) (Entered: 03/25/2024) |
| 03/25/2024 | 7 | ☐ | ATTORNEY Appearance for defendant Adam Stafford King by Dena M Singer (Singer, Dena) (Entered: 03/25/2024) |
| 03/25/2024 | 8 | ☐ | ATTORNEY Appearance for defendant Adam Stafford King by Jonathan S Bedi (Bedi, Jonathan) (Entered: 03/25/2024) |
| 03/25/2024 | 9 | ☐ | ATTORNEY Appearance for USA byAmarjeet Singh Bhachu (Bhachu, Amarjeet) (Entered: 03/25/2024) |

| 03/25/2024 | 10 | ☐ | MOTION by Adam Stafford King for release from custody<br><br>(Attachments: # 1 Exhibit)(Bedi, Jonathan) (Entered: 03/25/2024) |
|---|---|---|---|
| 03/25/2024 | 11 | ☐ | MOTION by Adam Stafford King UNOPPOSED MOTION FOR PERMISSION TO ISSUE EARLY RETURN OF SUBPOENAS AND FOR PRODUCTION DIRECTLY TO THE PARTIES<br><br>(Bedi, Jonathan) (Entered: 03/25/2024) |
| 03/26/2024 | 12 | | PRETRIAL Bail Report as to Adam Stafford King (SEALED) (Tramonte, Carla) (Entered: 03/26/2024) |
| 03/26/2024 | 13 | ☐ | MINUTE entry before the Honorable Keri L. Holleb Hotaling: Detention hearing as to Adam King set for 03/26/24 at 1:30 p.m. will be held in courtroom 1743. Please note, courtroom change only. (rbf, ) (Entered: 03/26/2024) |
| 03/26/2024 | 14 | ☐ | RESPONSE by USA as to Adam Stafford King regarding MOTION by Adam Stafford King for release from custody<br><br>10 (Stone, Brandon) (Entered: 03/26/2024) |
| 03/26/2024 | 15 | ☐ | MINUTE entry before the Honorable Keri L. Holleb Hotaling: Detention hearing as to Adam Stafford King held on 3/26/2024. For the reasons stated in open court, the Government's motion for detention pending trial is granted and defendant's motion for release from custody 10 is denied. Defendant shall remain in custody pending further order of the Court. Written Order to follow. The unopposed motion for permission to issue early return of subpoenas and for production directly to the parties 11 is granted. The Government's oral motion for entry of a protective order governing discovery is granted. Preliminary Examination set for 4/1/2024 at 1:30 p.m. in courtroom 1700. (rbf, ) (Entered: 03/26/2024) |
| 03/27/2024 | 17 | ☐ | INDICTMENT as to Adam Stafford King (1) count(s) 1. (nsf, ) (Received via Intake counter on 3/27/24) (Entered: 03/29/2024) |
| 03/27/2024 | 🔒 18 | | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Adam Stafford King. (Received via Intake counter on 3/27/24) (nsf, ) (Entered: 03/29/2024) |
| 03/27/2024 | 19 | ☐ | DESIGNATION Sheet: FELONY (Category 3). (nsf, ) (Entered: 03/29/2024) |
| 03/27/2024 | 20 | ☐ | MINUTE entry before the Honorable Sheila M. Finnegan: as to Adam Stafford King, NO BOND SET; DETAINED BY MAGISTRATE JUDGE IN 24CR153. Mailed notice (nsf, ) (Entered: 03/29/2024) |
| 03/27/2024 | | | CASE ASSIGNED as to Adam Stafford King to the Honorable LaShonda A. Hunt. Designated as Magistrate Judge the Honorable Keri L. Holleb Hotaling. Case assignment: Random assignment. (nsf, ) (Entered: 03/29/2024) |

| 03/28/2024 | 🔒 | | (Court only) Judge update in case as to Adam Stafford King. Judge Honorable Keri L. Holleb Hotaling no longer assigned to case. (jcm) (Entered: 03/28/2024) |
| 03/28/2024 | 16 | ☐ | MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court has been informed that a preliminary examination hearing in this matter will no longer be necessary. The preliminary examination hearing set for 04/01/2024 is stricken. Defendant, Adam King (1) shall remain in custody until further order of the Court. (rbf, ) (Entered: 03/28/2024) |
| 03/29/2024 | 🔒 21 | ☐ | NOTICE of Arraignment as to Adam Stafford King before Honorable Keri L. Holleb Hotaling on 4/4/2024 at 01:30 PM. (nsf, ) (Entered: 03/29/2024) |
| 03/29/2024 | 22 | ☐ | PROTECTIVE Order Governing Discovery as to Adam Stafford King Signed by the Honorable Keri L. Holleb Hotaling on 03/29/24. (rbf, ) (Entered: 03/29/2024) |
| 04/02/2024 | 23 | ☐ | MINUTE entry before the Honorable Keri L. Holleb Hotaling: For the reasons stated in the Memorandum Opinion and Order entered this day, the Court finds that the presumption of detention applies, and even if it did not, the government has demonstrated by clear and convincing evidence that there are no conditions of release for King that can reasonably assure the safety of the community if he was released on conditions. Accordingly, the government's motion for detention pending trial pursuant to 18 U.S.C. § 3142(e) is granted and King's motion for release from custody [Dkt. 10] is denied. Defendant King shall remain in custody pending further order of the Court. Mailed notice (lxs, ) (Entered: 04/02/2024) |
| 04/02/2024 | 24 | ☐ | MEMORANDUM Opinion and Order Signed by the Honorable Keri L. Holleb Hotaling on 4/2/2024. Mailed notice (lxs, ) (Entered: 04/02/2024) |
| 04/02/2024 | 25 | ☐ | MINUTE entry before the Honorable Jeffrey Cole as to Adam Stafford King: An arraignment is set before Judge Cole on 4/4/24 at 1:30pm in Courtroom 1743. Emailed notice (yt) (Entered: 04/02/2024) |

| 04/04/2024 | 26 | ☐ | ORDER as to Adam Stafford King: Arraignment proceedings held. Mr. Jonathan Bedi appears as retained counsel for defendant. Defendant was informed of the charges and the maximum penalties in the event of conviction. Defendant acknowledges receipt of a copy of the indictment, waives formal reading thereof, and enters a plea of not guilty. A plea of not guilty is entered on all counts of the indictment. 16.1 (A) Conference by 4/11/24. Status hearing set before Judge Hunt on 5/9/24 at 10:30am. A finding on the record that the exclusion of time from 4/4/24 to 5/9/24 shall be excluded without objection in the interest of justice because it is necessary to allow both parties to continue the investigation; for preparation of pretrial matters; and to allow counsel reasonable time for effective preparation. See 18 U.S.C. §§3161 (h)(7)(A), (h)(7)(B)(iv). Defendant is remanded to the custody of the U.S. Marshal. Signed by the Honorable Jeffrey Cole on 4/4/2024. Mailed notice (jh, ) (Entered: 04/04/2024) |
| 04/12/2024 | 🔒 27 | ☐ | TRANSCRIPT OF PROCEEDINGS as to Adam Stafford King held on 03/26/24, before the Honorable Keri L. Holleb Hotaling. Order Number: 48354. Court Reporter Contact Information: Patrick Mullen, (312) 435-5565, patrick_mullen@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 5/3/2024. Redacted Transcript Deadline set for 5/13/2024. Release of Transcript Restriction set for 7/11/2024. (Mullen, Patrick) (Entered: 04/12/2024) |
| 04/17/2024 | 🔒 28 | ☐ | ARREST WARRANT returned executed as to Adam Stafford King on 3/22/2024. (Received at the Intake Counter on 04/17/2024) (td, ) (Entered: 04/18/2024) |
| 04/25/2024 | 29 | ☐ | MOTION by Adam Stafford King TO FILE EXHIBIT UNDER SEAL <br><br> (Bedi, Jonathan) (Entered: 04/25/2024) |
| 04/25/2024 | 30 | ☐ | MOTION by Adam Stafford King for leave to file brief in excess of fifteen pages <br><br> (Bedi, Jonathan) (Entered: 04/25/2024) |
| 04/25/2024 | 31 | ☐ | MOTION by Adam Stafford King FOR REVOCATION OR AMENDMENT OF DETENTION ORDER <br><br> (Bedi, Jonathan) (Entered: 04/25/2024) |
| 04/25/2024 | 32 | | SEALED EXHIBIT by Adam Stafford King (Bedi, Jonathan) (Entered: 04/25/2024) |

| 04/25/2024 | 33 | ☐ | NOTICE of Motion by Jonathan S Bedi for presentment of motion for miscellaneous relief 31 before Honorable LaShonda A. Hunt on 5/9/2024 at 10:30 AM. (Bedi, Jonathan) (Entered: 04/25/2024) |
| 04/26/2024 | 34 | ☐ | MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King (1): Defendant's Motion to File Exhibit Under Seal 29 is granted. The exhibit filed at 32 shall remain sealed until further court order. Emailed notice. (cdh, ) (Entered: 04/26/2024) |
| 04/26/2024 | 35 | ☐ | MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of Defendant's Motion for Revocation or Amendment of Detention Order 31 , the Court orders the Government to file a response by 5/6/24. Defendant's motion for leave to file brief in excess of fifteen pages 30 is granted. The Government is granted leave to file a response brief not to exceed 28 pages. Emailed notice. (cdh, ) (Entered: 04/26/2024) |
| 05/06/2024 | 36 | ☐ | RESPONSE by USA as to Adam Stafford King regarding MOTION by Adam Stafford King FOR REVOCATION OR AMENDMENT OF DETENTION ORDER<br><br>31 (Stone, Brandon) (Entered: 05/06/2024) |
| 05/08/2024 | 37 | ☐ | REPLY by Adam Stafford King to response to motion 36 (Bedi, Jonathan) (Entered: 05/08/2024) |
| 05/08/2024 | 38 | ☐ | MOTION by Adam Stafford King FOR LEAVE TO FILE A REPLY MOTION TO THE GOVERNMENT'S RESPONSE TO HIS MOTION TO REVOKE THE RELEASE ORDER<br><br>(Bedi, Jonathan) (Entered: 05/08/2024) |
| 05/08/2024 | 39 | ☐ | MOTION by Adam Stafford King TO FILE EXHIBIT 2 UNDER SEAL<br><br>(Bedi, Jonathan) (Entered: 05/08/2024) |
| 05/08/2024 | 40 | | SEALED EXHIBIT by Adam Stafford King (Bedi, Jonathan) (Entered: 05/08/2024) |
| 05/09/2024 | 41 | ☐ | MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King: In-person initial status and motion hearing held. Counsel for the Government appeared. Counsel for Defendant and Defendant Adam King appeared. Defendant's Motion for Leave to File Reply Brief 38 is granted. Defendant's Motion for Leave to File Exhibit 2 under Seal 39 is granted. Exhibit 2 40 will remain sealed until further court order. As discussed, in-person hearing on Defendant's Motion for Revocation or Amendment of Detention Order 31 is set for 5/20/24 at 10:00AM in Courtroom 1425. Defendant should be prepared to present witnesses in support of his motion at that time. Government further reports that most discovery has been produced. On the Government's oral motion and without objection by the Defendant, time is excluded to and including 5/20/24, in the interest of justice pursuant to 18 U.S.C. §3161(h)(7). Excluding time will allow the defendant time to continue |

| | | | |
|---|---|---|---|
| | | | to review discovery materials and allow for the time that is reasonably necessary for effective preparation for the scheduled hearing and for counsel to file any pretrial motions. Such delay outweighs the interests of the public and Defendant in a speedy trial, particularly at this early stage of the case. Mailed notice (mjc, ) (Entered: 05/09/2024) |
| 05/17/2024 | 42 | | SUPPLEMENTAL Addendum as to Adam Stafford King (SEALED) (Wiersema, Justin) (Entered: 05/17/2024) |
| 05/20/2024 | 43 | ☐ | MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King: In-person motion hearing held. Defendant Adam Stafford King, Counsel for Defendant, Counsel for the Government, and Pretrial Services Officer appeared. For the reasons discussed on the record, Defendant's Opposed Motion for Revocation or Amendment of Detention Order 31 is denied. In-person status hearing set for 7/31/24 at 10:30AM in Courtroom 1425. On the Government's oral motion and without objection by the Defendant, time is excluded to and including 7/31/24, in the interest of justice pursuant to 18 U.S.C. §3161(h)(7). Excluding time will allow the defendant time to continue to review discovery materials and allow for the time that is reasonably necessary for counsel to file any pretrial motions. Such delay outweighs the interests of the public and Defendant in a speedy trial, particularly at this early stage of the case. Mailed notice. (kp, ) (Entered: 05/20/2024) |
| 05/20/2024 | 44 | ☐ | NOTICE OF APPEAL by Adam Stafford King Filing fee $ 605, receipt number AILNDC-21985212 Receipt number: N (Bedi, Jonathan) (Entered: 05/20/2024) |
| 05/23/2024 | 45 | ☐ | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 44 . (jh, ) (Entered: 05/23/2024) |

View Selected

or

Download Selected