# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 23, 2024

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-1909
>
> Caption:
> UNITED STATES OF AMERICA,
>            Plaintiff - Appellee
>
> v.
>
> ADAM STAFFORD KING,
>            Defendant - Appellant
>
> ---
> District Court No: 1:24-cr-00153-1
> Court Reporter Patrick Mullen
> Clerk/Agency Rep Thomas G. Bruton
> District Judge LaShonda A. Hunt
>
> Date NOA filed in District Court: 05/20/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)