UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 24 CR 153 |
| v. | ) | |
| | ) | LaShonda Hunt |
| ADAM STAFFORD KING | ) | District Judge |

**GOVERNMENT'S UNOPPOSED MOTION TO SUPPLEMENT
THE ELECTRONIC RECORD ON APPEAL**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby moves to supplement the electronic record on appeal, and states as follows:

1. Defendant Adam King has noticed his intent to appeal Magistrate Judge Holleb Hotaling's March 26, 2024 detention order (Dkt. 15, 24), and this Court's May 20, 2024 order denying his Motion for Revocation or Amendment of Detention Order (Dkt. 43). *See* Dkt. 44 (Defendant's Notice of Appeal).

2. Under Rule 10(a) of the Federal Rules of Appellate Procedure, "[t]he original papers and exhibits filed in the district court; . . . the transcript of proceedings, if any; and . . . a certified copy of the docket entries prepared by the district clerk" constitute the record on appeal.

3. On appeal, the government intends to rely in part on its Response to Defendant's Motion for Release (Dkt. 14) and exhibits thereto, hard copies of which were provided to all parties and the court at the March 26, 2024 detention hearing. These exhibits are not currently in the electronic record on appeal, and the

government wishes to supplement the record so that these exhibits are available for review by the United States Court of Appeals for the Seventh Circuit.

4. Counsel for the government has conferred with defense counsel regarding this motion, and defense counsel has advised they have no objection to the inclusion of these exhibits in the record.

WHEREFORE, the United States respectfully requests that the court issue an order directing the clerk to supplement the electronic record on appeal with Government Exhibits 1-6, attached to this motion.

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Brandon D. Stone*
Brandon D. Stone
Amarjeet H. Bhachu
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 613-9700