# Exhibit 1









Including some personal

11/9/2023 9:56:54 PM(UTC+0)



That is a shame! Need more friends with kids haha

11/9/2023 9:57:02 PM(UTC+0)



Fuuuuuck that's so hot, I'd love to make my own

11/9/2023 9:57:07 PM(UTC+0)



Mmm fuck yeah

11/9/2023 9:57:14 PM(UTC+0)



I know I'm definitely trying but it's not easy

11/9/2023 9:57:18 PM(UTC+0)



From: 5777170979 J S

Are you just into b or g too?

11/9/2023 9:57:25 PM(UTC+0)

It's definitely not

11/9/2023 9:57:30 PM(UTC+0)