# Exhibit 2







How did you find them?

12/10/2023 8:08:53 PM(UTC+0)



They've been on scruff

12/10/2023 8:11:48 PM(UTC+0)

You?

12/10/2023 8:11:53 PM(UTC+0)

postbox/db/db_sqlite    0x2DDC3B    (Size: