# Exhibit 3



How far you gone with nieces and nephews?

11/9/2023 9:52:53 PM(UTC+0)



Yeah, it's not an easy thing to do

11/9/2023 9:52:54 PM(UTC+0)

For either side

11/9/2023 9:52:57 PM(UTC+0)

I've done almost everything.  Not full on fucking, can't send them home damaged

11/9/2023 9:53:19 PM(UTC+0)



But I've gotten in them

11/9/2023 9:53:29 PM(UTC+0)

I generally sedate them

11/9/2023 9:53:37 PM(UTC+0)



Fuckkkkk my dream

11/9/2023 9:53:39 PM(UTC+0)





I generally use Benadryl

11/9/2023 9:54:12 PM(UTC+0)

Wide safety margin

11/9/2023 9:54:19 PM(UTC+0)

And easy

11/9/2023 9:54:25 PM(UTC+0)



I'll have to remember that

11/9/2023 9:55:44 PM(UTC+0)

Does it take long to knock them out?

11/9/2023 9:55:58 PM(UTC+0)

Haha yep!

11/9/2023 9:56:01 PM(UTC+0)





How's your collection these days? You had some amazing vids before

11/9/2023 9:56:27 PM(UTC+0)



I've been saving mine on mega

11/9/2023 9:56:35 PM(UTC+0)