# Exhibit 4







I plan on getting my cock in him asap

11/9/2023 10:02:24 PM(UTC+0)





Glad you like that haha

11/9/2023 10:02:29 PM(UTC+0)



Obviously, I'm a proud true pedo

11/9/2023 10:02:51 PM(UTC+0)