# Exhibit 5

# AURORA POLICE DEPARTMENT
## INCIDENT REPORT

| Field | Value |
|---|---|
| TYPE OF REPORT | TIP FIELD |
| REPORT NUMBER | 2017-004681 |
| REPORT TITLE | CHILD PORNOGRAPHY |
| TIME REPORTED | 20:00 Hours |
| DATE REPORTED | 03/30/2017 |
| OTHER CRIMINAL ACTS | |
| ADDRESS NAME | |
| LOCATION/ADDRESS OF OCCURRENCE | 1112 STONEHAVEN CI |
| COUNTY | DU PAGE |
| LOCATION TYPE | RESIDENCE (SINGLE FAMILY) |
| TIME OCCURRED | |
| TIME OCCURRED TO | |
| DATE OCCURRED | |
| DATE OCCURRED TO | |
| TOTAL LOSS | |
| JUVENILE INVOLVED? | YES |
| SQUAD VIDEO? | NO |

## ATTACHMENTS

EVIDENCE RECEIPT

## PROPERTY

| Field | Value |
|---|---|
| LOSS STATUS | RECOVERED |
| QUANTITY | 1 EA. |
| ITEM | DISK |
| SERIAL NUMBER | |
| COLOR | |
| MANUFACTURER | |
| MODEL | |
| OWNER-APPLIED NUMBER | |
| DESCRIPTION | CYBERTIP 13380402 AND IMAGES |
| DAMAGE | |
| EVIDENCE | YES |
| TO BE PROCESSED | NO |
| VALUE | |
| DISPOSITION | EVIDENCE LOCKER #018 |
| RETURNED TO | EVIDENCE LOCKER #018 |

## NARRATIVE INFORMATION

CYBERTIP 13380402

I was contacted by the Illinois Attorney General's Office after they received a National Center for Missing and Exploited Children (NCMEC) Cybertip report #13380402.

NCMEC received a report from Google Inc. that one of their users had uploaded images that they believed to be Child Pornography. Google reported that their user "seth.curtis223@gmail.com" had uploaded two images using their service "Google Photos." Google did not provide the IP address used to upload the content, only the previously used IP addresses.

NCMEC received the report and began an open source investigation into the email address provided. They determined the subject possibly lived in Aurora. When they concluded their investigation, they provided the Cybertip to the Illinois Attorney General's Office. They later forwarded the report to me.

I reviewed the two images provided by Google. The first image was titled tumblr_o3qrb5l7OR1tpbrjao4_500.jpg and it appeared to show an image depicting two age difficult males, possibly engaged in sexual intercourse. The two males appeared to be pubescent and their age could not be reasonably determined. No genitalia was visible, however they did appear to be nude.

The second image was titled tumblr2.jpg and it appeared to show two age difficult, but possibly pubescent, males who were nude. Each male had their own hand on their genitalia and they were laying next to each other. No sex act was occurring and they appeared to be posing.

The age of the subjects in the images could not be reasonably determined therefore the images provided by Google did not appear to constitute Child Pornography.

The images, cybertip report, and open source intelligence were placed onto a disk and submitted to APD Evidence locker #018 for safekeeping.

Based on the content of the images, efforts will still be made to contact the user and identify him or her.

| REPORTING OFFICER | ASSISTING OFFICER | STATUS | REVIEWING SUPERVISOR | PAGE # |
|---|---|---|---|---|
| C. CORONADO, 241 | | 02 | T. MCNAMARA, 410 | 1 of 1 |

AUFBR00.011

**CERTIFIED**

| AURORA POLICE DEPARTMENT<br>INCIDENT REPORT | TYPE OF REPORT<br>NON-OFFENSE SUPPLEMENTAL | REPORT NUMBER<br>2017-004681/1 |
|---|---|---|
| REPORT TITLE<br>CHILD PORNOGRAPHY | TIME REPORTED<br>21:30 Hours | DATE REPORTED<br>04/19/2017 |

**PERSONS**

| PERSON TYPE<br>OTHERWISE CONNECTED | NAME<br>STAFFORD-KING, ADAM | | | SEX<br>M | RACE<br>W | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|---|
| ADDRESS<br>1112 STONEHAVEN CI, AURORA, IL 60504 | | HOME PHONE | BUS. PHONE | EXT | | OTHER | |
| SYNOPSIS OF INVOLVEMENT<br>POSSIBLE SUSPECT | | | | | | | |
| PERSON TYPE<br>OTHERWISE CONNECTED | NAME<br>[REDACTED] | | | SEX<br>M | RACE<br>W | DATE OF BIRTH | AGE |
| ADDRESS<br>1112 STONEHAVEN CI, AURORA, IL 60504 | | HOME PHONE | BUS. PHONE | EXT | | OTHER | |
| SYNOPSIS OF INVOLVEMENT<br>POSSIBLE SUSPECT | | | | | | | |

| REPORTING OFFICER<br>C. CORONADO, 241 | ASSISTING OFFICER | STATUS<br>99 | REVIEWING SUPERVISOR<br>T. MCNAMARA, 410 | PAGE #<br>1 of 3 |
|---|---|---|---|---|

**CERTIFIED**

AUFBR00.011

|  | **AURORA POLICE DEPARTMENT**<br>**NARRATIVE INFORMATION** | REPORT NUMBER<br>2017-004681/1 |
|---|---|---|

**NARRATIVE INFORMATION**

REFERENCE: CONTACT WITH SUSPECTS

On 04/19/17 at approx. 2045 hrs. Det. N. Wright and I arrived at 1112 Stonehaven Circle.

When this cybertip was provided by NCMEC, they had found that the secondary email address used by the suspect "seth curtis 223" was atkking@aol.com. Open source research indicated that email address was connected with an Adam King of Boonville, Indiana. Further research on Adam King of Boonville, Indiana indicated he currently lived in Aurora. Based on the content of the reported two images, they did not appear to be illegal, as the age of the subjects in the images could not be determined.

We made contact at King's current address on Stonehaven. I was met by ▇▇▇▇▇, Adam's husband. I asked if Adam was home and he had Adam come to the door. I explained to Adam that I would like to talk to him about a private matter and they invited us in. We sat down and I told Adam that he might want our conversation to take place without ▇▇▇. He requested ▇▇▇ be present, so we began our conversation.

I first asked if he had an email address of atkking@aol.com and he confirmed he owned that address. I asked if he had an email address of seth.curtis223@gmail.com and he stated he did not. I asked if anyone else had access to his atkking address and he said no. I explained to him that I could prove that the seth.curtis223 email address was used by the user of the atkking address. I asked if he had a Tumblr account and he indicated he did. I asked what he used it for and he stated "to be honest, to look at porn." I asked him if, while on Tumblr, he had ever came across anything that might be considered illegal pornography. He indicated he was not sure. I explained to him how, especially on Tumblr, someone could accidently start viewing child pornography. Adam appeared very nervous and hesitant to answer questions. I explained to him that he was not under arrest and we were just having a conversation. I explained to him that I was speaking to him because I was part of a initiative to combat child exploitation and part of my responsibility was to identify subjects who may need assistance and offer advice. I explained to him that the images I had seen (that I believed he had also seen) were not illegal but indicated a person who was possibly attracted to young males. I described the images I had seen and explained why they were not illegal and how they were concerning. Adam indicated again that he used Tumblr to view pornography and I explained to him that the images in question were titled in part "tumblr..." and I believed that was the source of the images. He explained that he could not recall everything he had seen on tumblr but did make an indication that it was possible the threads could have contained those or similar images.

We continued our conversation in which I was asked about possible resources for help if one of them needed it. I explained how to seek help and answered any questions either had about what to do if they determined one of them had an addiction. I was also asked that if they accidently came across those images, how they should react. I provided them advice on how to report those images and how to stay away from sites that allow user uploads of pornography that are not monitored.

I determined that both of them used the same laptop and both made indications that they use Tumblr. Neither wished to admit that they were the person using the suspect gmail account. I asked if I were to search their laptop, would I find illegal images. Adam indicated that he did not believe so but seemed hesitant to allow me to search because he could not be sure of all that was seen from sites such as Tumblr. I believed he was still concerned about the original images in question. Since they both used the same laptop, I would not be able to associate any images to a single user. They both denied actively searching for illegal content. I mentioned searching their laptop a second time during the course of the conversation and they did not wish to give me permission. At that time, I had no legal reason to seize or search their electronics.

At the conclusion of the conversation, ▇▇▇ asked for my business card and contact information. They both

| REPORTING OFFICER<br>C. CORONADO, 241 | ASSISTING OFFICER | STATUS<br>99 | REVIEWING SUPERVISOR<br>T. MCNAMARA, 410 | PAGE #<br>2 of 3 |
|---|---|---|---|---|

|  AURORA POLICE DEPARTMENT<br>NARRATIVE INFORMATION | REPORT NUMBER<br>2017-004681/1 |
|---|---|

indicated that they would have a conversation with each other to determine the appropriate course of action.

Based on the information provided in the cybertip and the user of the email address used by Adam King, I believed the images in question were accessed by Adam, however the content could not reasonably be determined to be illegal.

This report was informational purposes only.

| REPORTING OFFICER<br>C. CORONADO, 241 | ASSISTING OFFICER | STATUS<br>99 | REVIEWING SUPERVISOR<br>T. MCNAMARA, 410 | PAGE #<br>3 of 3 |
|---|---|---|---|---|

AUFBR00.011

**CERTIFIED**