# Exhibit 6

> The crib is being delivered this weekend
>
> 1/19/2024 4:16:46 PM(UTC+0)

> What're some restaurants you'd recommend?
>
> 1/19/2024 4:16:58 PM(UTC+0)

> Awesome congratulations again you must be so excited
>
> 1/19/2024 4:22:21 PM(UTC+0)

> What type of food do you like?
>
> 1/19/2024 4:22:36 PM(UTC+0)