# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 1:24−cr−00153

                                                Honorable LaShonda A. Hunt

Adam Stafford King

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King (1): Defendant Adam King's Motion to Reconsider the Detention Order [58], which the Court construes as a motion to reopen the detention hearing under 18 U.S.C. §; 3142(f), is denied. Defendant contends that his proposal to install DOMS technology to detect any internet−capable devices in the home, his challenge to the strength of the Government's evidence, and other circumstances constitute grounds for a third detention hearing. However, upon review of the briefs and exhibits filed in support of and in opposition to the motion, the Court does not find "that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Significantly, Defendant concedes in his reply brief that Pretrial Services informed him it cannot use the proposed technology; and the Court subsequently confirmed the same. Accordingly, the in−person motion hearing previously scheduled for 9/11/24 [59] is stricken. The continued status hearing is reset to 9/10/24 at 10:30AM in Courtroom 1425, immediately following the arraignment before Magistrate Judge Holleb Hotaling on the Government's superseding indictment. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.