# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00153
Honorable LaShonda A. Hunt

Adam Stafford King

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King: Having conferred by email with counsel, by agreement of the parties, pretrial motions are due by 2/28/25, responses are due by 3/14/25, and jury trial scheduled to begin 5/14/25 at 9:00AM. The parties anticipate that the trial will take 6 to 8 days. Additional pretrial dates (e.g., final pretrial order and final pretrial conference) will be determined at the 11/20/24 status hearing. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.