**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA
                                   Plaintiff,

v.                                                                             Case No.: 1:24−cr−00153
                                                                              Honorable LaShonda A. Hunt

Adam Stafford King
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 20, 2024:

       MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King (1): In−person status hearing held. Counsel for the Government failed to appear, Counsel for Defendant Adam Stafford King appeared in−person, and Defendant Adam Stafford King appeared telephonically, as his in−person appearance at today's hearing was waived [74]. Defense counsel reports that he does not anticipate filing any motions *in limine* or *Daubert* motions but reserves the right to do so depending on anticipated additional discovery to be produced by the Government. As discussed, the schedule for pretrial filings and trial [75] is modified to include additional dates as follows: (1) pretrial motions due by 2/28/25; (2) responses to pretrial motions due by 3/14/25; (3) motions *in limine* and *Daubert* motions due by 4/1/25; (4) responses to motions in *limine* and *Daubert* motions due by 4/8/25; (5) final pretrial order due by 4/14/25; (6) final pretrial conference set for 4/24/25 at 1:00PM in Courtroom 1425−Defense counsel's oral motion for Defendant to appear in−person for the final pretrial conference is granted; and (7) jury trial scheduled to begin 5/14/25 at 9:00AM. The parties anticipate that the trial will take 6 to 8 days. These dates are firm and will not be extended absent extraordinary and unanticipated circumstances. Parties must review and comply with Judge Hunt's pretrial procedures for criminal cases, which will be posted on her webpage on the court's website within the next week. Continued status hearing is set for 1/23/25 at 10:30AM in Courtroom 1425. Defense counsel's oral motion to waive Defendant's in−person appearance for the next status hearing is granted. Defendant's in−person appearance at the next status hearing is waived, and he may appear telephonically by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Members of the public (including Defendant's family members) may also call in and listen only. All attendees must review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage. Without objection by the Defendant, time is excluded to and including the 5/14/25 trial date, in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7). Excluding time will allow the defendant time to continue to review discovery materials and allow for the time that is reasonably necessary for counsel to file any pretrial motions and prepare for trial. Such delay outweighs the interests of the public and Defendant in a speedy trial, particularly at this early stage of the case. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.