# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:24–cr–00153
Honorable LaShonda A. Hunt

Adam Stafford King

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Oral agreed motion to strike 2/11/25 telephonic status hearing as to Defendant Adam Stafford King (1) is granted. All other deadlines and hearings to stand. Time previously excluded to 5/14/25. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.