IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Adam King,<br><br>Defendant | 24CR153 |

## **NOTICE OF MOTION**

TO: All Counsel of Record (ECF)

Please Take Notice that on April 24, 2025, at 1pm or as soon thereafter as we may be heard, we shall appear before Judge LaShonda A. Hunt or in front of the emergency judge, if necessary of the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants Motion for Disclosure** a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com

## **CERTIFICATE OF SERVICE**

I, Jonathan S. Bedi, hereby certifies that the foregoing Notice of Motion was served in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                  /s/ Jonathan S. Bedi
                                                  Jonathan S. Bedi

Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
o: (312) 525 2017
jbedi@bedisinger.com