# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.             Case No.: 1:24−cr−00153
            Honorable LaShonda A. Hunt

Adam Stafford King

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: The parties' respective motions to exceed page limits [80], [86] were not noticed for presentment and Defendant's motion for disclosure [84] does not comply with the formatting requirements of Local Rule 5.2(e), certify that counsel met and conferred prior to filing, or indicate if it is agreed, unopposed, or opposed, all as required by the Court's case management procedures. Defendant's "MOTION for discovery" (the docket text) [81] is actually a duplicate of the later−filed notice of motion [83] and, without leave, sets the matter for the same date and time as the final pretrial conference, not a date and time the Court hears motions. Normally, these filings would be summarily stricken for non−compliance, but the Court will consider them as a one−time courtesy. The excess page limit motions [80], [86] are granted, as the relief requested is reasonable and unopposed. The Government is ordered to file a response or notice of no objection to the disclosure motion [84] by 4/9/25. The motion hearing set for 4/24/25 at 1:00PM [81] [83] is stricken, but the final pretrial conference will still proceed at that date and time. Counsel is reminded to review and comply with the Local Rules and the Court's case management procedures. Any further non−compliant filings will be summarily stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.