UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM STAFFORD KING | No. 24 CR 153<br><br>Hon. LaShonda A. Hunt |

**GOVERNMENT'S AGREED MOTION FOR LEAVE TO AMEND OR CORRECT ITS CONSOLIDATED MOTIONS *IN LIMINE***

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves the Court for leave to amend or correct its Consolidated Motions *in Limine* (Dkt. 85).

1. On April 1, 2025, the government filed its Consolidated Motions *in Limine*. Dkt. 85. Prior to filing, the government, in accordance with this Court's Pretrial Procedures for Criminal Cases, conferred with defense counsel regarding defendant's positions as to the government's various motions.

2. A page 11 of the government's brief, the government notes that the defendant does *not* oppose the government's Motion for a Protective Order for Child Witnesses. *Id.* at 11.

3. On April 2, 2025, defense counsel notified the government that it had misstated defendant's position as to that motion. Defendant objects to that motion.

4.     Accordingly, the government respectfully moves to amend the last sentence of its second motion *in limine* on page 11 to read "The parties have met and conferred, and defendant objects to this motion."

Date: April 3, 2025

                                        Respectfully submitted,

                                        MORRIS PASQUAL
                                        Acting United States Attorney

By:   */s/ Brandon D. Stone*
       BRANDON D. STONE
       Assistant United States Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300