IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 24 CR 153 |
| ADAM KING, | |
| Defendant. | |

**MOTION TO FILE EXHIBIT UNDER SEAL (UNOPPOSED)**

Defendant Adam King, by and through his attorney Jonathan S. Bedi of Bedi & Singer, LLP, pursuant to Local Rule 26.2, to allow the Defense to file exhibit 1 to the Defendant's response to the Government's consolidated motions *in limine* under seal. In support of this motion, Defendant, through counsel, states the following:

1. The Government filed its consolidated motions *in limine* (Dkt. 85) on April 1, 2025, with an amendment made on April 3, 2025 (Dkt. 88).

2. Response to motions *in limine* and Daubert motions are due by April 8, 2025 (Dkt. 76).

3. Exhibit 1 of the Defense's response to the Government's motions *in limine* contains discovery under the protective order.

4. The Defense will provide a copy of this exhibit to the government.

5. The undersigned conferred with the government, and they have no objection to this request.

WHEREFORE, for the reasons set forth herein, Defendant requests the Court allow him to file exhibit 1 to his response to the Government's motions *in limine* under seal.

Respectfully submitted,

1

s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Emily Komp
Bedi & Singer, LLP
53 West Jackson Blvd
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
dsinger@bedisinger.com
ekomp@bedisinger.com
**Attorneys for Defendant**

## Certificate of Service

I, Jonathan S. Bedi, hereby certify, I caused a copy of the foregoing Motion to be served on upon the Assistant United States Attorney by causing it to be electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Jonathan S. Bedi
Jonathan S. Bedi