**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 24 CR 153 |
| ADAM STAFFORD KING, | |
| Defendant. | |

**SUPPLEMENT TO DEFENDANT'S CONSOLIDATED MOTIONS IN LIMINE**

Pursuant to the Honorable Judge Hunt's Pretrial Procedures, the defense submits the following supplement to the Defendant's Consolidated Motions *in Limine* (Dkt. 82):

I.   Defense Motion *in Limine* I: EXCLUDE EVIDENCE OF IRRELEVANT CHATS (Opposed)

II.  Defense Motion *in Limine* II:  BAR INTRODUCTION OF OTHER ADULT SEXUAL CONDUCT (Opposed)

III. Defense Motion *in Limine* III: PRECLUDE EVIDENCE REGARDING MR. KING'S ALLEGED INTERACTIONS WITH ANOTHER INDIVIDUAL WHO HAS BEEN CHARGED WITH SEXUAL CRIME IN WISCONSIN (Unopposed)

IV.  Defense Motion *in Limine* IV: PRECLUDE ANY ALLEGATIONS AGAINST MR. KING OF INAPPROPRIATE CONDUCT AT WORK (Opposed)

V.   Defense Motion *in Limine* V: BAR INTRODUCTION OF OTHER SEXUAL CONDUCT FOUND ON DEVICES (Opposed)

VI.  Defense Motion *in Limine* VI: LIMIT NUMBER/LENGTH OF CSAM IMAGES/VIDEOS SHOWN TO JURY (Opposed)

1

VII.    Defense Motion *in Limine* VII: PROHIBIT THE GOVERNMENT FROM DISCUSSING CRIMINAL INVESTIGATION OF TELEGRAM APPLICATION (Unopposed)

VIII.    Defense Motion *in Limine* VIII: PROHIBIT THE GOVERNMENT FROM SHOWING BODY-WORN CAMERA FOOTAGE OF MR. KING DURING THE EXECUTION OF THE SEARCH WARRANT (Opposed)

IX.    Defense Motion *in Limine* IX: BAR TESTIMONY OF WITNESSES THAT ACCOUNTS WERE OWNED AND OPERATED BY MR. KING (Opposed)

X.    Defense Motion *in Limine* X: BAR EVIDENCE OF MR. KING'S PREVIOUS INTERACTION WITH POLICE IN 2017 (Opposed)

XI.    Defense Motion *in Limine* XI: PREVENT AGENTS OR WITNESSES FROM USING THE TERM HUMAN TRAFFICKING, SEX TRAFFICKING, CRIMES AGAINST CHILDREN AND VIOLENT CRIME (Opposed)

XII.    Defense Motion *in Limine* XII: LIMIT WITNESS TESTIMONY REGARDING THE ALLEGED IMPACT OF THE OFFENSE (Opposed)

XIII.    Defense Motion *in Limine* XIII: EXCLUDE ALL TELEGRAM CHATS FROM SEPTEMBER 11, 2023, AS THEY CANNOT BE AUTHENTICATED (Opposed)

Respectfully submitted,

s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson Blvd
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
dsinger@bedisinger.com
**Attorneys for Defendant**

2

**CERTIFICATE OF SERVICE**

I, Jonathan S. Bedi,  hereby certify that I caused a copy of the foregoing to be electronically filed with the CM/ECF system.


s/ Jonathan S. Bedi
Jonathan S. Bedi