# GOVERNMENT EXHIBIT A

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 7/12/2022 22:36 | 175692852 (Defendant King) | 107191550 | Into? |
| 7/12/2022 22:56 | 107191550 | 175692852 (Defendant King) | Ageplay. Fam stuff. Very open. You? |
| 7/12/2022 23:27 | 175692852 (Defendant King) | 107191550 | Tele? |
| 7/12/2022 23:34 | 107191550 | 175692852 (Defendant King) | Ya I'm @stuffinup |
| 7/12/2022 23:34 | 107191550 | 175692852 (Defendant King) | Sorry its actually @Stiffinup |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 9/2/2022 23:17 | 106288195 | 175692852 (Defendant King) | Hi |
| 9/2/2022 23:20 | 175692852 (Defendant King) | 106288195 | Into |
| 9/2/2022 23:23 | 106288195 | 175692852 (Defendant King) | Yng and incest. You |
| 9/2/2022 23:24 | 175692852 (Defendant King) | 106288195 | Tele |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 3/6/2023 20:35 | 175692852 (Defendant King) | 100543076 | Hey |
| 3/6/2023 20:35 | 175692852 (Defendant King) | 100543076 | Into |
| 3/6/2023 21:19 | 100543076 | 175692852 (Defendant King) | Hello. Total prv. You? |
| 3/6/2023 21:25 | 175692852 (Defendant King) | 100543076 | Tele? |
| 3/6/2023 20:35 | 175692852 (Defendant King) | 100543076 | Hey |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 6/24/2023 0:51 | 175692852 (Defendant King) | 103867200 | Hey |
| 6/24/2023 1:49 | 103867200 | 175692852 (Defendant King) | Howd |
| 6/24/2023 1:49 | 103867200 | 175692852 (Defendant King) | Howdy |

1

| | | | |
|---|---|---|---|
| 6/24/2023 1:51 | 175692852 (Defendant King) | 103867200 | What's up? |
| 6/24/2023 1:52 | 175692852 (Defendant King) | 103867200 | Into? |
| 6/24/2023 1:52 | 103867200 | 175692852 (Defendant King) | Finishing up dinner. You? |
| 6/24/2023 1:53 | 103867200 | 175692852 (Defendant King) | Besides normal stuff...public, exhibitionism, athletic gear/underwear and yngr |
| 6/24/2023 1:53 | 175692852 (Defendant King) | 103867200 | Nice man. Nm |
| 6/24/2023 1:53 | 175692852 (Defendant King) | 103867200 | Have tele? |
| 6/24/2023 1:53 | 103867200 | 175692852 (Defendant King) | Chirunner713 |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 7/8/2023 23:41 | 175692852 (Defendant King) | 100417810 | Into |
| 7/8/2023 23:42 | 100417810 | 175692852 (Defendant King) | Open. Dad son hot public etc u |
| 7/8/2023 23:42 | 100417810 | 175692852 (Defendant King) | Anything but scat or blood |
| 7/8/2023 23:44 | 175692852 (Defendant King) | 100417810 | Tele? |
| 7/8/2023 23:45 | 100417810 | 175692852 (Defendant King) | @jj19770 |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 7/22/2023 4:31 | 175692852 (Defendant King) | 178889590 | Hey |
| 7/22/2023 4:31 | 175692852 (Defendant King) | 178889590 | Into? |
| 7/22/2023 4:31 | 178889590 | 175692852 (Defendant King) | Hnh, very open minded here |
| 7/22/2023 4:32 | 178889590 | 175692852 (Defendant King) | Yng, forced, incest |
| 7/22/2023 4:32 | 178889590 | 175692852 (Defendant King) | U? |
| 7/22/2023 4:33 | 175692852 (Defendant King) | 178889590 | Same. Tele? |

2

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 7/22/2023 13:35 | 175692852 (Defendant King) | 104058607 | Hey |
| 7/22/2023 13:36 | 175692852 (Defendant King) | 104058607 | Into |
| 7/22/2023 13:36 | 104058607 | 175692852 (Defendant King) | No limits perv here |
| 7/22/2023 13:36 | 104058607 | 175692852 (Defendant King) | You? |
| 7/22/2023 13:37 | 175692852 (Defendant King) | 104058607 | Have tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 8/27/2023 13:44 | 175692852 (Defendant King) | 182085285 | Into |
| 8/27/2023 13:49 | 182085285 | 175692852 (Defendant King) | Pervy taboo things. You? |
| 8/27/2023 13:51 | 175692852 (Defendant King) | 182085285 | What's your tele? |
| 8/27/2023 13:51 | 182085285 | 175692852 (Defendant King) | Jbaugust23 |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 9/13/2023 12:41 | 175692852 (Defendant King) | 182351237 | Hey |
| 9/13/2023 12:42 | 175692852 (Defendant King) | 182351237 | Into |
| 9/13/2023 14:21 | 182351237 | 175692852 (Defendant King) | Lots of tabboo stuff |
| 9/13/2023 15:03 | 175692852 (Defendant King) | 182351237 | What's your tele? |
| 9/13/2023 15:05 | 182351237 | 175692852 (Defendant King) | Give me urs its easier |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 9/14/2023 22:38 | 175692852 (Defendant King) | 182382755 | Hey |
| 9/15/2023 16:04 | 182382755 | 175692852 (Defendant King) | Hi |
| 9/15/2023 16:15 | 175692852 (Defendant King) | 182382755 | What's up? |

3

| 9/15/2023 16:15 | 175692852 (Defendant King) | 182382755 | Into? |
| 9/15/2023 16:33 | 182382755 | 175692852 (Defendant King) | Football |
| 9/15/2023 17:13 | 175692852 (Defendant King) | 182382755 | What's your tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 9/21/2023 13:30 | 175692852 (Defendant King) | 104292132 | What're you into? |
| 9/21/2023 14:16 | 104292132 | 175692852 (Defendant King) | Being naked, other hung circumcised guys, masturbation, piss, making out, public stuff, man-boy stuff, bare only fucking. More bottom than top. |
| 9/21/2023 14:16 | 175692852 (Defendant King) | 104292132 | Fuck yeah man |
| 9/21/2023 14:17 | 175692852 (Defendant King) | 104292132 | Have tele? |
| 9/21/2023 19:00 | 104292132 | 175692852 (Defendant King) | Yeah. But do you have any pics of yourself? |
| 9/21/2023 19:47 | 175692852 (Defendant King) | 104292132 | |
| 9/21/2023 20:24 | 104292132 | 175692852 (Defendant King) | Nice penis, man. |
| 9/21/2023 20:24 | 104292132 | 175692852 (Defendant King) | Tele is montereyscoast |
| 9/22/2023 1:20 | 175692852 (Defendant King) | 104292132 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 9/22/2023 23:11 | 120643376 | 175692852 (Defendant King) | What's up? |
| 9/22/2023 23:24 | 175692852 (Defendant King) | 120643376 | Not much you? |
| 9/22/2023 23:24 | 175692852 (Defendant King) | 120643376 | Into? |
| 9/22/2023 23:25 | 120643376 | 175692852 (Defendant King) | // |
| 9/22/2023 23:26 | 120643376 | 175692852 | Telegram is |

|  |  | (Defendant King) |  |
|---|---|---|---|
| 9/22/2023 23:26 | 120643376 | 175692852 (Defendant King) | jockpigg |
| 9/22/2023 23:33 | 175692852 (Defendant King) | 120643376 | Messaged |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 10/3/2023 11:18 | 175692852 (Defendant King) | 166865928 | Hey man |
| 10/3/2023 11:18 | 175692852 (Defendant King) | 166865928 | Into? |
| 10/3/2023 11:18 | 166865928 | 175692852 (Defendant King) | Yng//fam u |
| 10/3/2023 11:18 | 175692852 (Defendant King) | 166865928 | What's your tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 10/16/2023 20:02 | 175692852 (Defendant King) | 100554133 | Hey |
| 10/16/2023 20:02 | 175692852 (Defendant King) | 100554133 | Into |
| 10/17/2023 2:33 | 100554133 | 175692852 (Defendant King) | Lots of stuff 😈 |
| 10/17/2023 2:33 | 175692852 (Defendant King) | 100554133 | Same here, have tele? |
| 10/17/2023 2:34 | 100554133 | 175692852 (Defendant King) | @prtlnd85 |
| 10/17/2023 2:35 | 175692852 (Defendant King) | 100554133 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 10/16/2023 9:49 | 175692852 (Defendant King) | 179935166 | Hey |
| 10/16/2023 9:49 | 175692852 (Defendant King) | 179935166 | What're you into? |
| 10/16/2023 9:50 | 179935166 | 175692852 (Defendant King) | Open minded |
| 10/16/2023 9:51 | 175692852 (Defendant King) | 179935166 | What's your tele? |
| 10/16/2023 9:52 | 179935166 | 175692852 (Defendant King) | Blackwhite138 |

5

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/10/2023 18:56 | 165487173 | 175692852 (Defendant King) | Hi! |
| 11/10/2023 18:57 | 175692852 (Defendant King) | 165487173 | What's up? |
| 11/10/2023 18:57 | 175692852 (Defendant King) | 165487173 | What're you into? |
| 11/10/2023 18:57 | 165487173 | 175692852 (Defendant King) | Not much, settling in for the night |
| 11/10/2023 18:58 | 165487173 | 175692852 (Defendant King) | Kinky and very open minded few limits |
| 11/10/2023 18:58 | 175692852 (Defendant King) | 165487173 | Very nice. Have tele? |
| 11/10/2023 18:59 | 165487173 | 175692852 (Defendant King) | Yes, blksonlite |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/11/2023 18:56 | 175692852 (Defendant King) | 110823839 | What're you into? |
| 11/11/2023 19:52 | 110823839 | 175692852 (Defendant King) | Pretty open into most things towards kinky side of things. Role play, bondage, poppers, gear, the list goes on lol |
| 11/11/2023 19:52 | 110823839 | 175692852 (Defendant King) | Hbu |
| 11/11/2023 19:52 | 175692852 (Defendant King) | 110823839 | Nice. Anything but scat and blood here |
| 11/11/2023 19:53 | 175692852 (Defendant King) | 110823839 | Very open |
| 11/11/2023 19:56 | 110823839 | 175692852 (Defendant King) | Nice pretty much the same |
| 11/11/2023 20:06 | 175692852 (Defendant King) | 110823839 | Have tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/11/2023 20:37 | 175692852 (Defendant King) | 100851907 | Into? |
| 11/11/2023 22:06 | 175692852 (Defendant King) | 100851907 | ? |
| 11/12/2023 3:31 | 100851907 | 175692852 | I'm Into Bb breeding |

6

|  |  | (Defendant King) | piss rough group amyl verbal rape bondage spit feet incest felching dad/son taboo breath control choking poz |
|---|---|---|---|
| 11/12/2023 3:31 | 100851907 | 175692852 (Defendant King) | Yourself |
| 11/12/2023 14:21 | 175692852 (Defendant King) | 100851907 | Fuck yeah |
| 11/12/2023 14:21 | 175692852 (Defendant King) | 100851907 | Have tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/14/2023 21:31 | 175692852 (Defendant King) | 105993097 | What're you into? |
| 11/14/2023 22:21 | 105993097 | 175692852 (Defendant King) | Everything |
| 11/14/2023 22:21 | 105993097 | 175692852 (Defendant King) | You |
| 11/14/2023 22:23 | 175692852 (Defendant King) | 105993097 | Same. Biggest turn ons? |
| 11/14/2023 22:28 | 105993097 | 175692852 (Defendant King) | They more wild the better |
| 11/14/2023 22:34 | 175692852 (Defendant King) | 105993097 | What's your tele? |
| 11/16/2023 22:00 | 105993097 | 175692852 (Defendant King) | Pervboyky |
| 11/17/2023 4:41 | 175692852 (Defendant King) | 105993097 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/18/2023 21:29 | 175692852 (Defendant King) | 100717848 | Into? |
| 11/18/2023 21:30 | 100717848 | 175692852 (Defendant King) | Dad/son |
| 11/18/2023 21:34 | 175692852 (Defendant King) | 100717848 | Name on tele? |
| 11/18/2023 21:35 | 100717848 | 175692852 (Defendant King) | Guy_nc |
| 11/18/2023 21:38 | 175692852 (Defendant King) | 100717848 | Sent |

7

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/24/2023 15:49 | 107192432 | 175692852 (Defendant King) | Hi |
| 11/24/2023 15:50 | 175692852 (Defendant King) | 107192432 | What're you into |
| 11/24/2023 17:27 | 107192432 | 175692852 (Defendant King) | Perv |
| 11/24/2023 21:00 | 175692852 (Defendant King) | 107192432 | What's your tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/26/2023 18:55 | 175692852 (Defendant King) | 120694974 | Hey |
| 11/26/2023 18:56 | 175692852 (Defendant King) | 120694974 | What's up? |
| 11/26/2023 19:00 | 175692852 (Defendant King) | 120694974 | |
| 11/26/2023 19:23 | 120694974 | 175692852 (Defendant King) | Hey. Doing great thanks. U |
| 11/26/2023 19:26 | 175692852 (Defendant King) | 120694974 | Doing well here |
| 11/26/2023 19:26 | 175692852 (Defendant King) | 120694974 | What're you into? |
| 11/26/2023 19:45 | 120694974 | 175692852 (Defendant King) | Very very open. U |
| 11/26/2023 19:55 | 175692852 (Defendant King) | 120694974 | Same. What's your tele? |
| 11/26/2023 20:06 | 120694974 | 175692852 (Defendant King) | LonBadBoy |
| 11/26/2023 20:12 | 175692852 (Defendant King) | 120694974 | Sent |
| 11/26/2023 20:15 | 120694974 | 175692852 (Defendant King) | Have you messaged? |
| 11/26/2023 20:16 | 175692852 (Defendant King) | 120694974 | Yep |
| 11/26/2023 20:16 | 175692852 (Defendant King) | 120694974 | Secret chat |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 11/26/2023 15:59 | 175692852 (Defendant King) | 182740893 | Hey |
| 11/26/2023 15:59 | 175692852 | 182740893 | Into? |

8

| | | | |
|---|---|---|---|
| | (Defendant King) | | |
| 11/26/2023 23:05 | 182740893 | 175692852 (Defendant King) | Love any tab 00 |
| 11/26/2023 23:06 | 182740893 | 175692852 (Defendant King) | Yng |
| 11/28/2023 13:06 | 175692852 (Defendant King) | 182740893 | What's your tele? |
| 11/28/2023 17:39 | 182740893 | 175692852 (Defendant King) | Gaglisc00 |
| 11/30/2023 13:09 | 175692852 (Defendant King) | 182740893 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/6/2023 13:39 | 175692852 (Defendant King) | 103379187 | Hey |
| 12/6/2023 13:54 | 103379187 | 175692852 (Defendant King) | Hey |
| 12/6/2023 13:55 | 175692852 (Defendant King) | 103379187 | What's up? |
| 12/6/2023 13:55 | 175692852 (Defendant King) | 103379187 | Into? |
| 12/6/2023 13:58 | 103379187 | 175692852 (Defendant King) | I imagine the same as you |
| 12/6/2023 13:58 | 175692852 (Defendant King) | 103379187 | What's your tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/8/2023 15:07 | 175692852 (Defendant King) | 107672516 | Hey |
| 12/8/2023 15:16 | 107672516 | 175692852 (Defendant King) | Hey perv |
| 12/8/2023 15:16 | 107672516 | 175692852 (Defendant King) | How open minded ? |
| 12/8/2023 15:17 | 175692852 (Defendant King) | 107672516 | Very. What's your tele? |
| 12/8/2023 15:22 | 175692852 (Defendant King) | 107672516 | How open minded are you? |
| 12/8/2023 15:27 | 107672516 | 175692852 (Defendant King) | Very |
| 12/8/2023 15:28 | 175692852 (Defendant King) | 107672516 | Excellent |
| 12/8/2023 15:28 | 175692852 (Defendant King) | 107672516 | What's your tele handle? |

9

| 12/8/2023 15:29 | 107672516 | 175692852 (Defendant King) | You got sessions ? |
|---|---|---|---|
| 12/8/2023 15:29 | 175692852 (Defendant King) | 107672516 | No just tele |
| 12/8/2023 15:30 | 175692852 (Defendant King) | 107672516 | Better for vids |
| 12/8/2023 15:37 | 175692852 (Defendant King) | 107672516 | Have it? |
| 12/8/2023 15:44 | 107672516 | 175692852 (Defendant King) | Setting it up now |
| 12/8/2023 15:44 | 107672516 | 175692852 (Defendant King) | You sending me jerk off vids ? |
| 12/8/2023 15:44 | 107672516 | 175692852 (Defendant King) | And vids from gaycest ? 👅👅👅 |
| 12/8/2023 15:44 | 175692852 (Defendant King) | 107672516 | What's your name there? |
| 12/8/2023 15:47 | 107672516 | 175692852 (Defendant King) | @j_o_t1 |
| 12/8/2023 15:48 | 175692852 (Defendant King) | 107672516 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/9/2023 14:03 | 175692852 (Defendant King) | 183761643 | Hey |
| 12/9/2023 14:03 | 175692852 (Defendant King) | 183761643 | Into? |
| 12/9/2023 14:04 | 183761643 | 175692852 (Defendant King) | Haha u already know |
| 12/9/2023 14:04 | 183761643 | 175692852 (Defendant King) | 😈 |
| 12/9/2023 14:04 | 183761643 | 175692852 (Defendant King) | // |
| 12/9/2023 14:05 | 175692852 (Defendant King) | 183761643 | What's your tele? |
| 12/9/2023 14:07 | 183761643 | 175692852 (Defendant King) | Jjbb9898 |
| 12/9/2023 14:12 | 175692852 (Defendant King) | 183761643 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/7/2023 23:36 | 175692852 (Defendant King) | 125882400 | Into? |
| 12/9/2023 11:37 | 125882400 | 175692852 | Very open minded as |

10

| | | (Defendant King) | well, into kink and taboo. Probably not going to go more in depth unless we end up chatting lol |
|---|---|---|---|
| 12/9/2023 11:37 | 125882400 | 175692852 (Defendant King) | How about you if you're willing to share? |
| 12/9/2023 14:03 | 175692852 (Defendant King) | 125882400 | What's your tele? |
| 12/10/2023 3:21 | 125882400 | 175692852 (Defendant King) | fourxseven |
| 12/10/2023 14:47 | 175692852 | 125882400 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/11/2023 22:01 | 175692852 (Defendant King) | 120265241 | Hey |
| 12/11/2023 22:01 | 175692852 (Defendant King) | 120265241 | Into? |
| 12/11/2023 22:10 | 175692852 (Defendant King) | 120265241 | |
| 12/11/2023 22:14 | 120265241 | 175692852 (Defendant King) | Very very open minded 😏😈 |
| 12/11/2023 22:17 | 175692852 (Defendant King) | 120265241 | What's your tele? |
| 12/11/2023 23:02 | 120265241 | 175692852 (Defendant King) | MadeInTx |
| 12/12/2023 13:04 | 175692852 (Defendant King) | 120265241 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/14/2023 16:53 | 175692852 (Defendant King) | 125928381 | Hey |
| 12/14/2023 16:53 | 175692852 (Defendant King) | 125928381 | Into |
| 12/14/2023 16:55 | 125928381 | 175692852 (Defendant King) | Hey there. Pretty open minded here too. |
| 12/14/2023 16:55 | 125928381 | 175692852 (Defendant King) | Love daddy son, bros, etc. you? |
| 12/14/2023 17:00 | 125928381 | 175692852 (Defendant King) | Also onto older w younger |
| 12/14/2023 18:21 | 125928381 | 175692852 (Defendant King) | How about you? |

11

| 12/14/2023 19:13 | 175692852 (Defendant King) | 125928381 | Very nice! Have tele? |
| --- | --- | --- | --- |
| 12/14/2023 19:21 | 125928381 | 175692852 (Defendant King) | I do. |
| 12/14/2023 19:22 | 125928381 | 175692852 (Defendant King) | Ajunder |
| 12/14/2023 19:27 | 125928381 | 175692852 (Defendant King) | You can find me and we can chat there if you want |
| 12/14/2023 19:28 | 175692852 (Defendant King) | 125928381 | Already did haha |

| Created At | Sender ID | Recipient ID | Message |
| --- | --- | --- | --- |
| 12/15/2023 2:34 | 175692852 (Defendant King) | 104384475 | Hey |
| 12/15/2023 2:50 | 104384475 | 175692852 (Defendant King) | Hi |
| 12/15/2023 2:57 | 175692852 (Defendant King) | 104384475 | What's up? |
| 12/15/2023 2:57 | 175692852 (Defendant King) | 104384475 | Into? |
| 12/15/2023 3:08 | 104384475 | 175692852 (Defendant King) | Few limits. Tele is Sirbeach |
| 12/15/2023 5:18 | 175692852 (Defendant King) | 104384475 | Sent |

| Created At | Sender ID | Recipient ID | Message |
| --- | --- | --- | --- |
| 12/15/2023 23:36 | 175692852 (Defendant King) | 107366121 | Into? |
| 12/15/2023 23:39 | 107366121 | 175692852 (Defendant King) | Tight holes, thick poles |
| 12/15/2023 23:42 | 107366121 | 175692852 (Defendant King) | You? |
| 12/16/2023 5:47 | 175692852 (Defendant King) | 107366121 | Have tele? |
| 12/16/2023 22:34 | 107366121 | 175692852 (Defendant King) | Jchem2 |
| 12/17/2023 23:35 | 107366121 | 175692852 (Defendant King) | Yours? |
| 12/19/2023 16:00 | 175692852 (Defendant King) | 107366121 | Sent |

12

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 12/29/2023 19:40 | 176508657 (Defendant King) | 110917371 | Hey |
| 12/29/2023 19:40 | 176508657 (Defendant King) | 110917371 | Into |
| 12/29/2023 19:43 | 110917371 | 176508657 (Defendant King) | Everything. No limits. Ageplay, family, beast, early experiences. |
| 12/29/2023 19:43 | 110917371 | 176508657 (Defendant King) | You? |
| 12/29/2023 19:46 | 176508657 (Defendant King) | 110917371 | What's your tele |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 1/3/2024 13:28 | 176508657 (Defendant King) | 100896981 | Hey |
| 1/3/2024 13:28 | 176508657 (Defendant King) | 100896981 | Into |
| 1/3/2024 13:28 | 100896981 | 176508657 (Defendant King) | Hey there |
| 1/3/2024 13:28 | 100896981 | 176508657 (Defendant King) | No lim |
| 1/3/2024 22:37 | 176508657 (Defendant King) | 100896981 | What's your tele? |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 1/4/2024 13:24 | 176508657 (Defendant King) | 107811766 | Hey |
| 1/4/2024 14:03 | 107811766 | 176508657 (Defendant King) | Hey what's up? |
| 1/4/2024 14:04 | 176508657 (Defendant King) | 107811766 | Nm you |
| 1/4/2024 14:04 | 176508657 (Defendant King) | 107811766 | Into? |
| 1/4/2024 14:04 | 107811766 | 176508657 (Defendant King) | Just hanging out. |
| 1/4/2024 14:05 | 107811766 | 176508657 (Defendant King) | Into it all man. |
| 1/4/2024 14:05 | 176508657 (Defendant King) | 107811766 | Nice. Biggest turn ons? |
| 1/4/2024 14:05 | 107811766 | 176508657 (Defendant King) | Yng and beast. You? |

13

| 1/4/2024 14:06 | 176508657 (Defendant King) | 107811766 | What's your tele? |
| 1/4/2024 14:07 | 107811766 | 176508657 (Defendant King) | Mtnman68 |
| 1/4/2024 14:07 | 176508657 (Defendant King) | 107811766 | Sent |

| Created At | Sender ID | Recipient ID | Message |
|---|---|---|---|
| 1/8/2024 13:08 | 176508657 (Defendant King) | 110664955 | Hey |
| 1/8/2024 13:08 | 176508657 (Defendant King) | 110664955 | Into? |
| 1/8/2024 13:08 | 110664955 | 176508657 (Defendant King) | dad/son/bro/yng |
| 1/8/2024 13:09 | 176508657 (Defendant King) | 110664955 | What's your tele? |
| 1/8/2024 13:11 | 110664955 | 176508657 (Defendant King) | Mowgli87 |
| 1/8/2024 13:21 | 176508657 (Defendant King) | 110664955 | Sent |