# GOVERNMENT EXHIBIT B

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/9/2023, 9:56:27 PM UTC | Undercover Agent | Defendant King | How's your collection these days? You had some amazing vids before |
| 11/9/2023, 9:56:35 PM UTC | Undercover Agent | Defendant King | I've been saving mine on mega |
| 11/9/2023, 9:56:40 PM UTC | Defendant King | Undercover Agent | Any little ones you have access to? |
| 11/9/2023, 9:56:45 PM UTC | Defendant King | Undercover Agent | I have tons haha |
| 11/9/2023, 9:56:48 PM UTC | Undercover Agent | Defendant King | No sadly |
| 11/9/2023, 9:56:54 PM UTC | Defendant King | Undercover Agent | Including some personal |

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/9/2023, 9:58:03 PM UTC | Undercover Agent | Defendant King | You have mega? |
| 11/9/2023, 9:58:22 PM UTC | Defendant King | Undercover Agent | Fuckyeah it is |
| 11/9/2023, 9:58:22 PM UTC | Defendant King | Undercover Agent | I'm gay, but love smooth little pussy |
| 11/9/2023, 9:58:23 PM UTC | Defendant King | Undercover Agent | No I don't, I just have tele |

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/13/2023, 10:42:45 PM UTC | Undercover Agent | Defendant King | You have mega? |
| 11/13/2023, 10:43:40 PM UTC | Defendant King | Undercover Agent | Mmmm so hot |
| 11/13/2023, 10:43:49 PM UTC | Defendant King | Undercover Agent | No, megas get targeted and deleted |
| 11/13/2023, 10:43:56 PM UTC | Defendant King | Undercover Agent | I keep everything on here |
| 11/13/2023, 10:44:18 PM UTC | Undercover Agent | Defendant King | Oh really? I keep all my vids there |
| 11/13/2023, 10:44:24 PM UTC | Undercover Agent | Defendant King | Never had an issue |
| 11/13/2023, 10:45:37 PM UTC | Defendant King | Undercover Agent | Yeah, I've known guys who've lost |

1

| | | | |
|---|---|---|---|
| | | | everything |
| 11/13/2023, 10:45:55 PM UTC | Defendant King | Undercover Agent | But hey, hopefully it won't happen to you! |
| 11/13/2023, 10:46:03 PM UTC | Undercover Agent | Defendant King | Ha hope not |

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/14/2023, 6:16:32 PM UTC | Undercover Agent | Defendant King | How's your collection looking lately |
| 11/14/2023, 9:36:37 PM UTC | Defendant King | Undercover Agent | LOL |
| 11/14/2023, 9:36:46 PM UTC | Defendant King | Undercover Agent | I have a very extensive collection lol |
| 11/14/2023, 9:36:48 PM UTC | Defendant King | Undercover Agent | Yours? |
| 11/14/2023, 11:21:24 PM UTC | Defendant King | Undercover Agent | What're you up to? |
| 11/15/2023, 12:37:57 AM UTC | Undercover Agent | Defendant King | Hmmmm yes but mostly on mega or on telegram lol |
| 11/15/2023, 3:54:51 AM UTC | Defendant King | Undercover Agent | Haha on tele here |

| Date and Time | From | To | Content |
|---|---|---|---|
| 12/10/2023, 8:42:28 PM UTC | Defendant King | Undercover Agent | Have you always been a perv? |
| 12/10/2023, 9:25:16 PM UTC | Undercover Agent | Defendant King | Not always but got into it a few years ago. You? |
| 12/10/2023, 9:27:45 PM UTC | Defendant King | Undercover Agent | Ncie |
| 12/10/2023, 9:27:49 PM UTC | Defendant King | Undercover Agent | Always have been |
| 12/10/2023, 11:32:46 PM UTC | Undercover Agent | Defendant King | Lifer! |
| 12/10/2023, 11:32:53 PM UTC | Undercover Agent | Defendant King | How's your collection of vids |
| 12/11/2023, 2:09:59 AM UTC | Defendant King | Undercover Agent | Haha exactly |
| 12/11/2023, 2:10:02 AM UTC | Defendant King | Undercover Agent | Pretty large haha |

2

| 12/11/2023, 2:10:04 AM UTC | Defendant King | Undercover Agent | Yours? |
|---|---|---|---|
| 12/11/2023, 2:06:48 PM UTC | Undercover Agent | Defendant King | Good and just got a little bigger last night from the perv I met |
| 12/11/2023, 2:06:50 PM UTC | Undercover Agent | Defendant King | Lol |
| 12/11/2023, 2:08:54 PM UTC | Defendant King | Undercover Agent | Haha oh yeah?? |
| 12/11/2023, 2:08:57 PM UTC | Defendant King | Undercover Agent | Nice! |
| 12/11/2023, 2:09:41 PM UTC | Undercover Agent | Defendant King | Yeah he had tons on mega so I transferred them to my account |
| 12/11/2023, 2:30:47 PM UTC | Defendant King | Undercover Agent | Very nice! |
| 12/11/2023, 2:30:54 PM UTC | Defendant King | Undercover Agent | Yeah, I have thousands haha |

| Date and Time | From | To | Content |
|---|---|---|---|
| 12/11/2023, 4:52:31 PM UTC | Undercover Agent | Defendant King | Ever use any other chat apps? The perv I was with last was telling me there's better apps than telegram |
| 12/11/2023, 5:01:15 PM UTC | Defendant King | Undercover Agent | That's no fun! No time for perving then! Haha |
| 12/11/2023, 5:01:20 PM UTC | Defendant King | Undercover Agent | No, I just use tele |
| 12/11/2023, 5:01:23 PM UTC | Defendant King | Undercover Agent | Best for vids |
| 12/11/2023, 6:30:02 PM UTC | Undercover Agent | Defendant King | Gotcha |
| 12/11/2023, 6:32:25 PM UTC | Defendant King | Undercover Agent | Do you? |
| 12/11/2023, 6:33:01 PM UTC | Undercover Agent | Defendant King | I've tried session |
| 12/11/2023, 6:33:27 PM UTC | Undercover Agent | Defendant King | I loved kik but no one was using it it |

3

|  |  |  | seemed anymore |
|---|---|---|---|
| 12/11/2023, 6:37:30 PM UTC | Defendant King | Undercover Agent | I used to have wickr, but that's defunct now |
| 12/11/2023, 6:37:36 PM UTC | Defendant King | Undercover Agent | Tele is my tried and true |

4