# GOVERNMENT EXHIBIT C

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/9/2023, 9:37:09 PM UTC | Undercover Agent | Defendant King | Hey |
| 11/9/2023, 9:37:10 PM UTC | Defendant King | Undercover Agent | Hey man |
| 11/9/2023, 9:37:27 PM UTC | Undercover Agent | Defendant King | You been perv if much? |
| 11/9/2023, 9:37:28 PM UTC | Defendant King | Undercover Agent | Remind me how yng you like again |
| 11/9/2023, 9:37:31 PM UTC | Undercover Agent | Defendant King | Perving* |
| 11/9/2023, 9:37:34 PM UTC | Defendant King | Undercover Agent | Oh yeah haha |
| 11/9/2023, 9:37:35 PM UTC | Defendant King | Undercover Agent | Yourself? |
| 11/9/2023, 9:37:40 PM UTC | Undercover Agent | Defendant King | No limits perv |
| 11/9/2023, 9:38:05 PM UTC | Defendant King | Undercover Agent | Fuck yeah |
| 11/9/2023, 9:38:09 PM UTC | Defendant King | Undercover Agent | Fav ages again? |
| 11/9/2023, 9:39:34 PM UTC | Defendant King | Undercover Agent | Chicago perv here |
| 11/9/2023, 9:40:30 PM UTC | Undercover Agent | Defendant King | NYC here |
| 11/9/2023, 9:40:43 PM UTC | Undercover Agent | Defendant King | 0+ |
| 11/9/2023, 9:40:44 PM UTC | Defendant King | Undercover Agent | Nice |
| 11/9/2023, 9:40:48 PM UTC | Defendant King | Undercover Agent | Fuck yeah, me too |
| 11/9/2023, 9:40:52 PM UTC | Defendant King | Undercover Agent | 0-9 my fav |
| 11/9/2023, 9:40:57 PM UTC | Defendant King | Undercover Agent | B and g, though prefer b |
| 11/9/2023, 9:41:11 PM UTC | Undercover Agent | Defendant King | Love watching a little boy get spit roasted by two dads |
| 11/9/2023, 9:41:24 PM UTC | Defendant King | Undercover Agent | Fuck me too man |
| 11/9/2023, 9:41:36 PM UTC | Defendant King | Undercover Agent | Love seeing a little smooth body next to something hairy |

1

| Date and Time | From | To | Content |
|---|---|---|---|
| 12/10/2023 7:13:16 PM UTC | Defendant King | Undercover Agent | Remind me your fav ages? |
| 12/10/2023 7:13:55 PM UTC | Undercover Agent | Defendant King | Dave age is probably 5-9 |
| 12/10/2023 7:14:03 PM UTC | Undercover Agent | Defendant King | But I'm no limits |
| 12/10/2023 7:14:07 PM UTC | Undercover Agent | Defendant King | Fave* |
| 12/10/2023 7:14:14 PM UTC | Undercover Agent | Defendant King | You? |
| 12/10/2023 7:14:24 PM UTC | Defendant King | Undercover Agent | Fuck yeah! 0-9 my fav |
| 12/10/2023 7:14:30 PM UTC | Defendant King | Undercover Agent | B and g |
| 12/10/2023 7:15:08 PM UTC | Undercover Agent | Defendant King | One of my fav videos is the Matt Estes one. Wow! |
| 12/10/2023 7:15:11 PM UTC | Defendant King | Undercover Agent | Me too… |
| 12/10/2023 7:15:18 PM UTC | Defendant King | Undercover Agent | Oh yeah, Matt is a fucking god |
| 12/10/2023 7:15:27 PM UTC | Defendant King | Undercover Agent | It's amazing how he pounds his baby brother |
| 12/10/2023 7:15:41 PM UTC | Undercover Agent | Defendant King | Yessssss |
| 12/10/2023 7:15:58 PM UTC | Defendant King | Undercover Agent | Isn't it amazign what that little hole can take? |