# GOVERNMENT EXHIBIT A

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/9/2023 9:41:40 PM UTC | Defendant King | Undercover Agent | Any experience? |
| 11/9/2023 9:42:02 PM UTC | Undercover Agent | Defendant King | Not that yng but working on it with dad I met |
| 11/9/2023 9:42:17 PM UTC | Defendant King | Undercover Agent | Fuck yeah! |
| 11/9/2023 9:42:25 PM UTC | Defendant King | Undercover Agent | How old is his kid? |
| 11/9/2023 9:42:46 PM UTC | Undercover Agent | Defendant King | 9 |
| 11/9/2023 9:42:55 PM UTC | Defendant King | Undercover Agent | Just as an fyi you're working on another dad here lol |
| 11/9/2023 9:42:58 PM UTC | Defendant King | Undercover Agent | And an uncle 🤣 |
| 11/9/2023 9:43:01 PM UTC | Defendant King | Undercover Agent | Nice! |
| 11/9/2023 9:43:10 PM UTC | Undercover Agent | Defendant King | Oh? You play with them? |
| 11/9/2023 9:43:16 PM UTC | Defendant King | Undercover Agent | His kid take dick well? |
| 11/9/2023 9:43:22 PM UTC | Defendant King | Undercover Agent | Kid is due in the spring |
| 11/9/2023 9:43:29 PM UTC | Defendant King | Undercover Agent | But I play with nephews and nieces |

| Date and Time | From | To | Content |
|---|---|---|---|
| 11/9/2023 9:52:53 PM UTC | Undercover Agent | Defendant King | How far you gone with nieces and nephews? |
| 11/9/2023 9:52:54 PM UTC | Defendant King | Undercover Agent | Yeah, it's not an easy thing to do |
| 11/9/2023 9:52:57 PM UTC | Defendant King | Undercover Agent | For either side |
| 11/9/2023 9:53:19 PM UTC | Defendant King | Undercover Agent | I've done almost everything. Not full on fucking, can't send them home damaged |

1

| 11/9/2023 9:53:29 PM UTC | Defendant King | Undercover Agent | But I've gotten in them[5] |

| Date and Time | From | To | Content |
|---|---|---|---|
| 12/10/2023 7:24:51 PM UTC | Undercover Agent | Defendant King | I just want to suck him |
| 12/10/2023 7:25:02 PM UTC | Undercover Agent | Defendant King | How Yng have you done? |
| 12/10/2023 7:25:38 PM UTC | Defendant King | Undercover Agent | Oh really? Like the idea of sucking a little cock? |
| 12/10/2023 7:25:45 PM UTC | Defendant King | Undercover Agent | Youngest I've fucked was 4 |
| 12/10/2023 7:37:24 PM UTC | Undercover Agent | Defendant King | Wow how old were you? |
| 12/10/2023 7:40:57 PM UTC | Defendant King | Undercover Agent | The four year old was two years ago |
| 12/10/2023 8:08:53 PM UTC | Undercover Agent | Defendant King | How did you find them? |
| 12/10/2023 8:11:48 PM UTC | Defendant King | Undercover Agent | They've been on scruff |

---

[5] After this exchange, defendant states, "I generally sedate them" with "Benadryl," which provides a "wide safety margin" and is "easy". Defendant then states that he "usually double[s] an adult dose" and it "generally takes 30-45 min[utes]" for the children to be sedated. As noted in its response to defendant's consolidated motions *in limine* (Dkt. 99), government does not seek to admit these specific messages regarding defendant drugging and sedating children for the purpose of more easily sexually abusing them.