**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ADAM STAFFORD KING,

     Defendant.

Case No. 24 CR 153-1

Hon. LaShonda A. Hunt

**<u>ORDER</u>**

THIS CAUSE coming before the Court on Defendant's renewed opposed motion for discovery regarding cooperating witness Byran [sic] Austermann (Dkt. 125), and the Court having reviewed the motion and heard argument by the parties at the final pretrial conference held on April 29, 2025 at 1:00PM in Courtroom 1425, **GRANTS** Defendant's motion. The Government is ordered to immediately produce all discovery pursuant to *Brady v. Maryland*, *Giglio v. United States*, the Jencks Act, and Federal Rule of Criminal Procedure 16 and 26.2 regarding cooperating witness Bryan Austermann.

**DATED**: April 29, 2025

**ENTERED**:

*LaShonda A. Hunt*

LaShonda A. Hunt
United States District Judge