# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:24–cr–00153

                                                        Honorable LaShonda A. Hunt

Adam Stafford King

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's opposed motion for release from custody pending trial [148] is taken under advisement. Briefing will proceed as follows: the Government's response is due by 7/18/25, and Defendant's reply is due by 7/25/25. Defendant's motion for leave to file a brief in excess of fifteen pages [149] and motion for leave to file his release motion [148] under seal [150] are granted. The motion filed at [148] will remain sealed pending further Court order. The motion hearings set for 6/18/25 [151] are stricken. The Court will set a hearing date on the motion once briefing is complete. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.