UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM STAFFORD KING | No. 24 CR 153<br><br>Hon. Lashonda A. Hunt |

**GOVERNMENT'S MOTION FOR LEAVE TO**
**FILE RESPONE BRIEF IN EXCESS OF FIFTEEN PAGES**

The United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves the Court for leave to file its response to defendant's motion for release pending trial in excess of fifteen pages.

1. Local Rule 7.1 provides, in summary, that a motion shall not exceed 15 pages without the court's approval.

2. The government has made its best efforts to be judicious about the length of its response. However, there are many factual and legal arguments the government needs to make and respond to, and the government cannot properly address all necessary arguments within the fifteen-page limitation set forth in Local Rule 7.1

3. The government's response is approximately eighteen pages.

WHEREFORE, for the reasons set forth herein, the United States requests that this Honorable Court grant it leave to file its response brief in excess of fifteen pages.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ Asheeka Desai*
ASHEEKA DESAI
PRASHANT KOLLURI
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604

Dated: July 18, 2025

## Certificate of Service

I, Asheeka Desai, hereby certify I caused a copy of the foregoing motion to be served on upon defendant's counsel by causing it to be electronically filed with the Clerk of the Court using the CM/ECF system.

                                                        Respectfully submitted,

                                                        */s/ Asheeka Desai*
                                                        ASHEEKA DESAI
                                                        Assistant United States Attorney
                                                        219 South Dearborn Street
                                                        Chicago, Illinois 60604