UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ADAM KING | No. 24 CR 153<br><br>Hon. Lashonda A. Hunt |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
RESPONSE BRIEF UNDER SEAL**

The United States of America, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully requests the Court, pursuant to Local Rule 26.2, allow it to file its response to defendant's motion for release pending trial under seal. The government states the following in support:

1. Defendant is currently charged with distribution of child pornography, receipt of child pornography, and obstruction of a federal investigation. Dkt 92.

2. On March 26, 2024, United States Magistrate Judge Keri L. Holleb Hotaling granted the government's motion for a protection order regarding discovery. Dkt. 15, 22.

3. On April 21, 2025, the Court granted the government's motion to keep certain evidence under seal. Dkt 137.

4. The government's response brief specifically discusses discovery and issues that are subject to the Court's protection order and provisional sealing order. Dkt. 22, 137.

5. For these reasons, the government seeks to file its motion under seal.

6. The government will provide a copy of its motion to the defense.

1

2

WHEREFORE, the United States respectfully requests the Court allow it to file its response to defendant's motion for release pending trial under seal.

                                        Respectfully submitted,

                                        ANDREW S. BOUTROS
                                        United States Attorney

By:   */s/ Asheeka Desai*
                                        ASHEEKA DESAI
                                        PRASHANT KOLLURI
                                        Assistant United States Attorneys
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604

Dated: July 18, 2025

## **Certificate of Service**

I, Asheeka Desai, hereby certify I caused a copy of the foregoing motion to be served on upon defendant's counsel by causing it to be electronically filed with the Clerk of the Court using the CM/ECF system.

    Respectfully submitted,

    */s/ Asheeka Desai*
    ASHEEKA DESAI
    Assistant United States Attorneys
    219 South Dearborn Street
    Chicago, Illinois 60604