UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                              Case No.: 1:24–cr–00153
                                                                Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: The Government's motions for leave to exceed page limit [154] and file under seal [155] are granted. Although the Government's response brief spends approximately seven pages unnecessarily reciting the history of pretrial detention proceedings and includes relatively limited discussion regarding discovery and protected subjects (which could have been redacted instead of entirely sealed), the Court will allow the filing to avoid clogging up the docket any further. The Government is granted leave to file an 18–page response brief [153] *instanter*, and the document shall remain sealed pending further order. The motion hearing set for 7/24/25 [156] is stricken, and the Government is advised to use the "Notice of Motion" CM/ECF filing event rather than "Notice of Presentment" going forward. Otherwise, the matter is not automatically added to the Court's calendar. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.