IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 24CR153 |
| v. | |
| ADAM STAFFORD KING, | |
| Defendant | |

## NOTICE OF MOTION

All Counsel of Record (ECF): Please take Notice that on July 31, 2025 at 10:30 a.m. or as soon

thereafter as it may be heard, the defense shall appear before Judge LaShonda A. Hunt of the

Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois, and shall present

**DEFENDANT'S REPLY MOTION FOR RELEASE PENDING NEW TRIAL**, a copy of

which is hereby served upon you.

Respectfully submitted,

/s/ Courtney L. Knippen
Courtney L. Knippen
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
cknippen@bedisinger.com

## CERTIFICATE OF SERVICE

I, Courtney Knippen, hereby certifies that the foregoing Notice of Motion was served in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Courtney L. Knippen
Courtney L. Knippen

Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
o: (312) 525 2017
cknippen@bedisinger.com