# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24–cr–00153
Honorable LaShonda A. Hunt

Adam Stafford King

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: With the filing of Defendant's reply [158], Defendant's opposed motion for release from custody pending trial [148] is fully briefed. The 7/31/25 hearing Defendant set for its reply [159] is stricken, as the Court previously stated that it would set hearing date on the motion once briefing is complete. Accordingly, by 8/1/25, counsel are directed to meet and confer and send one joint email to the Courtroom Deputy proposing three agreed dates and times in mid–late August available to all parties and potential witnesses for a hearing on the motion. The email should also state the anticipated time necessary for the hearing, along with the names of any potential witnesses. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.