# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                    Case No.: 1:24–cr–00153

                                    Honorable LaShonda A. Hunt

Adam Stafford King

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

     MINUTE entry before the Honorable LaShonda A. Hunt: Upon further review, the Court observes that Defendant's reply [158] was filed under seal and includes a footnote essentially requesting leave to file the brief under seal for the same reasons stated in his motion to file the opening brief under seal [150]. Accordingly, the request is granted, and Defendant's reply [158] will remain sealed pending further Court order. In addition, the Court requests that the parties' forthcoming email regarding scheduling a hearing on Defendant's motion for release also states whether the 8/28/25 status hearing [144] is still necessary or may be stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.