UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:24–cr–00153
                                                            Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon receipt of a joint email from the parties, Defendant's motion for release from custody [148] is set for hearing on 8/13/25, at 1:30PM in Courtroom 1425. Although the parties were instructed to state the anticipated time necessary for the hearing and the names of any potential witnesses [160], they neglected to include that information in their email. Because the parties have proposed 1:30PM, the Court assumes the hearing will be completed by the close of business on 8/13/25. The Court will not have additional availability to continue the hearing beyond that date. By agreement of the parties, the status hearing set for 8/28/25 [144] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.