UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                    Case No.: 1:24–cr–00153
                                                     Honorable LaShonda A. Hunt

Adam Stafford King
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2025:

 MINUTE entry before the Honorable LaShonda A. Hunt: In–person motion hearing held. Defendant Adam Stafford King (1) present in court in custody with the assistance of defense counsel. Based upon a de novo review of the entire record and the witness testimony and arguments presented by counsel today, for the reasons stated on the record, Defendant's sealed motion for release from custody [148] is denied. As discussed, Mr. King should raise any concerns about medical issues or conditions with the Bureau of Prisons through the grievance process. Defendant detained pending further order of the Court. In–person status hearing set for 10/15/25 at 10:00AM in Courtroom 1425. Counsel shall be prepared to set any further pretrial deadlines along with a date for oral argument. The Court will make Mr. King present via telephone for the next status hearing. Defendant may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Time previously excluded to 6/28/26. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.