UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:24–cr–00153
                                                            Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Defendant Adam Stafford King (1) in custody present via telephone with the assistance of defense counsel. By agreement of the parties, any supplemental pretrial submissions are due by 2/13/26, and responses are due by 2/27/26. Motion hearing set for 3/12/26 at 1:00PM in Courtroom 1425. The Court will make Mr. King present in person for the next hearing. Time previously excluded to 6/8/26 [165]. The Government is reminded of its continuing discovery obligations under *Brady v. Maryland* and its progeny, the Jencks Act, and Federal Rules of Civil Procedure 16 and 26.2. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.