

U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Brandon D. Stone* | *Dirksen Federal Courthouse* | *Direct Line: (312) 697-4073* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *E-mail: Brandon.Stone@usdoj.gov* |
| | *Chicago, Illinois 60604* | |

September 27, 2024

Telegram FZ-LLC
Business Central Towers, Tower A, Office 1003/1004
P.O. Box 501919
Dubai, United Arab Emirates, 501919
Email: dsa.telegram@edsr.eu
Email: la-content-referral-dsa@telegram.org

    Re:    Subpoena Duces Tecum –

Dear Custodian of Records:

    The accompanying subpoena seeks records pursuant to an official criminal investigation.

    In lieu of producing the records at the location and time specified on the subpoena, the subpoenaed records may be sent on or before that date to Special Agent Michael C. Devine, Federal Bureau of Investigation, 2111 W. Roosevelt Rd., Chicago, Illinois 60608. Special Agent Devine may be reached at (312) 415-2056 or via email at mcdevine@fbi.gov.

    Please complete the attached Declaration Certifying Records of Regularly Conducted Activity, if applicable, and return it with the records. Returning the completed form may reduce the likelihood of your having to appear in person in court in the future.

    If you have any questions about this matter, please feel free to contact me at (312) 697-4073. Thank you for your assistance.

                            Very truly yours,

                            MORRIS PASQUAL
                            Acting United States Attorney

                    By: */s/ Brandon D. Stone*
                          Brandon D. Stone
                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| United States of America | Case No. 24 CR 153 |
|---|---|
| v. | LaShonda A. Hunt |
| Adam Stafford King, | District Judge |
| *Defendant* | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

**To:** Telegram FZ-LLC
Business Central Towers, Tower A, Office 1003/1004
P.O. Box 501919
Dubai, United Arab Emirates, 501919
Email: dsa.telegram@edsr.eu
Email: la-content-referral-dsa@telegram.org

**YOU ARE COMMANDED** to appear in the United States District Court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| Dirksen Federal Building, Courtroom 1425 | October 4, 2024 |
| 219 S. Dearborn | 9:30 a.m. |
| Chicago, Illinois 60604 | |

**You must also bring with you the following documents, electronically stored information, or objects** *(blank if not applicable)*:

SEE ATTACHMENT

Date: September 27, 2024

*CLERK OF COURT*

*Thomas G. Bruton*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:
Brandon D. Stone (Brandon.Stone@usdoj.gov)
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 697-4073

**ATTACHMENT TO SUBPOENA**
**24 CR 153**

For the following Telegram account:
**@PERVCHIDUDE**

From account creation to present,

Please provide the following information including, but not limited to:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone records, e-mail account records;

4. Records of session times and durations, and the temporarily assigned network addresses (such as IP addresses associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. All registered domains and subdomains associated with this IP Address;

7. All other registered domains and subdomains and IP addresses associated with the subscriber account;

8. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Station Equipment Identities ("IMEI"));

9. Other subscriber numbers or identities (including the registration IP addresses, alternative email addresses, alternative phone numbers, etc.);

10. Means and source of payment for such service (including any credit card or bank account number) and billing records.

If you have any questions, please contact FBI SA Michael C. Devine at 312-415-2056 or mcdevine@fbi.gov

AO (Rev . 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Telegram FZ-LLC.
was received by me on *(date)*.

☐ I served the subpoena by delivering a copy to the named person as follows: via email to content-referral-u1@telegram.org
on *(date)* 10/1/2024 ; or

☐ I returned the subpoena unexecuted because:_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 10/1/2024

*Server's signature*

Michael Devine, Special Agent - FBI
*Printed name and title*

2111 W. Roosevelt Rd. Chicago, IL  60608
*Server's address*

Additional information regarding attempted service, etc:

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, _____, am employed by
                                     (name)

_____.
    (name of entity)

My official title is_____. As part of my duties as a
                          (title)

_____, I am familiar with the records that _____,
  (title)                                                   (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by _____ in the ordinary course of its
                                            (name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of _____:
                     (name of entity)

*List documents*

I further certify that:

A)     such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)     such records were kept in the course of a regularly conducted business activity;

C)     the business activity made such records as a regular practice;

D)     if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Executed on this___day of _____, _____.
              (day)         (month)     (year)

at _____, _____.
        (city)                 (state)