| | |
|---|---|
| **From:** | U1 <content-referral-u1@telegram.org> |
| **Sent:** | Friday, October 18, 2024 1:47 AM |
| **To:** | Devine, Michael Charles (CG) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - Re: ENCLOSED - Subpoena Request |



Dear Sir or Madam,

You are receiving this message because earlier you have submitted a request to Telegram. Thank you for your patience. This email address content-referral-u1@telegram.org is Telegram's non-public contact point for requests made by administrative or judicial authorities in the United States.

Please be advised that due to Telegram's technical structure a phone number is generally required to obtain from the system the private data of users who have not been subject to moderation. However, following your request, we were also able to activate additional logging for the accounts in question. Thanks to this, we were able to obtain the following data:

User #5777170979 @pervchidude : +1█████████ [J S]
IP 75.210.164.252, 5 Mar 2024 3:50:21

All timestamps are in UTC and reflect the last login time of the account in question. We hope this information will be helpful in your investigation.

Kind regards,
The Telegram Team

**Legal statement**
*We have reviewed your request for information which was sent to us by email to content-referral-u1@telegram.org. In keeping with our desire to cooperate with competent authorities when consistent with laws applicable to us, we are voluntarily providing this reply and / or the enclosed information. In doing so, we (i) are not representing that this is a full and complete response to the requests you have made, as the case may be; (ii) are not conceding that we are subject to U.S. jurisdiction for this or any other request or any purpose; (iii) are not conceding that we were properly served with this request; and (iv) are not committing to provide any additional information in response to this request or any other request.*

On Tuesday, Oct 01, 2024 at 11:48 PM, Michael Devine <mcdevine@fbi.gov> wrote:

To Whom It May Concern,

Enclosed is a subpoena for records.

Michael Devine

FBI Chicago

O: █████████

1

C: