UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

      v.

ADAM STAFFORD KING,

   Defendant.

24 CR 153

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S SUPPLEMENTAL MOTIONS *IN LIMINE* (UNOPPOSED)

Adam King, by his attorneys, Bedi & Singer, LLP, respectfully requests this Honorable Court extend the filing deadline for his response to the government's supplemental motions *in limine*. In support of this extension, Mr. King submits the following:

1. Mr. King's jury trial is scheduled to begin on June 8, 2026.

2. On October 15, 2025 the Honorable Court, by agreement of the parties, ordered any supplemental pretrial submissions due by 2/13/26, and responses due by 2/27/26. The court set a Motion hearing for 3/12/26. (Dkt. 166).

3. On February 13, 2026 the government filed its Supplemental Motions *in limine* which consisted of a 20 page motion. (Dkt. 167). As indicated in the government's filing the defense opposes the governmental's supplemental motions *in limine*.

4. The defense needs additional time to prepare a response to the Government's supplemental motions *in limine*.

5. Undersigned counsel requests a 7-day extension for the filing deadline, March 6, 2026, to file his response to the Government's supplemental motions *in limine*.

6. The defense has conferred with the Government who does not object to this request.

WHEREFORE, Mr. King respectfully requests a 7-day extension of the filing deadline to March 6, 2026, to file his reply.

Respectfully submitted,

By: s/ Jonathan S. Bedi

Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies the foregoing document was filed via the Court's ECF system.

s/Jonathan S. Bedi
Attorney for Defendant
