IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,

Plaintiff,

v.

Adam King,

Defendant

24CR153

## NOTICE OF MOTION

TO: All Counsel of Record (ECF)

Please Take Notice that on Febuary 26, 2026 at 10:30 AM or as soon thereafter as we may

be heard, we shall appear before Judge LaShonda A. Hunt of the Dirksen Federal Court

Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present

the **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE**

**GOVERNMENT'S SUPPLEMENTAL MOTIONS _IN LIMINE_ (UNOPPOSED)**, a copy of

which is hereby served upon you.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

s/Jonathan S. Bedi
Attorney for Defendant