# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                    Case No.: 1:24–cr–00153
                                                      Honorable LaShonda A. Hunt

Adam Stafford King

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's unopposed motion for extension of time [168] is granted. Defendant's response to Government's supplemental motions in limine is due by 3/6/26. The motion hearing set for 2/26/26 [169] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.