UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:24–cr–00153

                                    Honorable LaShonda A. Hunt

Adam Stafford King

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Oral argument held. The Government's notice of intent to introduce evidence of "other acts" of child molestation under Rule 414 [104] and notice and motion to preclude cross examination of Government witness [120] are withdrawn. The remaining pretrial motions [82], [85], [96], [102], [167] remain under advisement and a written ruling will be entered by the end of the month. As discussed, the parties are to meet and confer regarding their availability for a final pretrial conference at least a week in advance of trial along with rescheduled trial dates and jointly email the Courtroom Deputy as soon as possible, but no later than 3/19/26. The OPR Penalty Letter dated 12/2/25 is due to be filed under seal and provided to counsel for Defendant by 3/17/26, the Government's supplemental materials in support of its motion to admit Telegram records are due by 3/26/26, and Defendant's response to such materials is due by 4/9/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.