UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ADAM STAFFORD KING

No. 24 CR 153

Hon. Lashonda A. Hunt

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF ITS
MOTION TO ADMIT TELEGRAM RECORDS UNDER FRE 807**

The United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully requests this Honorable Court extend the filing deadline for its supplemental materials in support of its motion to admit Telegram records under FRE 807. In support of this extension, the government submits the following:

1.      Defendant's jury trial is scheduled to begin on June 8, 2026.

2.      On March 12, 2026, this Honorable Court ordered the government to file supplemental materials in support of its motion to admit Telegram records under FRE 807 (*see* Dkt. 167) by March 26, 2026. Dkt. 173.

3.      The government needs additional time to gather the necessary supplemental materials.

4.      The government requests a brief extension of the filing deadline, until April 1, 2026, to file supplemental materials in support of its motion to admit Telegram records under FRE 807.

1

5.	The government has conferred with defense counsel, who does not object to this request.

WHEREFORE, the government respectfully requests an extension of the filing deadline to April 1, 2026, to file supplemental materials in support of its motion to admit Telegram records under FRE 807.

Respectfully submitted,

ANDREW S. BOUTROS
UNITED STATES ATTORNEY


By:	*/s/ Asheeka Desai*
	ASHEEKA DESAI
	PRASHANT KOLLURI
	Assistant United States Attorneys
	219 South Dearborn Street, 5th Floor
	Chicago, IL 60604
	(312) 353-5300