UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM STAFFORD KING | No. 24 CR 153<br><br>Hon. LaShonda A. Hunt |

## NOTICE OF MOTION

TO: All Counsel of Record (ECF) Please Take Notice that on Thursday, March 26, 2026, at 10:30 am or as soon thereafter as it may be heard, the government shall appear before Judge LaShonda A. Hunt or in front of the emergency judge, if necessary of the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Government's Motion for an Extension of Time to File Supplemental Materials in Support of Its Motion to Admit Telegram Records Under FRE 807, a copy of which is hereby served upon you.

Date: March 24, 2026

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  */s/ Asheeka Desai*
ASHEEKA DESAI
PRASHANT KOLLURI
Assistant United States Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-2050