**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:24–cr–00153
                                                            Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Government's unopposed motion for an extension of time to file supplemental materials in support of its motion to admit Telegram records under FRE 807 [174] was not filed on three–business days' notice as required. Counsel is reminded to review and comply with all procedures, as non–compliant motions may be summarily stricken. The motion [174] is granted. The Government's supplement is due by 4/1/26, and Defendant's response is due by 4/15/26. The motion hearing set for 3/26/26 [175] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.