UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                      Case No.: 1:24–cr–00153
                                                        Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: By agreement, a final pretrial conference is set for 5/26/26 at 1:00PM in Courtroom 1425, and the jury trial previously set to begin on 6/8/26 [144] is reset to begin on 5/29/26 at 9:00AM in Courtroom 1425 and to conclude by 6/22/26. Trial will not be held on the following dates: 6/3/26, 6/9/26, 6/11/26, 6/12/26, 6/15/26, and 6/19/26. The Court will make Mr. King present in person for the final pretrial conference and trial. In addition, due to the Court's schedule and ongoing briefing regarding the motion to admit Telegram records under FRE 807 [167], a written ruling regarding all outstanding pretrial motions will now be entered after the Telegram motion is fully briefed. Time previously excluded to 6/8/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.