## <u>AFFIDAVIT OF SPECIAL AGENT MICHAEL C. DEVINE</u>

I, Michael C. Devine, a Special Agent of the Federal Bureau of Investigation, swear and affirm the following under penalty of perjury:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been so employed since approximately June 2016. I am currently assigned to the FBI Chicago Field Office ("FBI Chicago") Tech Squad. Previously, I was assigned to FBI Chicago's Violent Crimes Against Children squad ("VCAC"). As part of my duties as an FBI VCAC Special Agent, I investigated violations of federal criminal law, including child pornography and online enticement of minors, including but not limited to, the illegal possession, production, distribution, and receipt of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A, as well as the sexual exploitation of minors, including but not limited to, violations of 18 U.S.C. §§ 1591(a) and (b)(1), 2251, 2422(b), and 2423(a). I have received specialized training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I have participated in many criminal investigations involving crimes against children and have participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or child pornography offenses.

2.      During the course of my duties as an FBI VCAC Special Agent, I was assigned to investigate Adam Stafford King for suspected child pornography offenses involving the Telegram application.

3. Based upon my training and experience, I know that Telegram is an encrypted messaging application.

4. As part of this investigation, on or about October 1, 2024, I served a federal subpoena on Telegram via email at content-referral-u1@telegram.org, seeking basic subscriber information for the Telegram account @pervchidude. I documented this investigative step in the case file and preserved a native copy of my email request therein. A true and correct copy of the subpoena I served with proof of service is attached hereto as Devine Exhibit A.

5. I served Telegram at via email at content-referral-u1@telegram.org because, based on information received from other law enforcement personnel, in late 2024, Telegram accepted and responded to legal process submitted to that email address.

6. On or about October 18, 2024, I received a response from Telegram via email regarding the subpoena served on October 1, 2024. Telegram produced records responsive to the subpoena for the account @pervchidude. The records included the @pervchidude account's user number, username/handle, associated phone number, account display name, associated IP address, and date and time of the last login. Telegram provided the responsive records from the email address content-referral-u1@telegram.org. A true and correct copy of the Telegram's response is attached hereto as Devine Exhibit B. I documented receipt of these records in the case file and preserved a native copy of Telegram's email response therein.

7.      In approximately February 2025, I was transferred to a different squad within FBI Chicago and the King investigation was reassigned to FBI Chicago VCAC Special Agent Stephanie Ruemker.

8.      Based on my review of the King case file, I am aware that on or about January 26, 2026, Special Agent Ruemker emailed Telegram a request for completion of a Certificate of Authenticity regarding the information I previously subpoenaed. The email request was sent to the following email addresses: content-referral-u1@telegram.org; dsa.telegram@edsr.eu; and la-content-referral-dsa@telegram.org. Special Agent Ruemker documented her request in the case file and preserved a native copy of her email request therein. A true and accurate copy of Special Agent Ruemker's email request is attached hereto as Devine Exhibit C.

9.      Based on my review of the King case file, I am aware that on or about January 27, 2026, Special Agent Ruemker received a reply email from Telegram providing the preferred email address to contact for the request. The email was received from the email address dsa.telegram@edsr.eu and stated, in part, that "to avoid duplication of communications, we kindly encourage your office to only send future requests to content-referral-u1@telegram.org." Special Agent Ruemker documented Telegram's response in the case file and preserved a native copy of Telegram's email response therein. A true and correct copy of Telegram's response is attached hereto as Devine Exhibit D.

10.      Based on my training and experience, I know that the email address dsa.telegram@edsr.eu      is      listed      on      Telegram's      public      website

(https://telegram.org/tos/eu-dsa) as the contact point for authorities in the European Union who wish to contact Telegram under the Digital Services Act.

11. Based on information provided by law enforcement personnel at FBI Chicago, I am personally aware that between approximately January 2025 and approximately March 2026, other law enforcement personnel at FBI Chicago have served legal process on Telegram via email at content-referral-u1@telegram.org seeking basic subscriber information at least eleven times. I am also aware that, between the same date range, Telegram has provided responsive records to such legal process from the email address content-referral-u1@telegram.org at least eleven times. I am aware that each responsive record was provided via email and included some or all of the following limited information: account user number, username/handle, associated phone number, account display name, associated IP address, and/or date and time of the last login. I am aware that each responsive email was signed by "The Telegram Team" and included a legal statement at the end.

SWORN TO AND AFFIRMED under penalty of perjury this 1st day of April, 2026.

_____
MICHAEL C. DEVINE
Special Agent
Federal Bureau of Investigation

Devine Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Brandon D. Stone* | *Dirksen Federal Courthouse* | *Direct Line: (312) 697-4073* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *E-mail: Brandon.Stone@usdoj.gov* |
| | *Chicago, Illinois 60604* | |

September 27, 2024

Telegram FZ-LLC
Business Central Towers, Tower A, Office 1003/1004
P.O. Box 501919
Dubai, United Arab Emirates, 501919
Email: dsa.telegram@edsr.eu
Email: la-content-referral-dsa@telegram.org

     Re:    Subpoena Duces Tecum –

Dear Custodian of Records:

The accompanying subpoena seeks records pursuant to an official criminal investigation.

In lieu of producing the records at the location and time specified on the subpoena, the subpoenaed records may be sent on or before that date to Special Agent Michael C. Devine, Federal Bureau of Investigation, 2111 W. Roosevelt Rd., Chicago, Illinois 60608. Special Agent Devine may be reached at (312) 415-2056 or via email at mcdevine@fbi.gov.

Please complete the attached Declaration Certifying Records of Regularly Conducted Activity, if applicable, and return it with the records. Returning the completed form may reduce the likelihood of your having to appear in person in court in the future.

If you have any questions about this matter, please feel free to contact me at (312) 697-4073. Thank you for your assistance.

Very truly yours,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Brandon D. Stone*
Brandon D. Stone
Assistant United States Attorney

AO (Rev . 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | Case No. 24 CR 153 |
| v. | |
| | LaShonda A. Hunt |
| Adam Stafford King, | District Judge |
| *Defendant* | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

**To:** Telegram FZ-LLC
Business Central Towers, Tower A, Office 1003/1004
P.O. Box 501919
Dubai, United Arab Emirates, 501919
Email: dsa.telegram@edsr.eu
Email: la-content-referral-dsa@telegram.org

**YOU ARE COMMANDED** to appear in the United States District Court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| Dirksen Federal Building, Courtroom 1425 | October 4, 2024 |
| 219 S. Dearborn | 9:30 a.m. |
| Chicago, Illinois 60604 | |

**You must also bring with you the following documents, electronically stored information, or objects** *(blank if not applicable)*:

SEE ATTACHMENT

Date: September 27, 2024

*CLERK OF COURT*

*Thomas G. Bruton*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Brandon D. Stone (Brandon.Stone@usdoj.gov)
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 697-4073

**ATTACHMENT TO SUBPOENA**
**24 CR 153**

For the following Telegram account:
**@PERVCHIDUDE**

From account creation to present,

Please provide the following information including, but not limited to:

1.  Names (including subscriber names, user names, and screen names);

2.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.  Local and long distance telephone records, e-mail account records;

4.  Records of session times and durations, and the temporarily assigned network addresses (such as IP addresses associated with those sessions;

5.  Length of service (including start date) and types of service utilized;

6.  All registered domains and subdomains associated with this IP Address;

7.  All other registered domains and subdomains and IP addresses associated with the subscriber account;

8.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Station Equipment Identities ("IMEI"));

9.  Other subscriber numbers or identities (including the registration IP addresses, alternative email addresses, alternative phone numbers, etc.);

10. Means and source of payment for such service (including any credit card or bank account number) and billing records.

If you have any questions, please contact FBI SA Michael C. Devine at 312-415-2056 or mcdevine@fbi.gov

AO (Rev . 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Telegram FZ-LLC.

was received by me on *(date)*.

☐    I served the subpoena by delivering a copy to the named person as follows: via email to

content-referral-u1@telegram.org

_____ on *(date)* 10/1/2024 _____ ; or

☐    I returned the subpoena unexecuted because:_____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $_____for travel and $_____ for services, for a total of $_____.


I declare under penalty of perjury that this information is true.

Date:10/1/2024_____        _____
                                     *Server's signature*

                                     Michael Devine, Special Agent - FBI
                                     *Printed name and title*

                                     2111 W. Roosevelt Rd. Chicago, IL  60608
                                     *Server's address*


Additional information regarding attempted service, etc:

### DECLARATION CERTIFYING RECORDS OF
### REGULARLY CONDUCTED ACTIVITY

I,_____, am employed by
(name)

_____.
(name of entity)

My official title is_____. As part of my duties as a
(title)

_____, I am familiar with the records that _____,
(title)                                    (name of entity)

keeps in the ordinary course of business.   I am familiar with the types of documents received,

created and relied upon by _____in the ordinary course of its
(name of entity)

 business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of _____:
(name of entity)

<em>List documents</em>

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Executed on this___day of _____, _____.
(day)                    (month)                (year)

at _____,_____.
(city)                          (state)

# Devine Exhibit B

| | |
|---|---|
| **From:** | U1 <content-referral-u1@telegram.org> |
| **Sent:** | Friday, October 18, 2024 1:47 AM |
| **To:** | Devine, Michael Charles (CG) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - Re: ENCLOSED - Subpoena Request |

Dear Sir or Madam,

You are receiving this message because earlier you have submitted a request to Telegram. Thank you for your patience. This email address content-referral-u1@telegram.org is Telegram's non-public contact point for requests made by administrative or judicial authorities in the United States.

Please be advised that due to Telegram's technical structure a phone number is generally required to obtain from the system the private data of users who have not been subject to moderation. However, following your request, we were also able to activate additional logging for the accounts in question. Thanks to this, we were able to obtain the following data:

User #5777170979 @pervchidude : +18475304576 [J S]
IP 75.210.164.252, 5 Mar 2024 3:50:21

All timestamps are in UTC and reflect the last login time of the account in question. We hope this information will be helpful in your investigation.

Kind regards,
The Telegram Team

**Legal statement**
*We have reviewed your request for information which was sent to us by email to content-referral-u1@telegram.org. In keeping with our desire to cooperate with competent authorities when consistent with laws applicable to us, we are voluntarily providing this reply and / or the enclosed information. In doing so, we (i) are not representing that this is a full and complete response to the requests you have made, as the case may be; (ii) are not conceding that we are subject to U.S. jurisdiction for this or any other request or any purpose; (iii) are not conceding that we were properly served with this request; and (iv) are not committing to provide any additional information in response to this request or any other request.*

On Tuesday, Oct 01, 2024 at 11:48 PM, Michael Devine <mcdevine@fbi.gov> wrote:

To Whom It May Concern,

Enclosed is a subpoena for records.

Michael Devine

FBI Chicago

O: 312-829-5620

1

C: 312-415-2056

# Devine Exhibit C

**Desai, Asheeka (USAILN)**

| | |
|---|---|
| **From:** | Ruemker, Stephanie Marie (CG) (FBI) |
| **Sent:** | Monday, January 26, 2026 1:46 PM |
| **To:** | content-referral-u1@telegram.org; dsa.telegram@edsr.eu; la-content-referral-dsa@telegram.org |
| **Subject:** | Certificate of Authenticity |
| **Attachments:** | Certificate of Authenticity of Business Records.pdf; Letter and Subpoena to Telegram_01.23.2026_Signed.pdf |

Good afternoon,

I am requesting certification of records for information you previously provided in an investigation regarding child exploitation matters. Please see the attached documents and let me know if you are able to provide fill out the form in the attachments titled, "Certificate of Authenticity of Business Records." Please let me know if you have any questions or need additional information. Thanks!

Stephanie

**Stephanie Ruemker**
*Special Agent*
*FBI Chicago*
*Crimes Against Children Task Force*

1

# Devine Exhibit D

## Desai, Asheeka (USAILN)

| | |
|---|---|
| **From:** | Ruemker, Stephanie Marie (CG) (FBI) |
| **Sent:** | Monday, February 2, 2026 11:58 AM |
| **To:** | content-referral-u1@telegram.org |
| **Subject:** | FW: Certificate of Authenticity |
| **Attachments:** | Certificate of Authenticity of Business Records.pdf; Letter and Subpoena to Telegram_ 01.23.2026_Signed.pdf |

Good morning,

Please see the below request. Are we able to get a signed Certificate of Authorization for the below listed information? I have reattached the documents. Please let me know if you have any questions. Thanks!

Stephanie

**From:** DSA Telegram <dsa.telegram@edsr.eu>
**Sent:** Tuesday, January 27, 2026 3:43 AM
**To:** Ruemker, Stephanie Marie (CG) (FBI) <SMRUEMKER@fbi.gov>; content-referral-u1@telegram.org; DSA Telegram <dsa.telegram@edsr.eu>; la-content-referral-dsa@telegram.org
**Subject:** [EXTERNAL EMAIL] - RE: Certificate of Authenticity

Dear Ms. Ruemker,

Many thanks for contacting EDSR, Telegram's legal representative pursuant to article 13 of the Digital Services Act ("DSA").

We noted that your request was also directly sent to la-content-referral-dsa@telegram.org and content-referral-u1@telegram.org, along with EDSR's contact email address.

To avoid duplication of communications, we kindly encourage your office to only send future requests to content-referral-u1@telegram.org.

Best regards,
EDSR Team

**From:** Stephanie Ruemker <SMRUEMKER@fbi.gov>
**Sent:** Monday, 26 January 2026 20:46
**To:** content-referral-u1@telegram.org; DSA Telegram <dsa.telegram@edsr.eu>; la-content-referral-dsa@telegram.org
**Subject:** Certificate of Authenticity

Good afternoon,

I am requesting certification of records for information you previously provided in an investigation regarding child exploitation matters. Please see the attached documents and let me know if you are able to provide fill out the form in the attachments titled, "Certificate of Authenticity of Business Records." Please let me know if you have any questions or need additional information. Thanks!

Stephanie

**Stephanie Ruemker**
*Special Agent*
*FBI Chicago*
*Crimes Against Children Task Force*