## AFFIDAVIT OF SPECIAL AGENT JESSICA L. STONE

I, Jessica L. Stone, a Special Agent of the Federal Bureau of Investigation, swear and affirm the following under penalty of perjury:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since August 2020. I am currently assigned to the Crimes Against Children (CAC) squad in the FBI San Antonio Division. I have prepared search warrant applications, conducted, and participated in physical and electronic surveillance, assisted in the execution of search warrants, debriefed informants and reviewed other pertinent records. I am directly involved in investigations relating to the sexual exploitation of children, to include observing and reviewing examples of child pornography in video and photograph formats.

2. During the course of my duties as an FBI agent, I was assigned to investigate Suspect 1 for child pornography offenses. During the course of the investigation, FBI learned that Suspect 1 was using a Telegram account to exchange child pornography ("Suspect Account 1"). On or about 01/28/2026, FBI served Telegram with a subpoena for subscriber information for Suspect Account 1 using Telegram's non-public law enforcement email address, content-referral-u1@telegram.org. On or about 02/09/2026, FBI received responsive records from Telegram's non-public law enforcement email address, content-referral-u1@telegram.org, indicating Suspect Account 1's user number, username, display name, associated phone number, associated IP address, and date and time of the

account's last login. Telegram's responsive records were received in email format, signed by "The Telegram Team," and included a legal statement at the end.

SWORN TO AND AFFIRMED under penalty of perjury this 31st day of March, 2026.

JESSICA L. STONE
Special Agent
Federal Bureau of Investigation