### AFFIDAVIT OF SPECIAL AGENT GENNADY L. JULIEN

I, Gennady L. Julien, a Special Agent of the Federal Bureau of Investigation, swear and affirm the following under penalty of perjury:

1. I have been employed as a Special Agent of the FBI since 2019, and am currently assigned to Miami Division, Palm Beach County Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2251, 2252, and 2422, et seq.

2. As a federal law enforcement officer, I investigate child exploitation cases and internet crimes against children. I have participated in investigations of persons suspected of violating federal obscenity and child pornography laws, including Title 18, United States Code, Sections, 2251, 2252, and 2422. The investigations that I have conducted and assisted with have included the use of surveillance techniques, undercover activities, subject and witness interviews, and the planning and execution of search and seizure, and arrest warrants. During these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on a variety of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3.      During the course of my duties as an FBI Special Agent, I was assigned to a variety of cases which have involved the use of the Telegram application for criminal purposes such as the advertisement and distribution of child pornography. Based upon my training and experience, I know that Telegram is an encrypted messaging application that, in or around 2024, was headquartered in Dubai.

4.      On January 7, 2026, I attempted to make contact with Telegram via email in order to electronically serve a subpoena. I obtained Telegram's public facing email address for issues involving illegal content on Telegram, abuse@telegram.org, which I recovered from their FAQ (Frequently Asked Questions) page, www.telegram.org/faq.

5.      On January 29, 2026, I received a response from Telegram via their email address content-referral-u1@telegram.org. The email was sent as a reply, which included both my original correspondence as well as the recipient email of abuse@telegram.org. The email specifically stated that content-referral-u1@telegram.org was Telegram's non-public contact point for requests made by law enforcement or judicial authorities in the United States. *See* Gennady Exhibit 1.

SWORN TO AND AFFIRMED under penalty of perjury this 31st day of March, 2026.

_Gennady Julien_
_____
GENNADY L. JULIEN
Special Agent
Federal Bureau of Investigation

# Julien Exhibit 1

 Outlook

---

**[EXTERNAL EMAIL] - Re: Subpoena Service**

---

**From** Telegram <content-referral-u1@telegram.org>

**Date** Thu 1/29/2026 12:55 AM

**To** abuse@telegram.org <abuse@telegram.org>; Julien, Gennady Lawrence (MM) (FBI) <GLJULIEN@fbi.gov>

Dear Sir or Madam,

You are receiving this message because earlier you have submitted a request to Telegram. Thank you for your patience. This email address content-referral-u1@telegram.org is Telegram's non-public contact point for requests made by law enforcement or judicial authorities in the United States.

Please be advised that data requests can only be processed with a valid handwritten or verifiable electronic signature. In order to proceed with the processing of your request, we kindly request that you provide a signed version of the document meeting either of these verification requirements.

Kind regards,
The Telegram Team


**Legal statement**
*We have reviewed your request for information which was sent to us by email to content-referral-u1@telegram.org. In keeping with our desire to cooperate with competent authorities when consistent with laws applicable to us, we are voluntarily providing this reply and / or the enclosed information. In doing so, we (i) are not representing that this is a full and complete response to the requests you have made, as the case may be; (ii) are not conceding that we are subject to U.S. jurisdiction for this or any other request or any purpose; (iii) are not conceding that we were properly served with this request; and (iv) are not committing to provide any additional information in response to this request or any other request.*


On Wednesday, Jan 07, 2026 at 4:47 PM, Gennady Julien <GLJULIEN@fbi.gov> wrote:
To Whom It Concerns,

Please see the attached subpoena regarding child sexual exploitation violations which occurred within the United States.

Please direct any questions, requests, and returns to this email address.

Thank you for your time and attention to this matter.

**Special Agent Gennady Julien**
**Federal Bureau of Investigation**
**Miami Division/West Palm Beach RA**
**Desk: 561-822-5949**