# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1010

**conyers.com**

16 March 2026

Matter No.: 957863
+1 284 852 1102
nina.goodman@conyers.com

Dirksen Federal Courthouse
219 South Dearborn Street, Fifth Floor
Chicago, Illinois
60604

By email: annmarie.ursini@usdoj.gov

Dear Sir or Madam

**Re: Telegram Messenger Inc**

We act for Telegram Messenger Inc ("**Telegram**" or "**our client**").

We refer to your letter addressed to our client, a company registered in the British Virgin Islands ("**BVI**"), enclosing certain judicial documents (the "**Letter**").

As a BVI company, our client is not subject to the jurisdiction of the statutes/legislation pursuant to which the Letter has purported to have been served. It appears to us that the applicable BVI procedure for seeking the assistance of our client has not been followed.

Telegram respectfully recommends that this request be submitted through the appropriate Mutual Legal Assistance ("**MLA**") provisions in the BVI. Further information on how an MLA request can be made is set out at the following link:

https://bvi.gov.vg/services/mutual-legal-assistance-request

We confirm that Telegram is able to release personal data lawfully if it receives a valid request from the BVI authorities in connection with an MLA request.

Please kindly note that given the timing of receipt, it is impossible in any event to comply with the requirement to appear or produce materials by 9:30 a.m. on 19 February 2026, as stated in the Letter.

Please also be advised that Telegram maintains an email address content-referral-u1@telegram.org, which is Telegram's non-public contact point for voluntary disclosure requests from law enforcement or judicial authorities in the United States, through which Telegram cooperates with relevant entities on a daily basis.

In the meantime, our client's rights remain fully reserved.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**