**Desai, Asheeka (USAILN)**

| | |
|---|---|
| **From:** | Nina Goodman <Nina.Goodman@conyers.com> |
| **Sent:** | Thursday, March 26, 2026 12:05 PM |
| **To:** | Desai, Asheeka (USAILN) |
| **Cc:** | Anton Goldstein; Kolluri, Prashant (USAILN) |
| **Subject:** | [EXTERNAL] RE: Request for Brief Call re: Telegram Subpoena Records |
| **Attachments:** | USA Template.pdf |

Dear Ms. Desai,

Further to your email, our client has confirmed that they have located the email referenced below. That is correct - the email address content-referral-u1@telegram.org is Telegram's non-public contact point for requests made by law enforcement or judicial authorities in the United States.

We attach Telegram's standard guidelines and template request form which can be used to evidence this.

Kind regards,
Nina

**Nina Goodman** Associate
D +1 284 852 1102 | M +1 284 346 1102 | nina.goodman@conyers.com

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000

**conyers.com**

LinkedIn | Twitter

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

**From:** Desai, Asheeka (USAILN) <Asheeka.Desai@usdoj.gov>
**Sent:** Thursday, March 26, 2026 10:39 AM
**To:** Nina Goodman <Nina.Goodman@conyers.com>
**Cc:** Anton Goldstein <Anton.Goldstein@conyers.com>; Kolluri, Prashant (USAILN) <Prashant.Kolluri@usdoj.gov>
**Subject:** RE: Request for Brief Call re: Telegram Subpoena Records

**[External email]**

Good morning,

The specific email request at issue in this case was sent on October 1, 2024 by mcdevine@fbi.gov to content-referral-u1@telegram.org. Law enforcement received a response from content-referral-u1@telegram.org on October 18, 2024.

1

The questions raised by the Court involve the reliability of the content-referral-u1@telegram.org email address. Because Telegram does not list this email address publicly on its website or have any official guidance that we are aware of indicating that the content-referral-u1@telegram.org email address belongs to Telegram, we are attempting to determine that it is, in fact Telegram's non-public email address to which law enforcement inquiries should be sent.

If you are able to confirm that in a letter, we would appreciate it.

Thank you,

Asheeka Desai
Assistant United States Attorney
United States Attorney's Office for the Northern District of Illinois
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
Desk: (312) 886-2050
Cell: (312) 771-7543

---

**From:** Nina Goodman <Nina.Goodman@conyers.com>
**Sent:** Thursday, March 26, 2026 9:15 AM
**To:** Desai, Asheeka (USAILN) <Asheeka.Desai@usdoj.gov>
**Cc:** Anton Goldstein <Anton.Goldstein@conyers.com>; Kolluri, Prashant (USAILN) <Prashant.Kolluri@usdoj.gov>
**Subject:** [EXTERNAL] RE: Request for Brief Call re: Telegram Subpoena Records

Dear Ms. Desai,

Thank you for your email and apologies for the delay.

Please could we kindly request some further information in respect of the matters raised in your email. In particular, it would be helpful to know (1) the date the email request was sent to Telegram; (2) the email address the request came from; and (3) details of the questions raised by the Court concerning Telegram's email address?

Many thanks and kind regards,
Nina

**Nina Goodman** Associate
D +1 284 852 1102 | M +1 284 346 1102 | nina.goodman@conyers.com

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000

**conyers.com**

LinkedIn | Twitter

---

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

**From:** Desai, Asheeka (USAILN) <Asheeka.Desai@usdoj.gov>
**Sent:** Tuesday, March 17, 2026 6:06 PM
**To:** Nina Goodman <Nina.Goodman@conyers.com>
**Cc:** Kolluri, Prashant (USAILN) <Prashant.Kolluri@usdoj.gov>
**Subject:** Request for Brief Call re: Telegram Subpoena Records

**[External email]**

Good afternoon Ms. Goodman,

I hope you are well. My colleague, Prashant Kolluri (copied here), and I are Assistant United States Attorneys in Chicago, Illinois. We understand that your law firm represents Telegram.

We are writing to ask whether you might have a few minutes to speak with us regarding records we received from Telegram records in October 2024 in response to a federal subpoena. The matter is currently set for a child exploitation trial in June 2026. At a recent hearing, the Court raised questions concerning Telegram's non-public email address, content-referral-u1@telegram.org, and we were hoping you could help clarify those issues.

Please let us know if you would be available for a brief call.

Thank you for your time and consideration.

Sincerely,

Asheeka Desai
Assistant United States Attorney
United States Attorney's Office for the Northern District of Illinois
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
Desk: (312) 886-2050
Cell:  (312) 771-7543