## Guidance on submitting data requests to Telegram

**Email address for data requests.** Telegram's email address content-referral-u1@telegram.org is a non-public contact point for requests made by administrative or judicial authorities in the United States.

**Essential identifiers for processing data requests.** It is crucial that Telegram be provided with sufficient information to be able to process your requests. Please note that to access available private data of any user (IP-address), that **user's phone number in international format** is generally required – (e.g. +1 for the United States).

If the phone number is unknown, identification can be possible via the **username** (@username or t.me/… link) or the account's **Telegram ID**. Telegram IDs are unique identifiers that can never be hidden and can always be obtained by law enforcement officers. Whenever you are requesting data based on Telegram ID, please mention whether that Telegram ID corresponds to a user / bot or a community (group or channel). To obtain the account's Telegram ID, you can:

- Download and install Telegram Desktop App (https://telegram.org/apps#desktop-apps). Proceed to *Settings > Advanced > Experimental settings* and enable *Show Peer IDs in Profile*. With this setting enabled, you will be able to view the Telegram ID in the profile of the user or bot or in the info section of the respective community.

- Access Telegram Web K (https://telegram.org/apps#web-apps). Whenever you open a chat with a user or a bot, or a community, navigate to the address bar of your web browser that will display a link in format https://web.telegram.org/k/**#000000**, where **#000000** represents Telegram ID of the respective account or community.

You are welcome to include in your request more than one of the specified identifiers. Please be advised that due to its technical structure, Telegram is unable to rely on other forms of identification, such as display (vanity) names, which are not unique and cannot therefore serve as valid identifiers.

To ensure faster processing of your request, Telegram encourages to include the list of requested accounts within the body of your email as well and to specify the type of the account you are requesting (user, bot, channel, or group).

**Documentation.** To provide user information, Telegram would need a signed court order or other valid legal request in PDF format and on the letterhead of the requesting authority. You can also find enclosed a request template that is intended to streamline processing as much as possible. The signature may be either physical or digital, however, formal documentation is essential for the request to be processed. Requests are to be addressed to **Telegram Messenger Inc**, Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110.

(your agency's letterhead)

**User Information Request**

| Requesting authority | |
|---|---|
| **Country** | *United States of America* |
| **Authority** | *[Name of the law enforcement or judicial authority making the request]* |
| **Date** | *[Date of your request]* |
| **Reference** | *[Reference number or case number]* |
| **Officer** | *[Name and position of the requesting officer]* |
| **E-mail** | *[Your email address]* |
| **Legal ground** | *[Information about the legal ground for the request under national law]* |

**Addressee**

**Telegram Messenger Inc**
Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
by email to content-referral-u1@telegram.org

**Circumstances of the case**

*[Please describe circumstances of the case and the offense in question]*

**Requested accounts**

*[Please list the requested accounts]*

**Redress possibilities**

*[Information about redress mechanisms available to the provider and to the recipients of the service concerned]*

**Additional information**

*[Any additional information you would like to include]*

(signature / stamp)

_____

*[Your name and position]*