UNITED STATES OF AMERICA
                                                    Plaintiff,

v.                                                                          Case No.: 1:24–cr–00153
                                                                           Honorable LaShonda A. Hunt

Adam Stafford King
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: The hearing on Defendant (1) Adam King's motion for temporary release [188] and motion to seal [189] set for 4/15/26 at 10:30AM in Courtroom 1425 [190] will proceed as scheduled. Government and Pretrial Services may file brief responses or statements regarding their positions by 4/14/26 at 12:00PM or state their positions at the hearing. In addition, the parties should be prepared to discuss issues not fully addressed in the motion, including the ability of the BOP/MCC to accommodate Defendant's needs post–surgery, the medical necessity of the procedure at this time, and potential effect of complications during the procedure or recovery on the trial schedule. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.