## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Adam Stafford King

                Defendant.

Case No.: 1:24–cr–00153
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

    MINUTE entry before the Honorable LaShonda A. Hunt: Government's oral unopposed motion to reset motion hearing as to Defendant Adam King (1) is granted. Motion hearing previously set for 4/15/26 at 10:30AM is reset by agreement for 4/15/26 at 1:30PM in Courtroom 1425. **(NOTE TIME CHANGE ONLY)** The Court will make Mr. King present in person for the next hearing. Time previously excluded to 6/8/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.