UNITED STATES OF AMERICA

                                Plaintiff,

v.                                      Case No.: 1:24–cr–00153
                                              Honorable LaShonda A. Hunt

Adam Stafford King

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In–person motion hearing held. Defendant Adam Stafford King (1) present in court in custody with the assistance of counsel. The parties' respective motions to seal [189], [195] are provisionally granted, subject to the understanding that filings should not be sealed in their entirety unless necessary and redactions should be made to the extent possible going forward. For the reasons stated on the record, Defendant's motion for temporary release [188] is denied. A joint status report regarding the progress of defense counsel's inquiry into available treatment options for Defendant's medical concerns is due by 5/6/26. The 5/29/26 trial start date [177] stands. Time previously excluded to 6/8/26 [177]. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.