## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 24 CR 153 |
| | ) | |
| v. | ) | Honorable |
| | ) | LaShonda A. Hunt |
| ADAM STAFFORD KING | ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has

been designated in the above captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  */s/ Jared Jodrey*
JARED JODREY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5358

*April 29, 2026*