Case: 1:24-cr-00153 Document #: 201 Filed: 05/06/26 Page 1 of 3 PageID #:2086

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>      v.<br><br>Adam King,<br><br>    Defendant | 24CR153 |

## Joint Status Report

Now Comes, Adam King, by and through his attorney, Bedi & Singer, LLP, jointly with the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby submits this status report in accordance with the Court's order, Dkt 196. In support of this motion, the parties state as follows:

1. On April 15, 2026, an in-person motion hearing was held on the Defendant's motion for temporary release (Dkt. 188).

2. The court, after hearing arguments from counsel, denied Defendant's motion for temporary release and ordered that the parties file a joint status report regarding the progress of defense counsel's inquiry into available treatment options for Defendant's medical concerns. (Dkt. 196).

3. Since April 15, 2026 undersigned counsel has communicated with the MCC both over the phone and by email regarding Mr. King's medical condition.

4. There has been no change to his medical issues. However, according to the MCC, the Neurosurgeon is scheduling a consult.

5. The parties continue to diligently prepare for trial. At the same time, they await the Court's rulings on the pending pretrial motions, which may be dispositive in whole or in part, or may

otherwise materially affect the scope of the trial.

6. A Final Pretrial Conference is scheduled for May 26, 2026, and a jury trial is scheduled for May 29, 2026.

WHEREFORE, the parties will provide an update at the FPTC.

Respectfully submitted,
/s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com
dsinger@bedisinger.com
**Attorneys for Defendant**

/s/ Asheeka Desai
Asheeka Desai
Jared Jodrey
Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
Asheeka.Desai@usdoj.gov
jared.jodrey@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

s/ Jonathan S. Bedi
Attorney for Defendant
