UNITED STATES OF AMERICA

Plaintiff,

v.                                                                                    Case No.: 1:24–cr–00153

Honorable LaShonda A. Hunt

Adam Stafford King

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons discussed in the accompanying Order, Defendant's motions in limine [82] and the Government's motions in limine [85], notice of intent to introduce other acts evidence under Rule 404(b) [102], and supplemental motions in limine [167] are granted in part, denied in part, and denied as moot as set forth therein. Defendant's supplement to its motions in limine (Dkt. 96) terminated as a pending motion. An updated final joint pretrial statement is due by 5/19/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.