# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Adam Stafford King

                Defendant.

Case No.: 1:24–cr–00153
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In light of the recent return of a third superseding indictment, by agreement of the parties, the jury trial set to begin on 5/29/26 [177] and the updated final pretrial statement deadline set for 5/19/26 [202] are both stricken. The final pretrial conference set for 5/26/26 at 1:00PM in Courtroom 1425 [177] is converted to an in–person status hearing for 5/26/26 at 10:00AM to set a new trial date and discuss related matters. The Court will make Mr. King present in person for the next hearing. Time previously excluded through 6/8/26 [177]. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.