1:24-cr-00153-1
Judge LaShonda A. Hunt
Magistrate Judge Keri L. Holleb Hotaling
Cat 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
5/13/2026

JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 24 CR 153 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 2252A(a)(2)(A), |
| | ) | 1512(c)(2), and 1519 |
| ADAM STAFFORD KING | ) | |
| | ) | **THIRD SUPERSEDING** |
| | ) | **INDICTMENT** |

## COUNT ONE

The NOVEMBER 2025 GRAND JURY charges:

On or about September 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM STAFFORD KING,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an approximately 59-second video, an approximately 5-minute-and-24-second video, an approximately 42-second video, and an approximately 22-second video, using a means and facility of interstate commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## **COUNT TWO**

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about September 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM STAFFORD KING,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an approximately 33-second video, an approximately 5-minute-and-54-second video, an approximately 22-second video, and an approximately 30-second video, using a means and facility of interstate commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

2

## **COUNT THREE**

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about December 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM STAFFORD KING,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an approximately 43-second video, using a means and facility of interstate commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

3

## **COUNT FOUR**

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about March 5, 2024, at Elburn, in the Northern District of Illinois, Eastern Division,

ADAM STAFFORD KING,

defendant herein, did knowingly alter, destroy, conceal, and cover up a record and document, namely, data and records pertaining to the use of the Telegram mobile telephone application and data and records related to the Telegram account bearing the public username "pervchidude," with intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States;

In violation of Title 18, United States Code, Section 1519.

4

## COUNT FIVE

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

At a time between on or about November 17, 2025, and on or about March 2, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM STAFFORD KING,

defendant herein, did attempt to corruptly obstruct, influence, and impede an official proceeding, namely, *United States v. Adam Stafford King*, criminal case 24 CR 153, in the United States District Court for the Northern District of Illinois, by causing the creation and transfer of fabricated purported exculpatory evidence;

In violation of Title 18, United States Code, Section 1512(c)(2) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

5