**FILED**
5/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FELONY**

JKS **1:24-cr-00153-1**
**Judge LaShonda A. Hunt**
**Magistrate Judge Keri L. Holleb Hotaling**
**Cat 4**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Adam Stafford King | No | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**
Case Number: **24 CR 153**
Case Title: ***United States v. Adam Stafford King***
Assigned Judge: **LaShonda A. Hunt, District Judge**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Sex Offenses - pornography IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 2252A(a)(2)(A), 1512, & 1519**

Assistant United States Attorney(s): **Asheeka Desai & Jared Jodrey**

Contact Person and Phone Number: **Jared Jodrey - (312) 353-5358**