# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:24–cr–00153

                                     Honorable LaShonda A. Hunt

Adam Stafford King

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:Arraignment as to Adam Stafford King (1) held on 5/21/2026. Defendant acknowledges receipt of the third superseding indictment; waives formal reading of the indictment and enters a plea of not guilty to all counts in which he is named. The in–person status hearing before Judge Hunt will proceed on 05/26/26 at 10:00 a.m. Time continues to be excluded without objection per the District Court's order(s) [177, 204] to and including 06/08/2026. Defendant shall remain in custody until further order of the Court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.