UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                    Case No.: 1:24–cr–00153
                                                      Honorable LaShonda A. Hunt

Adam Stafford King
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: In–person status hearing held. Defendant Adam Stafford King (1) present in court in custody with the assistance of defense counsel. Government confirmed that all discovery regarding the new charge has been turned over, and Defendant stated that additional time is needed to review discovery and address issues regarding representation. As discussed, a joint status report regarding next steps is due by 7/10/26. If counsel wish to set a status hearing prior to the status report deadline, they shall jointly email the Courtroom Deputy by 7/3/26. Government's oral motion to exclude time to 7/13/26 is granted without objection. Time is excluded to 7/13/26, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.