IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Adam King,<br><br>Defendant | 24CR153 |

## <u>DEFENDANT'S MEDICAL STATUS REPORT AND REQUEST FOR HEARING</u>

Now comes Adam King, by and through his attorney, Bedi & Singer, LLP, and respectfully submits to this honorable court a medical status report and respectfully requests this court hold a hearing regarding the status of Mr. King's medical care and medical appointments while he has been detained pretrial in the Chicago Metropolitan Correctional Center. In support, Mr. King submits the following:

On April 7, 2026, Mr. King filed a motion requesting his temporary release from custody for medical purposes. (Dkt. 189). In this motion, Mr. King detailed his worsening cervical disc disorder, which multiple doctors recommended he obtain corrective surgery to relieve him of these issues and his pain. The motion recounted the issues Mr. King has had while detained in the MCC regarding obtaining even a neck pillow or additional mattress to help relieve his pain. There was a hearing on April 15, 2026. On May 6, 2026, the parties filed a joint status report indicating there were no updates to Mr. King's medical issues, but a consult with neurosurgery was being scheduled. (Dkt. 201).

1

As of this filing, Mr. King's condition has not merely remained unchanged. It has worsened. He is in significant and escalating pain. He is in immense pain. As discussed at the April 15, 2026, hearing, there are other treatments Mr. King could obtain to alleviate his pain short of surgery, due to his and his doctor's serious concerns about the ability to recover in the MCC. This includes injections Mr. King could receive to alleviate the pain. Mr. King, almost two months after this hearing, still has not begun any alternative treatment to alleviate his pain. He was only seen by the neurologist on June 1, 2026, almost a month and a half after the hearing was held. The neurologist ordered an additional MRI to monitor Mr. King's deteriorating condition. Additionally, the neurologist ordered a consult for the injections on June 1, 2026. These injections could be done at the same hospital clinic by another doctor.

Despite the April 15 hearing, Mr. King waited nearly six weeks before seeing a neurologist on June 1, 2026. As of this filing, the defense is not aware that either the ordered MRI or the injection consult has been scheduled.

Based on the above, Mr. King respectfully requests that this honorable court hold a status hearing regarding Mr. King's medical treatment and the lack of responsiveness by the MCC to his medical concerns.

The defense has conferred with the government who does not object to the filing of this status report nor to this Honorable Court holding a hearing on Mr. King's health.

The defense requests that a representative of the MCC Medical Team be present to testify regarding the medical care and additional treatment that Mr. King has not yet received.

The defense also requests that Dr. Erickson, Mr. King's neurologist, be granted

permission to testify by phone due to his schedule.

WHEREFORE, Mr. King provides this Honorable Court with a status update regarding his medical condition, respectfully requests a hearing on the medical care, and respectfully requests this Court order the MCC to complete the injection consult within 14 days, and that the MRI be scheduled forthwith.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
dsinger@bedisinger.com
jbedi@bedisinger.com
**Attorneys for the Defendant**

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

<u>/s/ Jonathan S. Bedi</u>
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com