IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 24CR153 |
| v. | |
| Adam King, | |
| Defendant | |

**NOTICE OF MOTION**

TO: All Counsel of Record (ECF)

Please Take Notice that on June 10, 2026, at 10:30 AM or as soon thereafter as we may be heard, we shall appear before Judge LaShonda A. Hunt of the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present DEFENDANT'S MEDICAL STATUS REPORT AND REQUEST FOR HEARING, a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

s/Jonathan S. Bedi
Attorney for Defendant