**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

        Plaintiff,

v.               Case No.: 1:24–cr–00153
               Honorable LaShonda A. Hunt

Adam Stafford King

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

   MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the joint status report [214], in–person status hearing set by agreement for 7/23/26 at 9:45AM in Courtroom 1425. The Court will make Mr. King present in person for the next hearing. Oral unopposed motion to exclude time is granted. Time is excluded from 7/13/26 to 7/23/26, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.