**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:24–cr–00153
                                                            Honorable LaShonda A. Hunt

Adam Stafford King

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In–person status hearing held. Defendant Adam Stafford King (1) present in court in custody with the assistance of defense counsel. Discussion held regarding potential conflicts of counsel and Speedy Trial Act concerns. Ex–parte and sealed discussion held with Defendant and defense counsel outside of the presence of the Government, which shall be sealed in the transcript of the proceeding. Continued status hearing set by agreement for 9/9/26 at 9:00AM in Courtroom 1425. Oral unopposed motion to allow Mr. King to appear via telephone is granted. Mr. King shall attend the next hearing via telephone. Government's oral unopposed motion to exclude time is granted. Time is excluded to 9/9/26, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.