**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:24−cr−00153
Honorable LaShonda A. Hunt
Adam Stafford King
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: In−person and telephonic status hearing held. Defendant Adam Stafford King (1) in custody present via telephone with the assistance of defense counsel who appeared in person. Continued in−person status hearing set by agreement for 9/23/26 at 10:15AM in Courtroom 1425. The Court will make Mr. King present via telephone for the next hearing. Oral agreed motion to set case for jury trial is granted. Jury trial set by agreement for 1/8/27−1/22/27. Final pretrial conference set for 12/17/26 at 9:30AM in Courtroom 1425. The Court will make Mr. King present in person for the final pretrial conference. Oral unopposed motion to exclude time is granted. Time is excluded to 1/8/27, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.