**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00153
Honorable LaShonda A. Hunt

Adam Stafford King

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: In−person status hearing held. Defendant Adam Stafford King (1) in custody present via telephone with the assistance of defense counsel. Counsel reports that they are on track for trial. Any additional motions in limine are due by 11/16/26, and responses shall be filed by 11/24/26. Any revised pretrial order shall be submitted by 12/4/26. All other deadlines and hearings to stand. Time previously excluded to 1/15/27, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.