IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Adam King,<br><br>Defendant | 24CR153 |

**Motion to Withdraw Additional Appearance of Courtney Knippen**

Pursuant to Local Rule 83.17, Jonathan S. Bedi hereby moves to withdraw the appearance for Courtney Knippen as counsel of record for Adam King in the above-captioned case. Ms. Knippen is no longer employed at Bedi & Singer, LLP. Mr. Knippen's withdrawal will not prejudice the parties or delay this case, as Jonathan Bedi and Dena Singer remain counsel of record for Mr. King.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
dsinger@bedisinger.com
jbedi@bedisinger.com
**Attorneys for the Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com