IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,

Plaintiff,

v.

Adam King,

Defendant

24CR153

**DEFENDANT'S MEDICAL STATUS REPORT**

Now comes Adam King, by and through his attorney, Bedi & Singer, LLP, and respectfully submits to this Honorable Court a medical status report on Mr. King's ongoing health issues and the BOP's failure to provide responsive medical care.

1. Mr. King submits this status report to apprise the Court of Mr. King's current medical condition.
2. As this Court is aware, Mr. King requires Anterior Cervical Discectomy and Fusion surgery for spinal cord issues. While the undersigned is not a medical professional, the undersigned has learned that recovery from this surgery takes time before Mr. King can return to most normal activities.
3. As of this filing, the surgery has not happened.
4. The undersigned has had weekly and, more recently, near-daily communication with MCC's legal department to understand the delay in the surgery.

5. Mr. King's condition has deteriorated. Mr. King now uses a wheelchair and has difficulty sitting for long periods. It would be nearly impossible for Mr. King to participate in a two-week trial in his current condition.

6. The undersigned has conferred with the government. Both the defense and the government request that the Court set an in-person status hearing in early December to further update the Court on Mr. King's medical condition and the progress toward surgery.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
dsinger@bedisinger.com
jbedi@bedisinger.com
**Attorneys for the Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson #1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com