CERTIFICATION OF MARRIAGE & CIVIL UNION RECORD

# CERTIFICATION OF MARRIAGE

LICENSE NUMBER: **M201625864-0**

**BETWEEN**

GROOM'S NAME: [redacted]

AGE: **32**

**AND**

GROOM'S NAME: **ADAM STAFFORD KING**

AGE: **31**

**ON**

DATE OF MARRIAGE: **OCTOBER 8, 2016**

**WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS**

**IN A RELIGIOUS CEREMONY**

**BY**

NAME: [redacted]

OFFICIANT TITLE: **PASTOR**

**AT**

CITY OF CEREMONY: **CHICAGO, ILLINOIS**

DATE RECORDED: **OCTOBER 14, 2016**

LICENSE ISSUED DATE: **SEPTEMBER 14, 2016**

**This is to certify that this is a true and correct abstract from the official record filed with the office of the Cook County Clerk.**

**4/28/2025 12:45**

0094347

This is to certify that this is a true and correct copy of the official marriage record filed with the Cook County Clerk

Monica Gordon

Monica Gordon
Office of the Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK