UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM STAFFORD KING | No. 24 CR 153<br><br>Hon. LaShonda A. Hunt |

**GOVERNMENT'S MOTION TO**
**PLACE EXHIBIT UNDER SEAL**

On November 16, 2026, the government filed a motion to admit self-authenticating business records and attached certifications as Exhibit A in support of that motion. Dkt. 228. The version of Exhibit A that was filed inadvertently contained an individual's personal identifying information without redactions. Accordingly, the government moves the Court to place Exhibit A under seal and permit the government to file a redacted version of the exhibit.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Jared Jodrey*
ASHEEKA DESAI
JARED JODREY
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300