UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM STAFFORD KING | No. 24 CR 153<br><br>Hon. LaShonda A. Hunt |

**NOTICE OF MOTION**

TO: All Counsel of Record (ECF) Please Take Notice that on December 2, 2026, at 10:30 am or as soon thereafter as it may be heard, the government shall appear before Judge LaShonda A. Hunt or in front of the emergency judge, if necessary of the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Government's Motion to Seal, a copy of which is hereby served upon you (Dkt. 229).

Date: November 18, 2026

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Asheeka Desai*
ASHEEKA DESAI
JARED C. JODREY
Assistant United States Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-2050