**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:24−cr−00153
Honorable LaShonda A. Hunt

Adam Stafford King
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic and in−person status hearing held. Defendant Adam Stafford King (1) in custody present via telephone with the assistance of defense counsel. Discussion held regarding Defendant's medical condition and upcoming firm trial dates. The trial will proceed as scheduled absent a timely filed and properly noticed motion setting forth extraordinary and compelling circumstances, citing legal authority, and including evidentiary support for a continuance. Any request for accommodations during trial must be made in in the same manner. Government's motion to seal [229] is granted. Exhibit 1 of document [228] shall remain sealed and the Government shall file the redacted version of the exhibit, forthwith. Defense counsel's oral unopposed motion to reset final pretrial conference is granted. Final pretrial conference previously set for 12/17/26 is reset by agreement for 12/14/26 at 1:00PM in Courtroom 1425. The Court will make Mr. King present in person for this hearing. All other deadlines and hearings to stand. Time previously excluded to 1/8/27 [218]. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.