# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Gina DiNardo, am employed by
(name)

The American Kennel Club, Inc.
(name of entity)

My official title is Executive Secretary. As part of my duties as a
(title)

Executive Secretary I am familiar with the records that The American Kennel Club, Inc.
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by The American Kennel Club, Inc in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of The American Kennel Club Inc.
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Gina M DiNardo
Signature

Executed on this 20 day of JUNE, 2024.
(day) (month) (year)

at New York, New York.
(city) (state)

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 4536337

I, Alex Restrepo, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AT&T, and my title is Legal Compliance Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AT&T. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AT&T , and they were made by AT&T as a regular practice; and

b. Such records were generated by AT&T's electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by AT&T, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

*Alex Restrepo*

02-20-2026
Date

This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this document in error please do not forward or distribute it to anyone else, but telephone (800) 635-6840 to report the error, and then delete this message from your system.

CDPH Health and Human Services Agency
**California Department of Public Health**

**Erica Pan, MD, MPH**
Director and State Public Health Officer

**Gavin Newsom**
Governor

April 24, 2025

Michael Devine
2111 W. Roosevelt Rd.
Chicago, IL
60608

Dear Michael Devine,

The California Department of Public Health – Vital Records (CDPH-VR) office is in receipt of Subpoena 24CR153, requesting the birth record of the following individual:

- **Name**: [redacted]
- **Date of birth**: [redacted]

In compliance with this subpoena, CDPH-VR has enclosed a copy of the requested document, accompanied with a Certificate of Authenticity of Domestic Business Records along with the above items.

If you have any further questions about this subpoena request, please do not hesitate to contact Andrew Johnson at [redacted]-8116 or via email at [redacted]n@cdph.ca.gov

Sincerely,

Tracy Ly, SSM I
Issuance Section, Production Unit
Center for Health Statistics and Informatics

Enclosure

CDPH
Health and Human Services Agency
**California Department of Public Health**

**Erica Pan, MD, MPH**
Director and State Public Health Officer

**Gavin Newsom**
Governor

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE SECTIONS 803(6) AND 902(11)**

I, Tracy Ly, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by the California Department of Public Health – Vital Records (CDPH-VR) and that my official title is Staff Services Manager I of the Vital Records Issuance Branch. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record in the regularly conducted activity of the California Department of Public Health (CDPH) and that I am the custodian of the attached records. I further certify that:

- All records attached to this Certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters,
- Such records were kept in the course of the regularly conducted business as a business activity, and
- Such records were made by the regularly conducted business activity as a regular practice.

I further state that this certification is intended to satisfy Rule sections 803(6) and 902(11) Federal Rules of Evidence.

Signature | Date: 4/24/2025.

CDPH Vital Records, MS 5103 • P.O. Box 997410 • Sacramento, CA 95899-7410
(916) 552-8116 • (916) 552-8170 FAX
CDPH.ca.gov

COMCAST

Law Enforcement & Subscriber Record Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

March 3, 2026

Special Agent Stephanie Ruemker
FBI

RE: Subpoena
Comcast File #: LCR1099792

Dear Special Agent Ruemker:

The Subpoena received on 03-03-2026 requests Comcast to produce records pertaining to the following IP Address:

- 67.167.57.30 assigned from 11-23-2025 to 12-27-2025

Please note that Comcast can only associate the requested IP Address with the below subscriber from 11/23/2025 to 12/07/2025 at 23:59:59 UTC. Comcast cannot identify a subscriber account associated with this request from 12/08/2025 at 00:00:00 UTC to 12/27/2025.

Accordingly, consistent with the Subpoena, we provide the following information:

| | |
|---|---|
| Subscriber Name: | [redacted] |
| Service Address: | [redacted] |
| Bill-To Name: | [redacted] |
| Billing Address: | [redacted] |
| Telephone #: | [redacted] |
| Type of Service: | PrePaid Internet (Expired 12/07/2025) |
| Account Number: | 8771300044024648 |
| Account Status: | Disconnected |
| IP Assignment: | Dynamically Assigned |
| CM Mac Address: | 04:4e:5a:c4:cf:20 (removed) |
| E-mail Address(es): | [redacted] |
| Username(s): | [redacted] |

The records attached hereto were made at or near the time by — or from information transmitted by — someone with knowledge of the matter, were kept in the course of regularly conducted business activity, and such records are maintained as a regular practice.

Comcast is producing this information with the expectation and understanding that you will treat said information with the required level of confidentiality and care. It should be used solely in connection with the prosecution cited in the Subpoena, and should not be further disseminated other than necessary for that purpose without the prior notice and written approval of Comcast, consistent with the requirements in 18 U.S.C. § 2707(g).

If you have any questions regarding this matter, please feel free to call the Comcast Law Enforcement & Subscriber Record Center at 866-947-8572.

COMCAST

Law Enforcement & Subscriber Record Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

March 10, 2026

Special Agent Stephanie Ruemker
FBI

RE: Subpoena
Amended Response
Comcast File #: LCR1099789, LCR1099793

Dear Special Agent Ruemker:

The Subpoena received on 03-03-2026 requests Comcast to produce records pertaining to the following IP Addresses:

- 76.16.0.39 assigned on 01/28/2026, per the email received on 03/05/2026
- 73.8.233.208 assigned on 11/15/2025, per the email received on 03/05/2026

Accordingly, consistent with the Subpoena, we provide the following information:

| | |
|---|---|
| Subscriber Name: | [redacted] |
| Service Address: | [redacted] |
| Billing Address: | [redacted] |
| Telephone #: | [redacted] |
| Identified Service: | Internet |
| Other Current Services: | No Additional Services |
| Account Number: | 8771300114285137 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| CM Mac Address: | dc:eb:69:b0:9a:c7 |
| E-mail Address(es): | [redacted] |
| Username(s): | [redacted] |

The records attached hereto were made at or near the time by — or from information transmitted by — someone with knowledge of the matter, were kept in the course of regularly conducted business activity, and such records are maintained as a regular practice.

Comcast is producing this information with the expectation and understanding that you will treat said information with the required level of confidentiality and care. It should be used solely in connection with the prosecution cited in the Subpoena, and should not be further disseminated other than necessary for that purpose without the prior notice and written approval of Comcast, consistent with the requirements in 18 U.S.C. § 2707(g).

If you have any questions regarding this matter, please feel free to call the Comcast Law Enforcement & Subscriber Record Center at 866-947-8572.

COMCAST

Law Enforcement & Subscriber Record Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

March 3, 2026

Special Agent Stephanie Ruemker
FBI

RE: Subpoena
Comcast File #: LCR1099790

Dear Special Agent Ruemker:

The Subpoena received on 03-03-2026 requests Comcast to produce records pertaining to the following IP Address:

- 98.214.223.86 assigned from 02-01-2026 to 02-08-2026

Accordingly, consistent with the Subpoena, we provide the following information:

| | |
|---|---|
| Subscriber Name: | [redacted] |
| Service Address: | [redacted] |
| Billing Address: | [redacted] |
| Telephone #: | [redacted] |
| Identified Service: | Internet |
| Other Current Services: | No Additional Services |
| Account Number: | 8771300114285137 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| CM Mac Address: | dc:eb:69:b0:9a:c7 |
| E-mail Address(es): | [redacted] |
| Username(s): | [redacted] |

The records attached hereto were made at or near the time by — or from information transmitted by — someone with knowledge of the matter, were kept in the course of regularly conducted business activity, and such records are maintained as a regular practice.

Comcast is producing this information with the expectation and understanding that you will treat said information with the required level of confidentiality and care. It should be used solely in connection with the prosecution cited in the Subpoena, and should not be further disseminated other than necessary for that purpose without the prior notice and written approval of Comcast, consistent with the requirements in 18 U.S.C. § 2707(g).

If you have any questions regarding this matter, please feel free to call the Comcast Law Enforcement & Subscriber Record Center at 866-947-8572.

CERTIFICATION OF MARRIAGE OR CIVIL UNION RECORD

# CERTIFICATION OF MARRIAGE

LICENSE NUMBER: **M201625864-0**

**BETWEEN**

GROOM'S NAME: [redacted]

AGE: **32**

**AND**

GROOM'S NAME: **ADAM STAFFORD KING**

AGE: **31**

**ON**

DATE OF MARRIAGE: **OCTOBER 8, 2016**

**WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS**

**IN A RELIGIOUS CEREMONY**

**BY**

NAME: [redacted]

OFFICIANT TITLE: **PASTOR**

**AT**

CITY OF CEREMONY: **CHICAGO, ILLINOIS**

DATE RECORDED: **OCTOBER 14, 2016**

LICENSE ISSUED DATE: **SEPTEMBER 14, 2016**

**This is to certify that this is a true and correct abstract from the official record filed with the office of the Cook County Clerk.**

**4/28/2025 12:45**

0094347

This is to certify that this is a true and correct copy of the official marriage record filed with the Cook County Clerk

Monica Gordon

Monica Gordon
Office of the Cook County Clerk

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) [redacted]*@GMAIL.COM, ATKKING@AOL.COM, ASKINGDVM@GMAIL.COM,* [redacted]*@GMAIL.COM,* with Google Ref. No. 54890406 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Subpoena.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Tanika Lewis_______
(Signature of Records Custodian)

Date: March 11, 2024

Tanika Lewis
(Name of Records Custodian)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Ashley Tincher, am employed by
(name)

Arcola Hotel-Meeting, LLC.
(name of entity)

My official title is General Manager. As part of my duties as a
(title)

General Manager, I am familiar with the records that Arcola Hotel-Meeting, LLC,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by Arcola Hotel-Meeting, LLC in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of Arcola Hotel-Meeting, LLC;
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Ashley Tincher
Signature

Executed on this 8 day of April, 2025.
(day) (month) (year)

at Arcola, Illinois.
(city) (state)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Mark C Raphun, am employed by
(name)

Hilton Garden Inn Allentown Bethlehem Airport.
(name of entity)

My official title is General Manager. As part of my duties as a
(title)

General Manager, I am familiar with the records that Hilton Garden Inn Allentown Bethlehem Airport,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by Hilton Garden Inn Allentown Bethlehem Airport in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of Hilton Garden Inn Allentown Bethlehem Airport.
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Mark C. Raphun
Signature

Executed on this 9 day of April, 2025.
(day) (month) (year)

at Allentown, PA.
(city) (state)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Robie Seubaran, am employed by
(name)

Lotte New York Palace Hotel.
(name of entity)

My official title is Audit Manager. As part of my duties as a
(title)

Audit Manager, I am familiar with the records that Lotte New York Palace,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by Lotte New York Palace in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of Lotte New York Pal.
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

[signature]
Signature

Executed on this 21 day of April, 2025.
(day) (month) (year)

at New York, NY.
(city) (state)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Noor D Effendi, am employed by
(name)

Mediacom Communications Corporation.
(name of entity)

My official title is Sr Director Fraud and Abuse Prevention. As part of my duties as a
(title)

Sr Director Fraud and Abuse Prevention, I am familiar with the records that Mediacom Communications Corporation
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by Mediacom Communications Corporation in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of Mediacom Communications Corporation.
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Noor D Effendi

Signature

Executed on this 11 day of April, 2025.
(day) (month) (year)

at Chester, New york.
(city) (state)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Brian Kriner, am employed by
(name)

MedVet.
(name of entity)

My official title is HR Manager. As part of my duties as a
(title)

HR Manager, I am familiar with the records that MedVet,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by MedVet in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of MedVet :
(name of entity)

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Brian Everett Kriner
Signature

Executed on this 07 day of May, 2026.
(day) (month) (year)

at Chicago, IL.
(city) (state)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Alayna Krause, am employed by
(name)

PenTeleData.
(name of entity)

My official title is Network Support Specialist. As part of my duties as a
(title)

Network Support Specialist, I am familiar with the records that PenTeleData,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by PenTeleData in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of PenTeleData:
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Alayna Krause
Signature

Executed on this 11th day of April, 2025.
(day) (month) (year)

at Palmerton, PA.
(city) (state)

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Eric Silverberg, am employed by
(name)

Perry Street Software, Inc.
(name of entity)

My official title is CEO. As part of my duties as a
(title)

CEO, I am familiar with the records that Perry Street Software,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by Perry Street Software in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of Perry Street Software:
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Eric Silverberg 04 / 14 / 2025
Signature

Executed on this 14 day of April, 2025.
(day) (month) (year)

at Los Angeles, CA.
(city) (state)

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8722080786 and disclosed on March 19th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 David Robinson

Date Signature

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8722080786 and disclosed on April 6th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 — *David Robinson*

Date — Signature

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8722396044 and disclosed on February 26th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| | |
|---|---|
| 11/2/26 | David Robinson |
| Date | Signature |

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8722396044 and disclosed on April 6th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 David Robinson

Date Signature

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8727037134 and disclosed on March 5th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 David Robinson

Date Signature

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8727037134 and disclosed on April 6th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 David Robinson

Date Signature

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8727042315 and disclosed on March 19th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| | |
|---|---|
| 11/2/26 | David Robinson |
| Date | Signature |

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8727042315 and disclosed on April 6th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 — David Robinson

Date — Signature

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8728881547 and disclosed on March 19th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 David Robinson

Date Signature

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, David Robinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Law Enforcement Response Specialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records associated to 8728881547 and disclosed on April 6th 2026, UTC, are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

b. such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/2/26 David Robinson

Date Signature

UNITED

# DECLARATION

Re: ADAM STAFFORD KING; [redacted] M [redacted]

**CERTIFICATION OF RECORDS COPIES (Custodian's Initials VW)**

I, a duly authorized Custodian of the Records for United Airlines, Inc. (the "Company"), hereby certify that, to the best of my information and belief, the records enclosed herewith are true and correct copies of the records maintained by the Company, requested in the subpoena, in the above-described cause of action/investigation.

As such, the records were maintained in the ordinary course of such business by employees of the Company at or near the time of the acts, conditions or events recorded therein.

The enclosed 360 pages are copies of the original of such records, as described, and no other non-confidential documents relating to the records requested in the above noted action can be found or are available, after due search.

**CERTIFICATION OF NO RECORDS (Custodian's Initials ________)**

I, a duly authorized Custodian of the Records for United Airlines, Inc. (the "Company"), hereby certify that a thorough search has been made for records maintained by the Company that were requested in the subpoena in the above-described cause of action/investigation.

Said records may in fact exist, but said records, to the best of our information and belief, are not in our possession at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, 2024

By: Vicki White

(Please Print)

Vicki White

Signature

verizon

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

November 6, 2024

FBI CHICAGO
2111 W ROOSEVELT RD
CHICAGO IL 60608

**Verizon Case #: 24577176**
**Docket / File #: 1000554**

State of New Jersey

ss:

County of Somerset

I, Wendy Grohol, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ Wendy Grohol

Certification following Federal Rules of Evidence, Rules 902 & 803.

verizon

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

April 25, 2025

FBI CHICAGO
219 S DEARBORN ST SUITE 905
CHICAGO IL 60604

**Verizon Case #: 25257012**
**Docket / File #: Subpoena number: 1038930**

State of New Jersey

ss:

County of Somerset

I, WALTER DECKER, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ WALTER DECKER

Certification following Federal Rules of Evidence, Rules 902 & 803.